### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re:<br><br>Civil, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Cases No. 25-20179 (DLB)<br>(Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Civil, LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby file their *Schedules of Assets and Liabilities* (collectively, the "Schedules") and *Statements of Financial Affairs* (the "SOFAs") in the U.S. Bankruptcy Court for the Southern District of West Virginia (the "Bankruptcy Court"). The Debtors, with the assistance of their counsel, prepared the Schedules and SOFA with Section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Barry Tackett has signed the Schedules and the SOFA. Mr. Tackett is the Chief Restructuring Officer of the Debtors, and he has been designated as the Debtors' corporate representative pursuant to that certain *Unanimous Written Consent of the Sole Member of: Civil, LLC; Kratos Resources LLC; Resilient Mining, LLC; Resilient Eagle LLC; Don Holdings, LLC; Falcon Reclamation Limited Liability Company; North Springs Holdings, LLC; Smoky Quartz LLC; Big Mule Air L.L.C.; Pocahontas Processing LLC; and Yellow Garage, LLC* authorizing him to commence the above-captioned cases (the "Cases"). (*See generally* Docket No. 1). In reviewing and signing the Schedules and the SOFAs, Mr. Tackett has necessarily relied upon the efforts, statements, advice, and representations of various advisors, personnel, and counsel. Although Mr. Tackett has diligently worked to verify the truth of each statement in the Schedules and SOFAs, subsequent information or discovery may reveal inadvertent errors or omissions therein.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

27028857.2

For the foregoing reasons, neither the Debtors nor Mr. Tackett (including, for the avoidance of doubt, their respective agents, counsel, advisors, and personnel, collectively, the "Disclosing Parties") guarantee, warrant, or assure the completeness or accuracy of the statements contained in the Schedules and the SOFAs. In no event shall the Disclosing Parties be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to such third party's business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Disclosing Parties are advised of the possibility of such damages. The Debtors and Mr. Tackett expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. And each party in interest shall be obligated to undertake its own independent due diligence in engaging, transacting, or negotiating with the Debtors in connection with these Cases or otherwise.

1. **Description of Cases.** On August 20, 2025 (the "Petition Date"), the Debtors commenced the Cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code for the purpose of reorganizing their businesses, as set forth in more fulsome detail in the *Declaration Of Barry W. Tackett In Support Of Chapter 11 Filings and First-Day Motions* [Dkt. No. 21] (the "Tackett Declaration"). The Debtors manage their affairs as Debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. **Global Notes Control.** These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. The information provided herein, except as otherwise noted or apparent from context, is reported as of the close of business on the Petition Date.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and the SOFAs; however, as noted above, inadvertent errors or omissions may exist. The Debtors expressly reserve all rights to amend and supplement the Schedules, the SOFAs, and any other disclosure which may be required by the Bankruptcy Code and/or Bankruptcy Rules, whether made now or hereafter, as may be necessary or appropriate. Nothing contained in these Global Notes (or the Schedules and the SOFAs submitted herewith) should be construed as a waiver of Debtors' rights or an admission of any kind with respect to the Cases, including, but not limited to, (A) any rights or claims of the Debtors against any third party, (B) issues involving (i) substantive consolidation, (ii) equitable subordination, or (iii) causes of action (or defenses thereto) arising under the provisions of Chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers (collectively, "Avoidance Actions"), or (C) any rights or claims asserted by a third party against the Debtors. The specific reservations set forth in these Global Notes are not intended, and shall not be construed to comprise, a waiver of the general reservation of rights contained in this paragraph.

    a. No Admission. Nothing contained in the Schedules and the SOFAs is intended or should be construed as an admission or stipulation of the validity of any claim

2

against the Debtors, any assertion made therein or herein, or a waiver of Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.  <u>Recharacterization</u>. Notwithstanding Debtors' efforts to correctly characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and the SOFA, certain items may have been improperly characterized, classified, categorized, or designated. The Debtors expressly reserve the right to recharacterize, reclassify, recategorize, or redesignate items reported therein as is necessary and appropriate. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E as "priority," (iii) a claim on Schedule F as "unsecured," (iv) a contract on Schedules A/B or G as "executory," or (v) a lease on Schedules A/B or G as "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contractual counterparty or otherwise act as a waiver of Debtors' rights to recharacterize or reclassify such claim or contract (including whether any lease is a true lease or a financing arrangement).

c.  <u>Claims Descriptions</u>. Any failure to designate a claim listed in the Schedules and the SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Nor shall such failures be construed as an admission by the Debtors that they hold no defenses or offsets to such claims. The Debtors expressly reserve the right to dispute, assert offsets, or raise defenses to any claim or demand against the Debtors or their bankruptcy estate (the "Estate").

d.  <u>Some Figures are Estimated</u>. The preparation of the Schedules and the SOFA required in some instances that the Debtors make reasonable estimates and assumptions with respect to (i) the amounts of assets and liabilities reported in the Schedules and the SOFAs and (ii) the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ or have differed from such estimates, and the Debtors expressly reserve the right to amend or supplement such estimations and assumptions in accordance with applicable law.

e.  <u>Intellectual Property</u>. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

f.  <u>Insiders</u>. The Schedules and the SOFAs require information relating to or regarding Debtors' "insiders" (the "<u>Insider Disclosures</u>"). In making these disclosures, the Debtors have disclosed information related to the individuals and entities that the Debtors believes meet the definition of "insider" set forth in Section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities or have an insider relationship with the Debtors,

3

27028857.2

and Debtors' designation of such individuals or entities as insiders is solely for informational purposes. No person reviewing the Schedules or the SOFAs should rely upon the Insider Disclosures in order to determine the persons in control of the Debtors, Debtors' present managerial and corporate decision-making structure, or the ability of any third party to contest its status as a statutory or non-statutory insider.

g.  Causes of Action. Despite reasonable efforts, the Debtors may not have identified all of their causes of action (whether filed, threatened, contingent, or potential) against third parties in the Schedules and the SOFAs, including, without limitation, Avoidance Actions. The Debtors expressly reserve their rights with respect to such claims.

h.  Confidential Information. In accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the law of these Cases, certain confidential information may have been redacted from the Schedules and the SOFA and any document or disclosure made therewith or in conjunction therewith. Additionally, there may be certain matters known to the Debtors which they are obligated to maintain confidentially pursuant to a non-disclosure agreement, applicable law, or in order to preserve Debtors' business interests and the Estate. The Debtors have endeavored to complete the Schedules and the SOFAs as fulsomely as possible notwithstanding such limitations, if any.

i.  Duplication. Certain of Debtors' assets, liabilities, and financial affairs may be responsive to multiple subsidiary parts of the Schedules and the SOFAs. To the extent that such disclosures would be duplicative and create an unnecessary administrative burden upon the Estate, the Debtors may have elected to disclose such information only once. Accordingly, parties in interest are expressly advised to review the Schedules and the SOFAs in full when looking for certain information about the Debtors.

4.  **Methodology**. Neither the Schedules nor the SOFAs have been prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Although the statements reflected in the Schedules and the SOFA have been made following reasonable efforts to report Debtors' assets and liabilities accurately in accordance with applicable law and procedure, they contain unaudited information that is subject to further review and potential adjustment as set forth in these Global Notes. No third party should rely exclusively on the information contained in the Schedules and the SOFA in exercising its business judgment, considering potential transactions with the Debtors and/or other third parties, or otherwise acting to protect its own interests.

a.  Nature and Timing of Valuations. Except as noted in the Schedules and Statements or otherwise apparent from context, all assets are valued and all liabilities are reported as of the Petition Date in U.S. dollars. Amounts that could not be determined by the Debtors may be listed as "unknown," "undetermined," or "unliquidated." Such descriptions do not constitute a representation by the Debtors

4

27028857.2

concerning the materiality of such amounts. All totals that are included in the Schedules and the SOFAs represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

b. <u>Net Book Value</u>. Unless otherwise indicated or apparent from context, owned property and equipment are valued at net book value. Certain other valuations may have been reported as "unknown" where Debtors' books and records did not reflect a net book value, and assets which have been fully depreciated are either omitted or listed with a zero-dollar valuation. Although fair market values may vary materially from these values, the Debtors contend that requiring it to engage third-party valuation experts to apply other valuation methodologies would waste Estate assets.

c. <u>Allocation of Liabilities</u>. The Debtors have made their best efforts to distinguish between prepetition and post-petition periods in preparing their Schedules and SOFAs. However, the Debtors have authority pursuant to the law of these Cases to pay certain outstanding obligations (including, among other things, claims of certain employees, tax-related obligations, and certain essential services such as insurance providers and utilities). Certain claims listed in the Schedules or the SOFAs may have been paid, in whole or in part, during the pendency of these Cases or otherwise. As additional information becomes available and further claims analysis is completed, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve all rights to modify, amend, or otherwise supplement the Schedules and the SOFA or to take other action, such as filing notices of satisfaction, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. The listing of a claim in the Schedules and the SOFA shall not entitled such claimant to additional recovery to the extent that such claim has been paid, waived, or otherwise become unenforceable pursuant to applicable law (the "<u>Post-Petition Payments</u>").

d. <u>Setoffs</u>. In their typical course of prepetition dealing with various interested parties, the Debtors may have incurred setoffs, recoupments, or other similar forms of netting mutual obligations arising in law or equity. Because it would be impracticable and unduly burdensome to document each such setoff to the extent that any have occurred within the applicable reporting periods, the Debtors have not undertaken to independently list each such setoff in their Schedules and SOFAs. To the extent that a setoff, recoupment, or other similar form of netting mutual obligations occurred before the Petition Date or has occurred since that date, the Debtors expressly reserve all of their rights with respect to such acts, including, without limitation, the protections of Section 362(a)(7) of the Bankruptcy Code.

27028857.2

5. **Specific Reservations**.

    a.   Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles. Given the scale of the Debtors' business and the complexity of the Debtors' records, Mr. Tackett has not (and could not have) personally verified the condition, location, and ownership status of each and every piece of equipment. Accordingly, Mr. Tackett has relied upon his personal knowledge of Debtors' affairs, the books and records of the Debtors, and the efforts, statements, advice, and representations of his personnel, counsel, or other advisors. Although the foregoing knowledge, records, and advice afford Mr. Tackett a good faith basis for verifying the accuracy of the assets listed in this Part 8 of Debtors' Schedule A/B, it is possible that certain equipment could have been mislaid, destroyed, lost, sold, repossessed by a third party (rightfully or wrongfully), or otherwise ceased to be in the possession of Debtors without Mr. Tackett's  knowledge. The Debtors reserve all rights to modify, amend, or otherwise supplement these disclosures, and all third parties should conduct their own due diligence in assessing Debtors' equipment.

    b.   Schedule A/B, Part 9 – Real Property. Actual realizable values of the identified leaseholds and related interests (including, without limitation, any improvements made or fixtures affixed thereto) is not known to the Debtors, as the market value of these interests can only be ascertained through a marketing and sale process, which has not occurred. Accordingly, the value of such interests may be listed as "unknown" because the Debtors' books and records do not record a net book value for any leasehold interests.

    c.   Schedule A/B, Part 11 – All Other Assets.
        i.   *Question 72 – Tax Refunds and Unused Net Operating Losses*. The Debtors' operations generate a net operating loss (each a "NOL" and, collectively, the "NOLs") for taxes purposes, which is passed through and reported on the taxed returns of their sole member, John Quintrell. Accordingly, the Debtors have omitted these NOLs from this Part 11 of their Schedule A/B, as they belong to their member. The Debtors expressly reserve all rights with regard to these NOLs, and provides this explanation solely for informational purposes. Third parties should consult a tax attorney or other qualified professional in considering these matters.

        ii.   *Question 74 – Causes of Action Against Third Parties*. The Debtors continue to investigate their potential claims against third parties. The failure to list in Schedule A/B such claims shall not be construed as an admission that such claims do not exist. Accordingly, the Debtors expressly reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or

27028857.2

unliquidated, secured or unsecured, assertable directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise (collectively, "Causes of Action"). Causes of Action also include: (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to Section 362 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in or preserved by Section 558 of the Bankruptcy Code; and (vi) any Avoidance Actions. Neither the Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claims, defenses, Causes of Action, or Avoidance Actions or in any way prejudice or impair the assertion of such matters.

d.  Schedule D – Creditors Who Have Claims Secured by Property. Except as otherwise agreed pursuant to a stipulation duly executed by the Debtors after the commencement of these Cases and filed of record therein or any order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, extent, priority, or perfection any lien purported to be granted or perfected in or against any asset of the Estate. Furthermore, the descriptions provided in Schedule D are intended only to be informational. Reference to the applicable agreements and other related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

e.  Schedule E/F – Creditors Who Have Unsecured Claims. The liabilities identified on Schedule E/F are derived from the Debtors' books and records and other information reasonably available to Debtors under the circumstances. In certain instances, unsecured creditors may have accrued multiple independent liabilities, which may or may not have been aggregated in the listed liabilities. The listing of a claim on Schedule E/F does not constitute an admission that such claim or any portion thereof is entitled to priority status either as a deposit or otherwise, and the Debtors expressly reserve their rights to contest the characterization of any such claim. Furthermore, a given amount listed in Schedule E/F may or may not reflect any Post-Petition Payments received by such claimant, the Debtors may not have received notice of all outstanding invoices and claims as of the preparation of their Schedule E/F, and threatened litigation may or may not have been listed depending upon the Debtors' good faith assessment of the risk that such claims will actually proceed to litigation.

f.  Schedule G – Executory Contract and Unexpired Leases. In the ordinary course of business, the Debtors have entered into numerous agreements. While reasonable

7

27028857.2

efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The description of any contract or lease on Schedule G is solely for information purposes, and such descriptions do not constitute an admission as to the characterization of such contract or lease. Listing a contract or lease on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or lease was in effect on the Petition Date, or that such contract or lease is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights. The Debtors have not undertaken to separately identify such rights, powers, duties, and obligations. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors hereby reserve (i) all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G; (ii) all rights to amend or supplement Schedule G as necessary; and (iii) all rights arising under the Bankruptcy Code, applicable law, or the law of these Cases with respect to any contracts or leases.

g.  <u>Statements of Financial Affairs – Part 1</u>. The Debtors have calculated their Gross Revenue from Business with respect to each Debtor to the best of their ability based upon information available to the Debtors.  With respect to certain of the Debtors mining operations under prior leases with Pocahontas Holdings LLC and its affiliates (the "<u>Pocahontas Entities</u>"), the Debtors management was not provided sufficient information from the Pocahontas Entities to accurately calculate its gross revenue.  As such, the amounts provided in the SOFAs are estimated amounts calculated to the best of the Debtors' knowledge based upon the information available to the Debtors.

* * * * *

8

27028857.2

**Fill in this information to identify the case:**

Debtor name ___CIVIL, LLC___

United States Bankruptcy Court for the:  ___SOUTHERN DISTRICT OF WEST VIRGINIA___

Case number (if known) ___25-20179___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                            **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*.............................................................................................  $    260,000.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................................  $    80,058,521.45

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..............................................................................................  $    80,318,521.45

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $    23,236,531.20

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $    25,056,667.55

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  **+**$    3,222,567.93

4.   **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b       $    51,515,766.68

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   CIVIL, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   25-20179

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase Bank N.A. Checking #5588 | Checking | 5588 | $33.99 |
| 3.2. | JP Morgan Chase N.A. | Checking | 5596 | $220.13 |
| 3.3. | JP Morgan Chase N.A. | Checking | 9211 | $0.00 |
| 3.4. | JP Morgan Chase N.A. | Checking | 7765 | $323.81 |
| 3.5. | JP Morgan Chase N.A. | Checking | 7606 | $98.50 |
| 3.6. | JP Morgan Chase N.A. | Savings-closed | 1962 | $131.96 |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   CIVIL, LLC
_____   Case number (If known) 25-20179
         Name

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $808.39 |
|---|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Kentucky Power                                                    $4,314.68

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $4,314.68 |
|---|---|

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:   884,449.38   -   0.00   =....   $884,449.38
                         face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| | $884,449.38 |
|---|---|

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1.   Surety Insurance Company stock interest | | $660,000.00 |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number (If known) 25-20179 |
|---|---|---|
| | Name | |

**17.** **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

$660,000.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office Furnishings | Unknown | | $18,620.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$18,620.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(If known)* 25-20179 |
|---|---|---|
| | Name | |

47.1. See attached Schedule A/B - Part 8
Question 47  - Equipment of record        $0.00                $74,404,500.00

47.2. See attached Schedule A/B - Part 8
Question 47  - Automobiles and trailers of
record        $0.00                $1,868,000.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
Engine Core and Parts        $0.00                $1,232,829.00

51. **Total of Part 8.**                $77,505,329.00

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| Shop in Harlan, KY | Fee Simple | $0.00 | Tax records | $260,000.00 |
| 55.2. | | | | |
| Shop in Beckley, WV | Leasehold | $0.00 | | $0.00 |

56. **Total of Part 9.**                $260,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Caterpillar 980G | Loader | 2KR04375 | Civl LLC | | | | $85,000 | #N/A |
| Caterpillar 980G | Loader | AXG00662 | Civl LLC | | | | $85,000 | #N/A |
| Caterpillar 980G | Loader | 2KR04221 | Civl LLC | | | | $85,000 | #N/A |
| Caterpillar 980H | Loader | JMS04015 | Civl LLC | | | | $130,000 | MMI |
| Caterpillar 980M | Loader | KRS02854 | Civl LLC | | | | $220,000 | #N/A |
| Caterpillar 982M | Loader | K1Y01809 | Civl LLC | | | | $270,000 | #N/A |
| Caterpillar 986H | Loader | L8S00350 | Civl LLC | | | | $280,000 | #N/A |
| Caterpillar 988F | Loader | 8YG00576 | Civl LLC | | | | $115,000 | #N/A |
| Caterpillar 988F | Loader | 2ZR00158 | Civl LLC | | | | $115,000 | #N/A |
| Caterpillar 988G | Loader | BNH00349 | Civl LLC | | | | $140,000 | Conserv |
| Caterpillar 988G | Loader | 2TW00463 | Civl LLC | | | | $140,000 | MMI |
| Caterpillar 990G | Loader | 7HK00056* | Civl LLC | | | | $75,000 | #N/A |
| Caterpillar 990G | Loader | 7HR00095 | Civl LLC | | | | $125,000 | Utica |
| Caterpillar 992G | Loader | 7HR00233 | Civl LLC | | | | $270,000 | Utica |
| Caterpillar 992G | Loader | ADZ00572 | Civl LLC | | | | $185,000 | #N/A |
| Caterpillar 992G | Loader | ADZ00613 | Civl LLC | | | | $250,000 | Conserv |
| Caterpillar 992G | Loader | AZX00589 | Civl LLC | | | | $150,000 | Utica |
| Caterpillar 992G | Loader | ADZ00434 | Civl LLC | | | | $50,000 | Utica |
| Caterpillar 993K | Loader | Z9K00519 | Civl LLC | | | | $125,000 | AFG |
| Caterpillar 993K | Loader | Z9K00504* | Civl LLC | | | | $125,000 | AFG |
| Caterpillar 993K | Loader | Z9K00356 | Civl LLC | | | | $125,000 | N/A |
| Caterpillar 993K | Loader | Z9K00362 | Civl LLC | | | | $62,000 | N/A |
| John Deere 744K | Loader | 1DW744KXLED65849 | Civl LLC | | | | $50,000 | #N/A |
| | | | | | | | | |
| Komatsu WA430-6 | Loader | KMTWA091VU1065141 | Civl LLC | | | | $12,000 | #N/A |
| Komatsu WA430-6 | Loader | KMTWA091P57A41035 | Civl LLC | | | | $12,000 | #N/A |
| Caterpillar 329FE | Excavator | | Civl LLC | | | | $185,000 | #N/A |
| Caterpillar 329FE | Excavator | | Civl LLC | | | | $185,000 | #N/A |
| Caterpillar 336EL | Excavator | FJH01810 | Civl LLC | | | | $135,000 | Conserv |
| Caterpillar 336EL | Excavator | FJH01422 | Civl LLC | | | | $75,000 | #N/A |
| Caterpillar 336ED | Excavator | DKS00429 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 336 | Excavator | DKS02379 | Civl LLC | | | | $235,000 | #N/A |
| Hitachi ZX200LC | Excavator | FF01G6Q312421 | Civl LLC | | | | $25,000 | #N/A |
| Hitachi ZX240LC-3 | Excavator | FF01V1Q020124 | Civl LLC | | | | $65,000 | #N/A |
| Hitachi ZX850LC-3 | Excavator | FF01JDQ020863 | Civl LLC | | | | $145,000 | #N/A |
| Hitachi EX1200-5 | Excavator | H8M18E00300002112 | Civl LLC | | | | $125,000 | Conserv |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Hitachi EX1200-5C | Excavator | HCM18E00E00002050 | Civl LLC | | | | $125,000 | Conserv |
| Terex O&K RH120 | Hydraulic Backhoe | 120036 | Civl LLC | | | | $500,000 | |
| John Deere 200C LC | Excavator | FF200CX508170 | Civl LLC | | | | $55,000 | #N/A |
| John Deere 300G | Excavator | 1FF300GXKJF730874 | Civl LLC | | | | $115,000 | #N/A |
| John Deere 350G | Excavator | 1FF350GXAWF811794 | Civl LLC | | | | $140,000 | #N/A |
| John Deere 850D LC | Excavator | FF850DX973021 | Civl LLC | | | | $40,000 | Utica |
| Caterpillar 16H | Grader | ATS00327 | Civl LLC | | | | $35,000 | AFG |
| Caterpillar 16H | Grader | ATS00783* | Civl LLC | | | | $125,000 | Utica |
| Genie Z 60/34 | Support | AXL31199 | Civl LLC | | | | $25,000 | #N/A |
| Caterpillar TL1255D | Support | ML701803 | Civl LLC | | | | $135,000 | #N/A |
| Caterpillar XQ100-4 | Support | YXC00233* | Civl LLC | | | | $40,000 | #N/A |
| Atlas Copco DM45E | Drill | 7638 (Cummins) QSK | Civl LLC | | | | $375,000 | Utica |
| Atlas Copco DM45E | Drill | 8694 (Caterpillar) 3406 | Civl LLC | | | | $290,000 | #N/A |
| Atlas Copco DM50E | Drill | 7684 (Cummins) N14 | Civl LLC | | | | $275,000 | #N/A |
| Atlas Copco DML | Drill | 7679 (Caterpillar) 3408 | Civl LLC | | | | $325,000 | #N/A |
| Salem MCK MUL-T | Auger | 56 | Civl LLC | | | | $680,000 | #N/A |
| Salem MCK MUL-T | Auger | GHM-37* | Civl LLC | | | | $375,000 | #N/A |
| Salem MCK MUL-T | Auger | AG0030 | Civl LLC | | | | $375,000 | #N/A |
| Superior HWM45 | HWM | 45 | Civl LLC | | | | $4,500,000 | #N/A |
| Superior HWM | HWM | 14 | Civl LLC | | | | $2,800,000 | Blue Tarpon |
| Caterpillar Q1750-02 | Generator | E0600265 | Civl LLC | | | | $25,000 | #N/A |
| Caterpillar Genset | Generator | ESO-JH045 | Civl LLC | | | | $25,000 | #N/A |
| Caterpillar Genset | Generator | | Civl LLC | | | | $25,000 | #N/A |
| Caterpillar 740 | Articulating Truck | AXM01179* | Civl LLC | | | | $150,000 | MMI |
| Caterpillar 740 | Articulating Truck | AXM01484* | Civl LLC | | | | $150,000 | MMI |
| John Deere 370E | Articulating Truck | 1DW370ETAJF685530 | Civl LLC | | | | $350,000 | Utica |
| Komatsu HM300 | Articulating Truck | * | Civl LLC | | | | $125,000 | AFG |
| Caterpillar 730C | Articulating Truck | J2T400215 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar 769D | Rock Truck | 5SS00097 | Civl LLC | | | | $285,000 | #N/A |
| Caterpillar 773B | Rock Truck | 63W04009 | Civl LLC | | | | $175,000 | #N/A |
| Caterpillar 773D | Rock Truck | 7CS00111 | Civl LLC | | | | $125,000 | Utica |
| Caterpillar 773D | Rock Truck | 7ER00224 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 773D | Rock Truck | 7ER00225* | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 773D | Rock Truck | 7ER00275* | Civl LLC | | | | $125,000 | Utica |
| Caterpillar 777C | Rock Truck | 4XJ00552* | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 777C | Rock Truck | 4XJ00641* | Civl LLC | | | | $125,000 | #N/A |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Caterpillar 777D | Rock Truck | AGC00871* | Civl LLC | | | | $225,000 | #N/A |
| Caterpillar 777D | Rock Truck | AGC01485 | Civl LLC | | | | $225,000 | Utica |
| Caterpillar 777D | Rock Truck | AGC01585 | Civl LLC | | | | $225,000 | Utica |
| Caterpillar 777D | Rock Truck | AGC02343 | Civl LLC | | | | $225,000 | Conserv |
| Caterpillar 777D | Rock Truck | 3PR00995 | Civl LLC | | | | $225,000 | Utica |
| Caterpillar 777D | Rock Truck | 3PR01066 | Civl LLC | | | | $225,000 | Utica |
| Caterpillar 777D | Rock Truck | ACG01637 | Civl LLC | | | | $225,000 | Utica |
| Caterpillar 777F | Rock Truck | JRP01174 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777F | Rock Truck | JRP01306 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777F | Rock Truck | JRP01316 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777F | Rock Truck | JRP02148 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777F | Rock Truck | JRP03208 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777F | Rock Truck | JRP03210 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 785B | Rock Truck | 6HK00306* | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 785B | Rock Truck | 6HK00719* | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 785B | Rock Truck | 6HK00414 | Civl LLC | | | | $375,000 | AFG |
| Caterpillar 785C | Rock Truck | APX00322* | Civl LLC | | | | $500,000 | AFG |
| Caterpillar 785C | Rock Truck | APX00472 | Civl LLC | | | | $500,000 | AFG |
| Caterpillar 785C | Rock Truck | APX00478* | Civl LLC | | | | $500,000 | AFG |
| Caterpillar 785D | Rock Truck | MSY00254* | Civl LLC | | | | $850,000 | AFG |
| Caterpillar D6T | Dozer | JNM00531 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D6T | Dozer | JNM00533 | Civl LLC | | | | $325,000 | AFG |
| Caterpillar D6T | Dozer | ZJB01326 | Civl LLC | | | | $250,000 | Conserv |
| Caterpillar D8T | Dozer | KPZ02169 | Civl LLC | | | | $240,000 | Conserv |
| Caterpillar D9N | Dozer | 1JD03575 | Civl LLC | | | | $110,000 | #N/A |
| Caterpillar D9R | Dozer | ACL75001 | Civl LLC | | | | $100,000 | #N/A |
| Caterpillar D9R | Dozer | 7TL00838 | Civl LLC | | | | $275,000 | AFG |
| Caterpillar D9R | Dozer | ABK00463 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR01263 | Civl LLC | | | | $275,000 | Conserv |
| Caterpillar D10R | Dozer | 3KR01492 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR01158 | Civl LLC | | | | $275,000 | Conserv |
| Caterpillar D10R | Dozer | 3KR01635 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR75011 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10R | Dozer | AKT00293 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10R | Dozer | AKT00359 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar D10T | Dozer | RJG00004 | Civl LLC | | | | $250,000 | Conserv |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Caterpillar D11R | Dozer | 7PZ01067 | Civl LLC | | | | $400,000 | Utica |
| Caterpillar D11R | Dozer | 7PZ75037 | Civl LLC | | | | $400,000 | Utica |
| Caterpillar D11R | Dozer | 7PZ01402 | Civl LLC | | | | $300,000 | #N/A |
| Caterpillar D11R | Dozer | | Civl LLC | | | | $15,000 | #N/A |
| Caterillar D11R | Dozer | AAF75002 | Civl LLC | | | | $75,000 | Utica |
| John Deere 950K | Dozer | 1T0950KPLJF338554 | Civl LLC | | | | $350,000 | Utica |
| 2000 Ford F750 | Mechanic Truck | 3FDXF75H8YMA26399 | Civl LLC | | | | $75,000 | #N/A |
| International S1700 | Cab/Chassis | 1HTLCHYN5FHA31358 | Civl LLC | | | | $6,000 | #N/A |
| International 3800 | Bus | 1HTVBBAAL4WH624129 | Civl LLC | | | | $5,000 | #N/A |
| 2012 International 4300SBA | Steam Truck | 1HTMMAAN8DH458658 | Civl LLC | | | | $45,000 | #N/A |
| 2001 International 4300 | Bus | 1HVBRAAP42A920639 | Civl LLC | | | | $5,000 | #N/A |
| 1996 International 3800 | Bus | 1HVBBABMXVH472587 | Civl LLC | | | | $5,000 | #N/A |
| 1992 Kenworth C500 | Fuel/Lube Truck | R0XBPM929717 | Civl LLC | | | | $80,000 | #N/A |
| 2005 Kenworth T300 | Mechanic Truck | 2NKNHD6X36M139846 | Civl LLC | | | | $75,000 | #N/A |
| Mack RD888SX | Lube Truck | TR454670 (Cab Number) | Civl LLC | | | | $40,000 | #N/A |
| Mack RD888SX | Lube Truck | TR475556 (Cab Number) | Civl LLC | | | | $40,000 | #N/A |
| Mack RD688S | Lube Truck | 1M2P267C7RM021344 | Civl LLC | | | | $40,000 | #N/A |
| Mack RD866SX | Fuel Truck | 1M2P1S6C0FA001044 | Civl LLC | | | | $15,000 | #N/A |
| Mack DM686S | Fuel/Lube Truck | 1M2B126C9FA010849 | Civl LLC | | | | $30,000 | #N/A |
| Mack RD888SX | Water Truck | 1M2P282CXFM001771 | Civl LLC | | | | $40,000 | #N/A |
| Mack RD888SX | Water Truck | TR319016 (Cab Number) | Civl LLC | | | | $40,000 | #N/A |
| Peterbuilt 387 | Tractor | 1XP-7L2TX-6-BP145787 | Civl LLC | | | | $25,000 | #N/A |
| 1999 Sterling | Water Truck | 2FWWMJBA6XAF29187 | Civl LLC | | | | $250,000 | #N/A |
| Ford L8000 | Tire Truck | 1FDZW82E6RVA05471 | Civl LLC | | | | $55,000 | #N/A |
| 2019 Kenworth W900 | Coal Truck | 1XKWD40X0KJ238290 | Civl LLC | | | | $150,000 | #N/A |
| 2019 Western Star 4900EX | Coal Truck | 5KJJABFG4KPKK8002 | Civl LLC | | | | $150,000 | Daimler |
| 2019 Western Star 4900EX | Coal Truck | 5KJJABFG6KPKK8003 | Civl LLC | | | | $150,000 | Daimler |
| 2019 Peterbilt 389 | Coal Truck | 1XPXD40X3KD615479 | Civl LLC | | | | $150,000 | Conserv |
| 2022 Kenworth W900 | Coal Truck | 1XKWD40X0NR123629 | Civl LLC | | | | $210,000 | Utica |
| 2022 Kenworth W900 | Coal Truck | 1XKWD40X7NR123630 | Civl LLC | | | | $210,000 | Utica |
| 2022 Kenworth W900 | Coal Truck | 1XKWD40X9NR123631 | Civl LLC | | | | $210,000 | Utica |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD40X8PD891583 | Civl LLC | | | | $230,000 | #N/A |
| 2023 Kenworth 990 | Coal Truck | 1XK1D40X6PJ260215 | Civl LLC | | | | $230,000 | AFG |
| 2023 Kenworth W900 | Coal Truck | 1XKWD4OXXPR256336 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth W900 | Coal Truck | 1XKWD40X6PR256012 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth w990 | Coal Truck | 1XK1D49X8PJ260445 | Civl LLC | | | | $230,000 | AFG |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 2023 Kenworth  T880 | Coal Truck | 3WKZD40X5PF267453 | Civl LLC | | | | $230,000 | Allegiance Capital |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD40X7PD892921 | Civl LLC | | | | $230,000 | AFG |
| 2020 Kenworth W990 | Coal Truck | 1XK1D40X8LJ388336 | Civl LLC | | | | $175,000 | #N/A |
| 2020 Kenworth W990 | Coal Truck | 1XK1D40X9LJ388152 | Civl LLC | | | | $175,000 | #N/A |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD40X2PD819665 | Civl LLC | | | | $230,000 | #N/A |
| 2023 International  HX 520 | Coal Truck | 3HSPAAPT5PN016009 | Civl LLC | | | | $230,000 | #N/A |
| 2023 Kenworth T880 | Coal Truck | 1XKZD40X6PJ257110 | Civl LLC | | | | $230,000 | #N/A |
| 2023 International  HX 520 | Coal Truck | 3HSPAAPR4PN016555 | Civl LLC | | | | $230,000 | #N/A |
| 2023 Kenworth W900B | Coal Truck | 1XKWD40X9PR256196 | Civl LLC | | | | $230,000 | #N/A |
| 2023 Kenworth  T880 | Coal Truck | 3WKZD40X5PF267454 | Civl LLC | | | | $230,000 | AFG |
| 2023 Keneotth T880 | Coal Truck | 3WKZD40XXRF267453 | Civl LLC | | | | | AFG |
| 2023 Peterbilt 389 | Coal Truck | 1NPXD49X3PD868581 | Civl LLC | | | | $260,000 | #N/A |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD49X2PD892280 | Civl LLC | | | | $260,000 | SMA II LP I LLC |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD49X6PD892282 | Civl LLC | | | | $260,000 | SMA II LP I LLC |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD49X2PD868559 | Civl LLC | | | | $260,000 | SMA II LP I LLC |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD49X3PD892286 | Civl LLC | | | | $260,000 | SMA II LP I LLC |
| 2023 Peterbilt 389 | Coal Truck | 1XPXD49X9PD892289 | Civl LLC | | | | $260,000 | SMA II LP I LLC |
| 2023 Kenworth 900 | Coal Truck | 1XKWD40X8PR256335 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth 900 | Coal Truck | 1XKWD40X2PR256010 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth 900 | Coal Truck | 1XKWD4X40PR256011 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth 900 | Coal Truck | 1XKWD40X8PR256013 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2023 Kenworth 900 | Coal Truck | 1XKWD4OXXPR256014 | Civl LLC | | | | $230,000 | SMA II LP I LLC |
| 2022 Peterbilt 389 | Coal Truck | 1XPXD40X7ND802017 | Civl LLC | | | | $210,000 | #N/A |
| 2024 Peterbilt  389 | Coal Truck | 1XPXD40X9RD605159 | Civl LLC | | | | $275,000 | AFG |
| 2024 Peterbilt  389 | Coal Truck | 1XPXD40X9RD605160 | Civl LLC | | | | $275,000 | AFG |
| 2024 Peterbilt  389 | Coal Truck | 1XPXD40X9RD605161 | Civl LLC | | | | $275,000 | AFG |
| 2024 Peterbilt  389 | Coal Truck | 1XPXD40X2RD605164 | Civl LLC | | | | $275,000 | #N/A |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40X0RJ340824 | Civl LLC | | | | $260,000 | AFG |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40X2RJ340825 | Civl LLC | | | | $260,000 | AFG |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40X4RJ340826 | Civl LLC | | | | $260,000 | AFG |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40X6RJ340827 | Civl LLC | | | | $260,000 | AFG |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40X8RJ340828 | Civl LLC | | | | $260,000 | AFG |
| 2024 Kenworth  W990 | Coal Truck | 1XK1D40XXRJ340829 | Civl LLC | | | | $260,000 | AFG |
| 2024 Mac Trailer | Coal Trailer | 5MADS3534RC074302 | Civl LLC | | | | $135,000 | AFG |
| 2024 Mac Trailer | Coal Trailer | 5MADS3536RC074303 | Civl LLC | | | | $135,000 | AFG |
| 2023 ALFAB FRAMELESS | Coal Trailer | 1A9D3526NS199226 | Civl LLC | | | | $78,000 | AFG |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 2023 ALFAB 3 AXLE | Coal Trailer | 1A9DA3531PS199291 | Civl LLC | | | | $135,000 | #N/A |
| 2023 ALFAB 2 AXLE | Coal Trailer | 1A9DA2825PS199249 | Civl LLC | | | | $100,000 | #N/A |
| 2023 ALFAB 2 AXLE | Coal Trailer | 1A9DA2825PS199252 | Civl LLC | | | | $100,000 | Allegiance Capital |
| Fairchild Scoop 35C-WH | | T339-632 | Civl LLC | | | | $150,000 | |
| 2019 MAC DUMP | Coal Trailer | 5MADN4026KK049666 | Civl LLC | | | | $110,000 | Community |
| 2018 Kenworth T880 | Lowboy Truck | 1XKDP4TX7JR199918 | Civl LLC | | | | $130,000 | #N/A |
| 2019 Western Star 4900EX | Lowboy Truck | 5KJNABFG2KPKF8239 | Civl LLC | | | | $200,000 | #N/A |
| 2023 Kenworth W900L | Lowboy Truck | 1XKWP40X5PR256302 | Civl LLC | | | | $245,000 | #N/A |
| 2023 Peterbilt 389 | Lowboy Truck | 1XPXP4TX6PD799133 | Civl LLC | | | | $345,000 | AFG |
| 2023 Peterbilt 389 | Lowboy Truck | 1XPX4TX8PD799134 | Civl LLC | | | | $345,000 | AFG |
| 2022 Kenworth T270 | Service Truck | 2NKHH6X9NM49337 | Civl LLC | | | | $180,000 | #N/A |
| 2022 Kenworth T270 | Service Truck | 2NKHHM6X2NM49339 | Civl LLC | | | | $180,000 | #N/A |
| 2023 Dodge  5500 | Service Truck | 3C7WRNFL2NG186693 | Civl LLC | | | | $165,000 | AFG |
| 2023 Kenworth T880 | Service Truck | 1NKZHK7X4PJ256515 | Civl LLC | | | | $265,000 | AFG |
| 2023 Kenworth T880 | Service Truck | 1NKZHK7X6PJ256516 | Civl LLC | | | | $265,000 | AFG |
| 2023 Dodge  5500 | Service Truck | 3C7WRNBL9NG352066 | Civl LLC | | | | $165,000 | #N/A |
| 2023 Dodge  5500 | Service Truck | 3C7WRNBL0PG562462 | Civl LLC | | | | $165,000 | #N/A |
| 2024 Peterbilt  389 | Coal Truck | 1NPXD40X2RD605164 | Civl LLC | | | | | AFG |
| 1990 Mack  TK | Service Truck | 2M2P282C4LC001174 | Civl LLC | | | | $40,000 | #N/A |
| 1997 Mack  TK | Service Truck | 1M2P278C7VM002002 | Civl LLC | | | | $40,000 | #N/A |
| 2019 MAC | Coal Trailer | 5MADS3530KC047491 | Civl LLC | | | | $70,000 | Conserv |
| 2019 MAC | Coal Trailer | 5MADS3530KC047961 | Civl LLC | | | | $70,000 | #N/A |
| 2019 East | Coal Trailer | 1E1D1S289KR066821 | Civl LLC | | | | $70,000 | #N/A |
| 2019 RHODES | Coal Trailer | 1A9AD3533KP432898 | Civl LLC | | | | $70,000 | 0 |
| 2019 MAC | Coal Trailer | 5MADS3530KC047961 | Civl LLC | | | | $70,000 | #N/A |
| 2019 RHODES | Coal Trailer | 1A9AD3536KP432915 | Civl LLC | | | | $70,000 | Conserv |
| 2020 MAC | Coal Trailer | 5MADS3536LC053944 | Civl LLC | | | | $80,000 | #N/A |
| 2023 ALFAB | Coal Trailer | 1A9DA3533PS199292 | Civl LLC | | | | $105,000 | #N/A |
| 2023 MAC | Coal Trailer | 5MADS3531PC069121 | Civl LLC | | | | $105,000 | AFG |
| 2023 ALFAB | Coal Trailer | 1A9DA3533PS199289 | Civl LLC | | | | $105,000 | #N/A |
| 2019 MAC | Coal Trailer | 5MADS3538KC047285 | Civl LLC | | | | $70,000 | 0 |
| 2023 ALFAB | Coal Trailer | 1A9DA3531PS199288 | Civl LLC | | | | $105,000 | #N/A |
| 2023 ALFAB | Coal Trailer | 1A9DA3536RS199306 | Civl LLC | | | | $105,000 | AFG |
| 2023 ALFAB | Coal Trailer | 1A9DA353XPS199290 | Civl LLC | | | | $105,000 | #N/A |
| 2023 MAC | Coal Trailer | 5MADS3536PC069115 | Civl LLC | | | | $105,000 | AFG |
| 2019 Trailstar | Coal Trailer | 4T9DS35C4K1110331 | Civl LLC | | | | $70,000 | Community |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 2023 MAC | Coal Trailer | 5MADS3236PC067188 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS3538PC069116 | Civl LLC | | | | $105,000 | AFG |
| 2023 ALFAB 2Axle | Coal Trailer | 1A9DA2827NS199242 | Civl LLC | | | | $95,000 | #N/A |
| 2023 MAC | Coal Trailer | 5MADS3538PC067186 | Civl LLC | | | | $105,000 | AFG |
| MAC | Coal Trailer | 5MADS3532RC074301 | Civl LLC | | | | $105,000 | AFG |
| 2024 ALFAB | Coal Trailer | 1APDA3536RS1999306 | Civl LLC | | | | $110,000 | #N/A |
| 2023 ALFAB | Coal Trailer | 1A9DA2829NS199260 | Civl LLC | | | | $105,000 | #N/A |
| 2023 ALFAB | Coal Trailer | 1A9DA2823PS199251 | Civl LLC | | | | $105,000 | AFG |
| 2023 Alfab | Coal Trailer | 1A9DA3534RS199305 | Civl LLC | | | | $105,000 | AFG |
| 2023 ALFAB | Coal Trailer | 1A9DA2821PS199250 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS3531PC069118 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS3534PC069114 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS3533PC069119 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS353XPC069117 | Civl LLC | | | | $105,000 | AFG |
| 2023 MAC | Coal Trailer | 5MADS353XPC069120 | Civl LLC | | | | $105,000 | AFG |
| Caterpillar 992D | Loader | 7MJ00269 | Civl LLC | | | | $95,000 | #N/A |
| Volvo L220E | Loader | L220EV4784 | Civl LLC | | | | $50,000 | #N/A |
| 988F | Loader | 2ZR00312 | Civl LLC | | | | $75,000F | #N/A |
| Volvo 220E | Loader | L220EV2376 | Civl LLC | | | | | #N/A |
| Volvo 150G | Loader | 150GC00022145 | Civl LLC | | | | $115,000 | #N/A |
| Caterpillar 335F EX | Excavator | 335FEKNE10189 | Civl LLC | | | | $200,000 | #N/A |
| Caterpillar 336E EX | Excavator | 0336EKRZA00782 | Civl LLC | | | | $155,000 | #N/A |
| Caterpillar 329E EX | Excavator | 0329FEERL00600 | Civl LLC | | | | $185,000 | #N/A |
| Caterpillar 329F EX LONG | Excavator | ERL00239 | Civl LLC | | | | $130,000 | Conserv |
| Champion Grader | Grader | X030124X | Civl LLC | | | | $25,000 | #N/A |
| Mack  Mechanic Truck | Mechanic Truck | | Civl LLC | | | | $75,000 | #N/A |
| Sterling Truck | Support | 2FZHATAK83AL07994 | Civl LLC | | | | $20,000 | #N/A |
| Ford F550 | Support | | Civl LLC | | | | $35,000 | #N/A |
| Ford F750 | Support | | Civl LLC | | | | $75,000 | #N/A |
| Mack  Water Truck | Support | 1M2P267c18023421 | Civl LLC | | | | $30,000 | #N/A |
| Reed | Drill | 004-DC6886 | Civl LLC | | | | $180,000 | #N/A |
| Bucyrus488 | Scoop | 4882785 | Civl LLC | | | | $165,000 | |
| Komatsu HD785-7 | Rock Truck | KMTHD023V29007840 | Civl LLC | | | | $250,000 | #N/A |
| Caterpillar 777F | Rock Truck | JRP01778 | Civl LLC | | | | $650,000 | AFG |
| Caterpillar 777D | Rock Truck | 0777DAAGC00987 | Civl LLC | | | | $275,000 | #N/A |
| Caterpillar 777D | Rock Truck | 3PR00312 | Civl LLC | | | | $275,000 | AFG |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Caterpillar 777C | Rock Truck | 4XJ00800 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 769C | Rock Truck | 01X04599 | Civl LLC | | | | $75,000 | #N/A |
| Caterpillar 769C Short | Rock Truck | 01X06693 | Civl LLC | | | | $75,000 | #N/A |
| Caterpillar 740 | Rock Truck | 00740AB1P01384 | Civl LLC | | | | $150,000 | #N/A |
| Caterpillar 773B | Rock Truck | 63w01231 | Civl LLC | | | | $55,000 | #N/A |
| Caterpillar 773B | Rock Truck | 63w1942 | Civl LLC | | | | $55,000 | #N/A |
| Caterpillar 777C | Rock Truck | 4XJ | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 777C | Rock Truck | 4XJ319 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR01818 | Civl LLC | | | | $250,000 | #N/A |
| Caterpillar D11R | Dozer | 7PZ00932 | Civl LLC | | | | $350,000 | #N/A |
| Caterpillar D6T | Dozer | 00D6TEZJB01326 | Civl LLC | | | | $175,000 | #N/A |
| John Deere 950K | Dozer | 1T0950KPHJF335977 | Civl LLC | | | | $350,000 | Utica |
| John Deere 300 | Excavator | 730874 | Civl LLC | | | | $85,000 | #N/A |
| HITACHI 200 | Excavator | 312421 | Civl LLC | | | | $55,000 | #N/A |
| Caterpillar 345 | Excavator | EEH00872 | Civl LLC | | | | $135,000 | #N/A |
| John Deere 200 | Excavator | 508170 | Civl LLC | | | | $55,000 | #N/A |
| Caterpillar MD5050T | Drill | MD505HDR91177 | Civl LLC | | | | $150,000 | #N/A |
| Fletcher DDO Roof Ranger | Roof Bolter | 82048 | Civl LLC | | | | $200,000 | |
| Stanler | Feeder | 12559 | Civl LLC | | | | $125,000 | |
| John Deere 260 | Articulating Truck | 693225 | Civl LLC | | | | $280,000 | #N/A |
| Caterpillar 773B | Rock Truck | 63W03864 | Civl LLC | | | | $65,000 | #N/A |
| Caterpillar 773B | Rock Truck | 63W03862 | Civl LLC | | | | $65,000 | #N/A |
| Caterpillar D10 | Dozer | RJG00166 | Civl LLC | | | | $250,000 | #N/A |
| John Deere 950 | Dozer | 338554 | Civl LLC | | | | $350,000 | #N/A |
| Caterpillar D8T | Dozer | KPZ03273 | Civl LLC | | | | $275,000 | Conserv |
| Grove  RT700E | Crane | 223451 | Civl LLC | | | | $250,000 | #N/A |
| Caterpillar 980H | Loader | JMS00483 | Civl LLC | | | | $135,000 | #N/A |
| Caterpillar 349 | Excavator | TFG00291 | Civl LLC | | | | $165,000 | #N/A |
| Caterpillar 323 | Excavator | RAZ00700 | Civl LLC | | | | $115,000 | #N/A |
| Komatsu HM300-3 | Rock Truck | 3579 | Civl LLC | | | | $100,000 | #N/A |
| Caterpillar 730C | Rock Truck | 2T401096 | Civl LLC | | | | $80,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR00831 | Civl LLC | | | | $120,000 | #N/A |
| Caterpillar D10R | Dozer | 3KR1176 | Civl LLC | | | | $120,000 | #N/A |
| Joy 1415 | Miner | 6118 | Civl LLC | | | | $850,000 | #N/A |
| Joy 14 CM15 | CM | JM5320 | Civl LLC | | | | $350,000 | |
| Joy Miner 1415 | Miner | JM5326 | Civl LLC | | | | $350,000 | |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| KVA Power Center 2500-PC-17C | Power Center | 9218739 | Civl LLC | | | | | #N/A |
| Mine Power System | Charger | 24F28MC3564 | Civl LLC | | | | $10,000 | |
| Narco 10SC/32AA | Shuttle Car | N10L223 | Civl LLC | | | | | #N/A |
| Narco 10SC/32AA | Shuttle Car | N11H261 | Civl LLC | | | | | #N/A |
| Mack RD800 | Haul Truck | 2M2P282C3MC001264 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P327CX2M002377 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P225C9VM001098 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282C95M001900 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282CXRM001771 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282COTM001964 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282C6PM001635 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 2M2P282C9LC001199 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282C4WM002121 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2P282C2TM001965 | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | 1M2B156C5F8003222-PARTS | Civl LLC | | | | $80,000 | #N/A |
| Mack RD800 | Haul Truck | PARTS | Civl LLC | | | | $25,000 | #N/A |
| 2007 FORD F750 | Mechanic Truck | 3FRWF75RX7V433337 | Civl LLC | | | | $35,000 | #N/A |
| 1992 FORD LN8000 | FUEL TRUCK | 1FDXR82A9NVA06362 | Civl LLC | | | | $50,000 | #N/A |
| 1995 INTERNATIONAL 4700 | Steam Truck | 1HTSCABM3TH252646 | Civl LLC | | | | $50,000 | #N/A |
| Caterpillar 785C | Rock Truck | 1HW120 | Civl LLC | | | | $250,000 | #N/A |
| Caterpillar 785C | Rock Truck | 1HW121 | Civl LLC | | | | $250,000 | #N/A |
| | | | | | | | | |
| Caterpillar 336EL | Excavator | FJX01422 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar D11R | Dozer | 7PZ1402 | Civl LLC | | | | $180,000 | #N/A |
| Peterbilt 389 | Coal Truck | 1XPXD40X1KD615481 | Civl LLC | | | | $260,000 | #N/A |
| Kenworth 900 | Coal Truck | 1XKWD40X4PR256011 | Civl LLC | | | | $260,000 | #N/A |
| Kenworth 900 | Coal Truck | 1XKWD40XXPR256014 | Civl LLC | | | | $260,000 | #N/A |
| Grove  GMK5165 | Crane | Crane Upper - 5130-2031 E153 | Civl LLC | | | | $300,000 | Conserv |
| Caterpillar 329FL | Excavator | ERL00600 | Civl LLC | | | | $125,000 | #N/A |
| Caterpillar 980C | Loader | 63X07104 | Civl LLC | | | | $85,000 | #N/A |
| Caterpillar 299D | Loader | FD203005 | Civl LLC | | | | $90,000 | #N/A |
| Hitachi EX200 | Excavator | 300375 | Civl LLC | | | | $90,000 | #N/A |
| John Deere 950K | Dozer | 1T0950KPAJF329898 | Civl LLC | | | | $350,000 | #N/A |
| CAT D6H | Dozer | 5HF05602 | Civl LLC | | | | $35,000 | #N/A |
| John Deere 260 | Articulating Truck | 1DW260ETHJF693225 | Civl LLC | | | | $70,000 | #N/A |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| Superior 25 | HWM | SHM-25V/V800PTM-1 | Civl LLC | | | | $2,500,000 | AFG |
| PHMS Cutter Head | HWM | C125 | Civl LLC | | | | $750,000 | AFG |
| Alfab Dump | Coal Trailer | 1A9DA3526NS199226 | Civl LLC | | | | $115,000 | AFG |
| Fontaine Magnitude 80 Ton | Trailer | 5757JE760304R35A3751 | Civl LLC | | | | $255,000 | AFG Investments 1B, LLC |
| Fontaine Magnitude 80 Ton | Trailer | P2918 | Civl LLC | | | | $70,000 | AFG Investments 1B, LLC |
| Fontaine EQ3 | Trailer | 57JMl6108R3SA3753 | Civl LLC | | | | $75,000 | AFG Investments 1B, LLC |
| Fontaine | Trailer | 57JM05103R35A3754 | Civl LLC | | | | $25,000 | AFG Investments 1B, LLC |
| 60/90 | Trailer | 57JM051 0SR35A3755 | Civl LLC | | | | $25,000 | AFG Investments 1B, LLC |
| Fontaine 482 | Trailer | 57JL29202R354A3756 | Civl LLC | | | | $60,000 | AFG Investments 1B, LLC |
| Fontaine Magnitude | Trailer | 57JM0SI09R3SA3757 | Civl LLC | | | | $25,000 | AFG Investments 1B, LLC |
| Alfab Dump | Coal Trailer | IA9DA3534RS199305 | Civl LLC | | | | $115,000 | AFG Investments 1B, LLC |
| Alfab Dump | Coal Trailer | IA9DA3536RSl99306 | Civl LLC | | | | $115,000 | AFG Investments 1B, LLC |
| 2024 John Deere 744p | Loader | 1DW744PAKRLX07823 | Civl LLC | | | | $100,000 | Utica |
| 2024 John Deere 460p | Articulating Truck | 1DW460PAARFB07882 | Civl LLC | | | | $90,000 | Utica |
| 2024 John Deere 460p | Articulating Truck | 1DW460PACPFB06217 | Civl LLC | | | | $90,000 | Utica |
| 2024 John Deere 844P | Loader | 1DW844PACPLX07575 | Civl LLC | | | | $120,000 | Utica |
| 2024 John Deere 904P | Loader | 1DW904PATPLX07495 | Civl LLC | | | | $170,000 | Utica |
| 2022 Grove  TMS9000-2 | Crane | 237132 | Civl LLC | | | | $1,000,000 | Utica |
| 2001 Caterpillar D11R | Dozer | 7PZ75064 | Civl LLC | | | | $1,500,000 | Utica |
| 2019 Terex TA35 | Articulating Truck | 4T9DS35C9K1110132 | Civl LLC | | | | $75,000 | Forge Capital LLC |
| | | | | | | | | #N/A |
| 2025 CHEVROLET SILVERADO 4WD CREW CAB PICKUP | Automobile | 2GC4KME73S1192787 | Civl LLC | | | | $45,000 | #N/A |
| 2025 CHEVROLET SILVERADO 4WD CREW CAB PICKUP | Automobile | 2GC4KME73S1192370 | Civl LLC | | | | $45,000 | #N/A |
| 2023 SURE-TRAC CARGO TRAILER | Trailer | 5JW1C1623P2397450 | Civl LLC | | | | $9,500 | #N/A |
| 2022 BIG TEX TRAILER | Tailer | 16V1U172XN3148432 | Civl LLC | | | | $13,000 | #N/A |
| 2017 XPLO TL | Trailer | 4U3S02626HL016510 | Civl LLC | | | | $65,000 | #N/A |
| 2017 XPLO TL | Trailer | 4U3S01414HL016512 | Civl LLC | | | | $45,000 | #N/A |
| 1985 ROGE LOWBED | Trailer | 1RBH56402FAR20338 | Civl LLC | | | | $10,000 | #N/A |
| 2017 XPLO TL | Tailer | 4U3S0051XHL016513 | Civl LLC | | | | $30,000 | #N/A |
| 1996 INTL TK | Automobile | 1HV88A8P8TH369403 | Civl LLC | | | | $25,000 | #N/A |
| 1995 MACK TRUCK | Automobile | 1M2P282C6SM001885 | Civl LLC | | | | $50,000 | #N/A |
| 2003 AME BU | Automobile | 4DRBRABNX3B954191 | Civl LLC | | | | $20,000 | #N/A |
| 2006 FORD TRUCK | Automobile | 1FDAF57P46ED19069 | Civl LLC | | | | $15,000 | #N/A |
| 1995 MACK TRUCK | Automobile | 1M2P282C9SM001900 | Civl LLC | | | | $50,000 | #N/A |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 1983 AMGE TN | Automobile | 2320 | Civl LLC | | | | $11,000 | #N/A |
| 1995 KW CC | Automobile | 2NKMH77X4SM652033 | Civl LLC | | | | $22,000 | #N/A |
| 2019 RAM 2500 | Automobile | 3C6UR5CL7KG545841 | Civl LLC | | | | $50,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 1GC5YME74RF233899 | Civl LLC | | | | $45,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 1GC4YTE77RF166334 | Civl LLC | | | | $45,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 2GC4YNE778R1126699 | Civl LLC | | | | $45,000 | #N/A |
| 2022 ROAD DUMOO | Automobile | 46UFU1223N1259433 | Civl LLC | | | | $45,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 2GC4YME76R1138991 | Civl LLC | | | | $45,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 1GC3YNE7XRF105231 | Civl LLC | | | | $45,000 | #N/A |
| 2024 CHEV SILVERA | Automobile | 1GC5YNE78RF380121 | Civl LLC | | | | $45,000 | #N/A |
| 2025 CHEV SILVERA | Automobile | 1GC4KME72SF144786 | Civl LLC | | | | $45,000 | #N/A |
| 2022 CHEV SILVERA | Automobile | 1GC4YMEY9NF264502 | Civl LLC | | | | $45,000 | #N/A |
| 2025 CHEV SILVERA | Automobile | 2GC4KME77S1140076 | Civl LLC | | | | $45,000 | #N/A |
| 2002 INTL TT | Automobile | 1HTMKAANX2H521570 | Civl LLC | | | | $40,000 | #N/A |
| 2012 INTE 4000 | Automobile | 3HAMMAAN4CL452767 | Civl LLC | | | | $35,000 | #N/A |
| 2024 WEST 49X CHA | Coal Truck | 5KJJBWFG7RLVB8901 | Civl LLC | | | | $260,000 | #N/A |
| 2019 EAST TRAILER | Trailer | 1E1D1S389KR066821 | Civl LLC | | | | $35,000 | #N/A |
| 2017 X-L XL | Lowboy Trailer | 4U3J05639HL016511 | Civl LLC | | | | $150,000 | #N/A |
| 2007 STRG LT9513 | Automobile | 2FZHAZDEX7AY47037 | Civl LLC | | | | $25,000 | #N/A |
| 2009 UTIL VS2DX | Automobile | 1UYVS25369G743122 | Civl LLC | | | | $110,000 | #N/A |
| 2018 MAC DUMP TR | Automobile | 5MADS3539JC042448 | Civl LLC | | | | $110,000 | #N/A |
| 2018 MAC DUMP TR | Automobile | 5MADS3531JC043271 | Civl LLC | | | | $110,000 | #N/A |
| 2020 MAC DUMP | Automobile | 5MADS3231LC056996 | Civl LLC | | | | $110,000 | #N/A |
| 2018 NORS GOOSENK | Trailer | 50HFD2529J1021816 | Civl LLC | | | | $20,000 | #N/A |
| 2018 MAXE DROPNLO | Automobile | 5R8BA242XJM056561 | Civl LLC | | | | $65,000 | #N/A |
| 2019 RODE AS35751 | Automobile | 1A9AD3530KP432909 | Civl LLC | | | | $35,000 | #N/A |
| 2005 TSTA 48X102 | Automobile | 1TTE4820451076428 | Civl LLC | | | | $45,000 | #N/A |
| 2019 LAND 440B | Trailer | 1LH440VH9K1B27011 | Civl LLC | | | | $120,000 | Community |
| 2019 LAND 455B-50 | Trailer | 1LH455VJ0K1B27007 | Civl LLC | | | | $120,000 | Community |
| 2019 Ford F250 | Automobile | 1FT7W2BT5KED79583 | Civl LLC | | | | $50,000 | Ford Credit |
| 2018 Ford F250 | Automobile | 1FT7X2BT3JEC35848 | Civl LLC | | | | $50,000 | Ford Credit |
| 2019 Chevy Silverado 2500 | Automobile | 2GC2KREG7K1178167 | Civl LLC | | | | $25,000 | ALLY |
| 2017 Chevy Silverado 3500 | Automobile | 1GB4KZCY2HF239029 | Civl LLC | | | | $25,000 | GM Financial |
| 2017 Chevy Silverado 1500 | Automobile | 3GCUKREC1HG463789 | Civl LLC | | | | $20,000 | GM Financial |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 2020 Chevy Silverado 2500 High Country | Automobile | 1GC4YREY0LF103983 | Civl LLC | | | | $50,000 | GM Financial |
| 2017 Chevy Silverado 2500 | Automobile | 1GC1KUEG3HF237778 | Civl LLC | | | | $20,000 | GM Financial |
| 2018 Chevy Silverado 3500 | Automobile | 1GB4KZCYXJF224249 | Civl LLC | | | | $30,000 | |
| 2018 Ram 2500 | Automobile | 3C6UR5CL4JG425459 | Civl LLC | | | | $30,000 | Chrysler |
| Ford Super Duty | Service Truck | 1FDLF47655EA28299 | Civl LLC | | | | $25,000 | #N/A |
| 2019 Ford F150 | Automobile | 1FTFW1RG3KFB33141 | Civl LLC | | | | $30,000 | Ford Credit |
| 2018 Ram 2500 | Automobile | 3C6UR5CL2JG314988 | Civl LLC | | | | $30,000 | Chrysler |
| 2015 Chevy Silverado | Automobile | 1GC1KXE88FF651405 | Civl LLC | | | | $40,000 | |
| Caterpillar 769D | Haul Truck | 01X4599 | Civl LLC | | | | $75,000 | |
| Caterpillar 777E | Haul Truck | BDA0166 | Civl LLC | | | | $65,000 | |
| Caterpillar 785 | Haul Truck | 6HK00493 | Civl LLC | | | | $125,000 | |
| Caterpillar 769D | Water Truck | 01X3370 | Civl LLC | | | | $65,000 | |
| Caterpillar 777D | Haul Truck | 3TR00499 | Civl LLC | | | | $65,000 | |
| Caterpillar 785B | Haul Truck | 6HK00883 | Civl LLC | | | | $125,000 | |
| Caterpillar 785B | Haul Truck | 6HK00951 | Civl LLC | | | | $50,000 | |
| 2003 Hitachi ZX350LC-3 | Excavator | 520588 | Civl LLC | | | | $75,000 | Utica |
| 2009 Hitachi ZX240LC-3 | Excavator | 20124 | Civl LLC | | | | $50,000 | Utica |
| 2006 Hitachi ZX200LC | Excavator | 312470 | Civl LLC | | | | $65,000 | Utica |
| Atlac Copco T45 | Drill | 8992009543 | Civl LLC | | | | $100,000 | |
| Caterpillar MD5050T | Drill | M505HDR91177 | Civl LLC | | | | $100,000 | |
| 1995 Ford L8000 | Boom Truck | 1FDZU82E3RVA48705 | Civl LLC | | | | $30,000 | |
| 2006 Caterpillar 740 Articulate Dump Truck | Dump Truck | AB1P01384 | Civl LLC | | | | $90,000 | MMI |
| Caterpillar D5H | Dozer | 8RJ04290 | Civl LLC | | | | $50,000 | |
| John Deer 850 C | Dozer | T0850CX944134 | Civl LLC | | | | $70,000 | |
| 2000 L7500 Sterling Water Truck | Water Truck | 2FWKAJBA7YAG78264 | Civl LLC | | | | $50,000 | MMI |
| 2010 Caterpillar 345DL | Excavator | EE00872 | Civl LLC | | | | $225,000 | MMI |
| 2006 Caterpillar 980H | Loader | JSM00483 | Civl LLC | | | | $140,000 | MMI |
| 2008 Caterpillar 980H | Loader | JMS4015 | Civl LLC | | | | $165,000 | MMI |
| 2019 Trailking Lowboy | Trailer | 1TKH01538KM029617 | Civl LLC | | | | $150,000 | Allegiance Capital |
| 2019 Trailking Flip Axle | Trailer | 1TKR00513KM029618 | Civl LLC | | | | $65,000 | Allegiance Capital |
| 2020 Trailking Lowboy | Trailer | 1TKJ05339LY123527 | Civl LLC | | | | $150,000 | Allegiance Capital |
| 2020 Trailking Flip Axle | Trailer | 1TKR00512LM064751 | Civl LLC | | | | $65,000 | Allegiance Capital |
| 2019 MAC Flat Bed | Trailer | 5MAPA4822KA049165 | Civl LLC | | | | $40,000 | |
| 2018 Etnyre Travel Trailer | Trailer | 1E9324709JE111140 | Civl LLC | | | | $125,000 | Allegiance Capital |

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories, Aircraft and Accessories, Other Machinery, Fixtures and Equipment | TYPE | VIN# | Debtor | Valuation Method Used for Current Value | Net Book Value of Debtors' Interest | Current Value of Debtors' Interest | Estimated Value | Encumbered? |
|---|---|---|---|---|---|---|---|---|
| 2016 East Flat Bed | Trailer | 1E1H5Y286GR055454 | Civl LLC | | | | $40,000 | |
| 2012 Great Dane | Trailer | 1GRAA0625CJ632796 | Civl LLC | | | | $12,000 | |
| 2009 Trail King Lowboy | Trailer | 1TKJ056309B128660 | Civl LLC | | | | $100,000 | |
| 2009 Trailking Booster Axle | Trailer | 1TKJ056309B18661 | Civl LLC | | | | $65,000 | |
| 2009 Trailking Extra Axle | Trailer | 1TKH056309B128662 | Civl LLC | | | | $35,000 | |
| 2018 MAC | Coal Trailer | 5MADS3538JC041887 | Civl LLC | | | | $75,000 | |
| 2018 MAC | Coal Trailer | 5MADS3534JC041885 | Civl LLC | | | | $75,000 | |
| 2018 MAC | Coal Trailer | 5MADS3531JC043268 | Civl LLC | | | | $75,000 | |
| | | | | | | | $76,272,500 | |
| | | | | | | | -$1,868,000 | less vehicles |
| | | | | | | | $74,404,500 | |

| Debtor | CIVIL, LLC | Case number (If known) | 25-20179 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Aily Branch #1 - Permit # 1102344 - Virginia Department of Energy | $0.00 | | Unknown |
| Aily Branch #2 - Permit# 1102342 - Virginia Department of Energy | $0.00 | | Unknown |
| Jones Fork #2 - Permit #1102343 - Virginia Department of Energy | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    CIVIL, LLC
_____
          Name

Case number (If known) 25-20179
_____

71.   **Notes receivable**
      Description (include name of obligor)

      Jacobs Financial Group Inc.
      _____
      985,000.00  -  0.00  =
      Total face amount      doubtful or uncollectible amount        $985,000.00

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      Kentucky Employers Mutual - KY Workers' Compensation
      Policy                                                            Unknown

      FCCI Insurance Company -policy for Equipment, Auto and
      Real Estate                                                       Unknown

      James River Insurance - General Liability Policy for
      equipment                                                         Unknown

      Liberty Mutual - Workers' Compensation Policy                     Unknown

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

      Civil LLC et al v. Pocahontas Land, et al (AP 25-20008)           Unknown
      **Nature of claim**
      **Amount requested**      $0.00

      Kratos Resources; Civil LLC v. Lazarus (prior owner of Red
      Fox Mine)                                                         Unknown
      **Nature of claim**      Breach of Contract
      **Amount requested**      $0.00

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                            $985,000.00

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

Debtor    CIVIL, LLC
_____
Name

Case number *(If known)*  25-20179
_____

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $808.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,314.68 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $884,449.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $660,000.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,620.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $77,505,329.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $260,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $985,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $80,058,521.45 | + 91b. $260,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $80,318,521.45 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     CIVIL, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   25-20179

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Attached Sched D List of Creditors**<br><br>Creditor's Name | Describe debtor's property that is subject to a lien | $23,236,531.20 | $0.00 |

List of Creditors
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $23,236,531.20

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFG Investments 1A, LLC; AFG Investments 1B, LLC; Allegiance Capital, LLC; SMA II LP I, LLC | C/o McGinty Road Partners Attn:  John Seibel 601 Carlson Parkway Suite 750 Minnetonka, MN 55305 | | | John Quintrell, Big Mule Air L.L.C., Don Holdings, LLC, Falcon Reclamation Limited Liability Co., Kratos Resources, LLC, North Springs Holding LLC, Pocahontas Processing LLC, Resilient Eagle, LLC, Smoky Quartz LLC | Y | Equipment | multiple | | | | $8,090,728.00 | $191,630.00 |
| Ally Bank | P O Box 8101, Cockesyville, MD 21030 | | | | | 2019 Chevy Silverado VIN#2GC2KREG7K1178167 | 6/21/2019 | | | | $15,111.81 | $15,000.00 |
| Ally Bank | P O Box 8101, Cockesyville, MD 21030 | | | | | 2015 RAM 3500  VIN#3C63R3FL6FG590688 | 7/15/2015 | | | | $17,224.37 | $20,000.00 |
| AmeriCredit | dba GM Financial P O box 183853 Arlington, TX 76096 | | | | | 2017 Chevy Silverado VIN 1GB4KZCY2HF239029 | 8/30/2017 | | | | $36,931.62 | $20,000.00 |
| AmeriCredit | dba GM Financial P O box 183853 Arlington, TX 76096 | | | | | 2017 Chevy Silverado VIN 3GCUKREC1HG463789 | 8/30/2017 | | | | $23,933.52 | $15,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AmeriCredit | dba GM Financial P O box 183853 Arlington, TX 76096 | | | LLC, Resilient Mining LLC, Yellow Garage, LLC | | 2020 Chevy Silverado VIN 1GC4YREY0LF103983 | 8/29/2019 | | | | $61,517.51 | $35,000.00 |
| AmeriCredit | dba GM Financial P O box 183853 Arlington, TX 76096 | | | | | 2017 Chevy Silverado VIN 1GC1KUEG3HF237778 | 9/29/2017 | | | | $23,933.52 | $15,000.00 |
| AmeriCredit | dba GM Financial P O box 183853 Arlington, TX 76096 | | | | | 2019 Chevy Camaro VIN 1G1FJ1R62K0147551 | 6/21/2019 | | | | $59,038.25 | $30,000.00 |
| Blue Tarpon | | | | | | Superior HMW14 | | | | | $720,000.00 | $2,800,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Community Trust Bank | | | | | | 2019 MAC DUMP VIN 5MADN4026KK049666; 2019 Trailstar VIN 4T9DS35C4K1110331; 2019 LAND 440B 1LH440VH9K1B27011; 2019  LAND 455B-50 VIN 1LH455VJ0K1B27007 | | | | | $152,206.00 | $420,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conserv Lending, LLC/Conserv Equipment Leasing, LLC | C/O RLO, 9040 Roswell Rd, Suite, Atlanta, GA, 30350 | | | John Quintrell, Big Mule Air L.L.C., Don Holdings, LLC, Falcon Reclamation Limited Liability Co., Kratos Resources, LLC, North Springs Holding LLC, Pocahontas Processing LLC, Resilient Eagle, LLC, Smoky Quartz LLC, | Y | Security Agreement -10/31/2022 Equipment: Caterpillar 988G  BNH00349; Caterpillar 992G  ADZ00613; Caterpillar 336EL  FJH01810; Hitachi EX1200-5  -H8M18E00300002112; Hitachi EX1200-5C- HCM18E00E00002050; Caterpillar 777D -AGC02343; Caterpillar D6T-ZJB01326; Caterpillar D8T-KPZ02169; Caterpillar D10R-3KR01263; Caterpillar D10R-3KR01158; Caterpillar D10T-RJG00004; 2019 Peterbilt 389-1XPXD40X3KD615479; 2019 MAC-5MADS3530KC047491; 2019 RHODES-1A9AD3536KP432915; Caterpillar 329F EX LONG-ERL00239; Caterpillar D8T-KPZ03273;  Grove  GMK5165-Crane Upper - 5130-2031 E153 ; Carrier Lower W091305205WG12031 | 10/31/2022 | | | X | $1,950,000.00 | $3,285,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daimler | | | | Resilient Mining LLC, Yellow Garage, LLC | | 2019 Western Star 4900EX5KJJABFG4KPKK8002; 2019 Western Star 4900EX5KJJABFG6KPKK8003 | | | | | unknown | $300,000.00 |
| Ford Motor Credit Company LLC | P O Box 650004, Dallas, TX 75265 | | | | | 2019 Ford F150 1FTFW1RB3KFB33141 | 4/8/2019 | | | | $23,825.16 | $30,000.00 |
| Forge Equipment Leasing, LLC/Forge Capital LLC | 7347 Charlotte Pike, Nashville, TN 37209 | | | | Y | Equipment:  Chevrolet Top Kick 75001GBK7C1C36F418707; 2019 Peterbilt 3891XPXD40X7KD276015; 2019 Peterbilt 3891XPXD40X2KD276326; 2019 Peterbilt 3891XPXD40X0KD276325; 2019 Peterbilt  3891XPXD40X4KD276327; 2019 RHODES1A9AD3536KP432894; 2019 RHODES1A9AD3538KP432895; 2019 RHODES1A9AD3538KP432906; 2019 Terex TA354T9DS35C9K1110132; 2019 RHODES1A9AD3533JP432897; 2019 RHODES1A9AD3534JP432893;Real Property located in Harlan County, KY Mortgage book 467/253 | 10/8/2019 | | | | $500,000.00 | $75,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debtor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service -Department of Treasury | 400 N. 8th St., Box 76M/S Room 898, Richmond VA 23219 | | | | | Federal Tax Liens | unknown | | | | unknown | unknown |
| JRL Factoring, LLC | 755 Mid Broadwell Road | | | | Y | All assets of the debtor | 3/4/2022 | | | | $400,000.00 | unknown |
| Kentucky Department of Revenue | Office of Unemployment Insurance P.O Box | | | | Y | unknown | unknown | | | | unknown | unknown |
| Kentucky Department of Revenue | Legal Branch Bankruptcy Section PO Box 5222 | | | | Y | unknown | unknown | | | | unknown | unknown |
| Kentucky Department of Revenue | Workers Compensation Claims P.O Box | | | | Y | unknown | unknown | | | | unknown | unknown |
| Kentucky River Properties, LLC | 300 Black Gold Boulevard, Hazard, KY 41701 | | | | Y | Equipment | 12/21/2021 | | | X | $3,245,092.85 | unknown |
| Leslie Equipment Co. | 799 Highway 3459 Harlan, KY, 40831; PO Box 1220, Beaver, WV, | | | | Y | 2024 John Deere 904P Wheel Loader SN 1DW904PACRLX08963 WITHTAG 10.8 CU YD BUCKET SN 427786-1 - DEBTOR DOES NOT HAVE POSSESSION | 1/21/2025 | | | | $675,000.00 | unknown |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mining Machinery Inc. | | | | | | 2006 Caterpillar 740 Articulate Dump Truck AB1P01384; Caterpillar 980H  JMS04015 Caterpillar 988G  2TW00463 Caterpillar 740  AXM01179* Caterpillar 740  AXM01484* 2000 L7500 Sterling Water Truck 2FWKAJBA7YAG78264 2010 Caterpillar 345DL  EE00872 2006 Caterpillar 980HJSM00483 2008 Caterpillar 980HJMS4015 | | | | | $1,180,000.00 | $1,240,000.00 |
| Pocahontas Holdings LLC; Pocahontas Land Company, et al | 800 Princeton Avenue, Bluefield, WV, 24701 | | | | Y | Lease Dispute/Purported Notes | 11/22/2022 | | | X | Unknown | unknown |
| Santander Consumer USA, Inc.  Dba Chrysler Capital | P O Box 961275 Forth Worth, TX 76161 | | | | | 2018 Dodge Ram 2500 PIC VIN# 3C6UR5CL2JG314988 | 1/15/2019 | | | | $11,876.76 | $32,000.00 |
| Santander Consumer USA, Inc.  Dba Chrysler Capital | P O Box 961275 Forth Worth, TX 76161 | | | | | 2019 RAM 1500  VIN 1C6SRFKT9KN563229 | 8/13/2018 | | | | $18,786.32 | $30,000.00 |
| Santander Consumer USA, Inc.  Dba Chrysler Capital | P O Box 961275 Forth Worth, TX 76161 | | | | | 2018 RAM 2500 ST VIN3C6UR5CL4JG425459 | 1/22/2019 | | | | $25,919.84 | $30,000.00 |
| Trion Equipment Sales, LLC | 105 S. Keyser Ave., Old Forge, PA, 18518 | | | | Y | CAT D10R Dozer S/N 3KR1176 CAT D5H Dozer S/N 8RJ04290 | 2/16/2025 | | | | unknown | $305,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utica  Leasco, LLC | 2991 S. Livernois, Suite 207 Rochester Hills, MI 48307 | | | | Y | 2024 John Deere 744p 1DW744PAKRLX07823<br>2024 John Deere 460p 1DW460PAARFB07882<br>2024 John Deere 460p 1DW460PACPFB06217<br>2024 John Deere 844P 1DW844PACPLX07575<br>2024 John Deere 904P 1DW904PATPLX07495<br>2022 Grove  TMS9000-2 237132<br>2001 Caterpillar D11R 7PZ75064<br>2003 Hitachi ZX350LC-3 520588<br>2009 Hitachi ZX240LC-3 20124<br>2006 Hitachi ZX200LC 312470<br>2022 Kenworth W9001XKWD40X0NR123629<br>2022 Kenworth W9001XKWD40X7NR123630<br>2022 Kenworth W9001XKWD40X9NR123631 Caterillar D11R AAF75002<br>John Deere 950K 1T0950KPLJF338554<br>Caterpillar D11R 7PZ01067<br>Caterpillar D11R 7PZ75037<br>Caterpillar 777D AGC01485<br>Caterpillar 777D AGC01583<br>Caterpillar 773D 7ER00275<br>Caterpillar 773D 7CS00111<br>John Deere 370E 1DW370ETAJF685530<br>Atlas Copco DM45E -7638(Cummins) QSK<br>Caterpillar 16H ATS00783<br>John Deere 850D LC F850DX973021<br>Caterpillar 992G AZX00589<br>Caterpillar 992G ADZ00434<br>Caterpillar 990G HR00095<br>Caterpillar 992G 7HR00233<br>Caterpillar 777D 3PR00995<br>Caterpillar 777D 3PR01066<br>Caterpillar 777D ACG01637<br>John Deere 950K 1T0950KPHJF335977 | | | | | $5,859,306.00 | $8,325,000.00 |

| Creditor Name | Mailing Address | Insideer/Related Party | Debotor | CoDebotor | If Multiple Creditors have Interest in Same Property/Specific Each Creditor and Relative Priority | Description of Debtor's Property Subject to UCC Financing Statement or Other Lien | Date Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Virginia State Tax Division | Bankruptcy Unit P O box 766, Charleston, WV 25323 | | | | Y | Tax Liens | | | | | $146,099.67 | unknown |
| | | | | | | | | | | | **$23,236,531.20** | |

**Fill in this information to identify the case:**

Debtor name ___CIVIL, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF WEST VIRGINIA___

Case number (if known) ___25-20179___

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| Centralized Insolvency Operation<br>Internal Revenue Service<br>P O. Box 21126<br>Philadelphia, PA 19114 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,146,390.00 | $22,146,390.00 |
| Date or dates debt was incurred<br>2021 - 2024 | Basis for the claim:<br>Payroll Tax | | |
| Last 4 digits of account number **iens**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| West Virginia State Tax Division<br>Bankruptcy Unit<br>P O Box 766<br>Charleston, WV 25323 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,655,462.00 | Unknown |
| Date or dates debt was incurred<br>2022-2025 | Basis for the claim:<br>Severance Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| West Virginia State Tax Division<br>Bankruptcy Unit<br>P O Box 766<br>Charleston, WV 25323 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,248.15 | $14,248.15 |
| Date or dates debt was incurred<br>2022 | Basis for the claim:<br>Employee Tax | | |
| Last 4 digits of account number **axes**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number (if known) | 25-20179 |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240,567.40 | Unknown |
|---|---|---|---|---|

**2.4**

Priority creditor's name and mailing address
West Virginia State Tax Division
Bankruptcy Unit
P O Box 766
Charleston, WV 25323

Date or dates debt was incurred
2025

Last 4 digits of account number  axes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Employee Tax

Is the claim subject to offset?
☒ No
☐ Yes

$240,567.40    Unknown

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
AAA Septic Tank Service, Inc.
PO BOX 975
Princeton, WV 24740

**Date(s) debt was incurred**  Unknown
**Last 4 digits of account number**  nown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt
Is the claim subject to offset?    ☒ No    ☐ Yes

$7,470.70

---

**3.2**
**Nonpriority creditor's name and mailing address**
AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853

**Date(s) debt was incurred**  01/31/2019
**Last 4 digits of account number**  llac

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Default Lease Balance
Is the claim subject to offset?    ☒ No    ☐ Yes

$59,160.58

---

**3.3**
**Nonpriority creditor's name and mailing address**
Baird & Baird, PSC
P O Box 351
Pikeville, KY 41502

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

$120,000.00

---

**3.4**
**Nonpriority creditor's name and mailing address**
Bears Septic System & Service LLC
1434 R.A. West Highway
Delbarton, WV 25670

**Date(s) debt was incurred**  Unknown
**Last 4 digits of account number**  nown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt
Is the claim subject to offset?    ☒ No    ☐ Yes

$3,300.00

---

**3.5**
**Nonpriority creditor's name and mailing address**
Beckley Crane & Construction, Inc.
151 Stanaford Mine Rd
Beckley, WV 25801-3100

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

$4,017.00

---

**3.6**
**Nonpriority creditor's name and mailing address**
Collis Leasing

**Date(s) debt was incurred**  10/9/2021
**Last 4 digits of account number**  0012

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Default Lease Balance
Is the claim subject to offset?    ☒ No    ☐ Yes

Unknown

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    CIVIL, LLC
_____Name_____

Case number (if known)    25-20179

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Combs Equipment Company

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/5/2024

**Last 4 digits of account number** nown

**Basis for the claim:** Assignment of Lease Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,534.00 |

Conjun Labs, Inc.
P O Box 187
Isom, KY 41824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Conserv Lending LLC and
Conserv Equipment Leasing, LLC
c/o Jackson Kelly PLLC
P O Box 553
Charleston, WV 25322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,700.00 |

Continental Global Material Handling
438 Industrial Drive
Winfield, AL 35594

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,976.48 |

Corky Wells Electric/CW Services
P O Box 203
Rush, KY 41168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

De Lage LandenFinancial Services, Inc.
1111 Eagle School Road
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Doss Fuelco, Inc.
50 Ross Dr.
Baxter, KY 40806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500,000.00 |

Energy Insurance Agency
3008 Atkinson Ave. #3
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    CIVIL, LLC
_____
Name

Case number (if known)    25-20179

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,104.00 |
|---|---|---|---|

Enviornmental Monitoring, Inc.
5730 Industrial Park Rd.
Norton, VA 24273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,625.76 |
|---|---|---|---|

Environmental Design Consultants, Inc.
43 Village St.
Pikeville, KY 41501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.97 |
|---|---|---|---|

First Surety Corporation
179 Summers St.
Suite 307
Charleston, WV 25301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,678.00 |
|---|---|---|---|

Industrial Bolting Technologies, Inc.
PO BOX 10068
Charleston, WV 25357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,000.00 |
|---|---|---|---|

Jennmar
559 Wardell Industrial Park Rd.
Pounding Mill, VA 24637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.67 |
|---|---|---|---|

Jones Petroleum
PO BOX 4276
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,477.62 |
|---|---|---|---|

Kanawha Scales & Systems, LLC
P O Box 569
Poca, WV 25159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/09/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 8811

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,607.00 |
|---|---|---|---|

Leslie Equipment Co.
136 Clifftop Dr.
Beaver, WV 25813

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 4 of 8

| Debtor | CIVIL, LLC | Case number (if known) | 25-20179 |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,795.85

Lusk Disposal Service, Inc.
P O Box 100
Bluefield, WV 24701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58,583.87

Marmic Fire & Safety
P O Box 1086
Joplin, MO 64802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Mining Machinery Truck

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115,336.00

Modern Construction, Inc.
P O Box 187
Stanville, KY 41659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Mountain Construction Concrete

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/10/2020

**Basis for the claim:** Trade debt

**Last 4 digits of account number** nown

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $291,612.00

Mountaineer Investigation &. Security
P O box 891
Athens, WV 24712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,326.00

Powell Construction WV, LLC
125 Dye Drive
Beckley, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $208,000.00

Refab Company   Inc.
400 Hinchman St.
Logan, WV 25601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** nown

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | CIVIL, LLC | Case number (if known) | 25-20179 |
|---|---|---|---|
| | Name | | |

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $182,459.30

Ridgeline Industries
P O Box 411
Terra Alta, WV 26764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Rogers Petroleum Services Inc.
Combs & Combs PSC
 PO Drawer 31
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/6/2020

**Last 4 digits of account number** nown

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $207,832.00

RT Rogers Oil Co., Inc.
P O Box 160
Hinton, WV 25951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Rudd Equipment Co.
4344 Poplar Level Rd.
Louisville, KY 40213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/20/20

**Last 4 digits of account number** nown

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $69,444.00

Smith Adjusting
2931 Hultz Rd.
Catlettsburg, KY 41129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $145,846.00

Target Drilling
1112 Glacier Dr.
Smithton, PA 15479

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 05/2025

**Last 4 digits of account number** ment

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,579.13

Tennesee State Government
505 Deaderick St.,
Nashville, TN 37243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,785.00

Universal Environmental Solutions LLC
411 Dividend Drive
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Unknown

**Last 4 digits of account number** nown

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number (if known) | 25-20179 |
|---|---|---|---|
| | Name | | |

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,095.00

Vala Flag Car SVC LLC
PO BOX 1127
Rocky Mount, VA 24151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

VFS US LLC
P O Box 26131
 Greensboro, NC 27402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2/2019

**Basis for the claim:** Trade debt

**Last 4 digits of account number** nown

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $420,388.00

Virginia Drilling Company, LLC
P O Box 1198
Vansant, VA 24656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Whayne Supply Company
Boyd Company
P O Box 35900
Louisville, KY 40232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/17/2020

**Basis for the claim:** Trade debt

**Last 4 digits of account number** nown

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77,260.00

WV Dept. of Environmental Protection
601 57th St., SE
Charleston, WV 25304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00

Wyatt, Tarrant Combs

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Harold E. Akers, Sr.
P O Box 392
Pikeville, KY   41502 | Line  3.7

☐   Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

---

Debtor      CIVIL, LLC
            Name

Case number (if known)      25-20179                Page 8 of 8

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 25,056,667.55 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,222,567.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 28,279,235.48 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___CIVIL, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF WEST VIRGINIA___

Case number (if known) ___25-20179___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment cost $2,370,496.23 per amended note 2/23/23- LEASE AMENDED AND KNOWN AS AMENDED 028B LEASE | |
| | State the term remaining | Unknown | Conserv Equipment Leasing LLC 5202 Centennial   Blvd Suite 11 |
| | List the contract number of any government contract | Amended 028B Lease | Nashville, TN 37209 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Skid Steer | |
| | State the term remaining | unknown | Leslie Equipment Co. 135 Cliftop Dr. |
| | List the contract number of any government contract | | Beaver, WV 25813 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Shop in Beckley, WV | |
| | State the term remaining | unknown | |
| | List the contract number of any government contract | | Vecellio & Grogan US |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Aily Branch #1 | |
| | State the term remaining | | |
| | List the contract number of any government contract | Surface Permit #1502344 | Virginia Department of Energy |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | CIVIL, LLC | | | Case number *(if known)* | 25-20179 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Aily Branch #2 | |
|---|---|---|---|
| | State the term remaining | unknown | |
| | List the contract number of any government contract | Surface Permit #1502342 | Virginia Department of Energy |

**Fill in this information to identify the case:**

Debtor name    CIVIL, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    25-20179

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | John Quintrell | individually | Corky Wells Electric/CW Services | ☐ D _____ <br> ☒ E/F ___3.11___ <br> ☐ G _____ |
| 2.2 | John Quintrell | Individually | Attached Sched D List of Creditors | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Kratos Resources LLC | | Centralized Insolvency Operation | ☐ D _____ <br> ☒ E/F ___2.1___ <br> ☐ G _____ |
| 2.4 | Kratos Resources LLC | | Combs Equipment Company | ☐ D _____ <br> ☒ E/F ___3.7___ <br> ☐ G _____ |
| 2.5 | Kratos Resources LLC | | Attached Sched D List of Creditors | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | Resilient Mining LLC | | Corky Wells Electric/CW Services | ☐ D _____ <br> ☒ E/F ___3.11___ <br> ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | CIVIL, LLC | Case number *(if known)* | 25-20179 |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|
| 2.7   Resilient Mining LLC | Attached Sched D List of Creditors   ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>CIVIL, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF WEST VIRGINIA</td></tr>
<tr><td>Case number (if known)</td><td>25-20179</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other | $13,874,330.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $18,499,085.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $15,968,980.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | Proceeds From Lawsuit | $50,000.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **1**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    CIVIL, LLC _____     Case number *(if known)* 25-20179 _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | 421 Gas & Go<br>Unknown | | $13,551.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.2. | AFCO Credit Corp.<br>Unknown | | $590,777.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. | Anthem BCBS<br>Unknown | | $582,712.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Appalachian Technical Services, Inc.<br>Unknown | | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.5. | Baltimore Truck Parts | | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Buchanan County Treasurer<br>Unknown | | $25,802.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Taxes_ |
| 3.7. | Chase Bank<br>Unknown | | $28,703.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | COMFORT INN&SUITES OAK HILL WV<br>08/31<br>Unknown | | $16,780.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | Doss Fuelco Inc<br>Unknown | | $15,201.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **2**

| Debtor | CIVIL, LLC | Case number *(if known)* 25-20179 |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. EDC, Inc.<br>Unknown | | $17,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. EMI, Inc.<br>Unknown | | $9,359.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Energy Insurance Agency, Inc.<br>Unknown | | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Florida Mechanical LLC<br>Unknown | | $13,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Liberty Mutual<br>Unknown | | $93,469.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Motor Carrier Solutions Inc<br>Unknown | | $14,424.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Mountaineer Investigations<br>Unknown | | $84,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Nova Diesel - Ralph Miller<br>Unknown | | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. RT Rogers Oil Co | | $1,319,596.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(if known)* 25-20179 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.19. Steptoe & Johnson PLLC | | $200,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.20. Steptoe & Johnson PLLC | | $60,625.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.21. Vecellio & Grogan US<br>Unknown | | $90,014.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. Brooks Tire Service Inc | | $64,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. AEP | | $55,835.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. Tic Toc Tire | | $26,110.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25. Martins Peterbilt | | $21,109.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. C. Adam Toney Discount | | $20,885.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. Best One Tire | | $10,896.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    CIVIL, LLC _____    Case number *(if known)*  25-20179 _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.28. KLC Pilot Cars LLC | | $10,780.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. Community   Trust Bank | | $9,313.70 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. Conserv Equipment Leasing LLC<br>5202 Centennial   Blvd<br>Suite 11<br>Nashville, TN 37209 | | $269,120.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. Allegiance Capital | | $195,082.80 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. Wyatt, Tarrant Combs, Attorneys | | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.33. CJJ LLC<br>P O BOX 3126<br>ELKINS, WV, 26241 | | $16,667.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. Jones Oil | | $21,681.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. Fleetpride | | $64,636.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | CIVIL, LLC | Case number *(if known)* | 25-20179 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Chloe Quintrell | | $5,000.00 | monthly housing allowance |
| Family Member | | | |
| 4.2.   Jason Spangler | | $5,000.00 | Monthly housing allowance |
| Family Member | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Collis Leasing | See Attached list | 8/4/2025 | Unknown |
| Community Trust Bank | 2019 MAC Dump VIN 5MADN4026KK049666; 2019 LAND 455B VIN 1LH455VJ0K1B27007; 2019 TSTA DT VIN 4T9DS35C4K1110331; 2019 Land 440B 1LH440VH9K1B27011 | Unknown | $215,000.00 |
| Conserv Equipment Leasing LLC 5202 Centennial   Blvd Suite 11 Nashville, TN 37209 | See Attached List | | Unknown |
| Forge Equipment Leasing, LLC 7347 Charlotte Pike Nashville, TN 37209 | See Attached List | | Unknown |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Community Trust   Bank | Seized accounts Last 4 digits of account number: _____ | | $0.00 |

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    CIVIL, LLC _____    Case number *(if known)*  25-20179

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Conserve Lending/Conserv Equipment Leasing LLC v. Civil LLC<br>25-C-119 | | Circuit Court of Fayette County, West Virginia | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Target   Drilling v. Civil<br>CC-10-2025 C-49 | | | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| 7.3. | John E. Potter v. Civil, LLC<br>80DG41922 (25577)<br>personal injury | Personal Injury | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Mountaineer Investigations & Security, Inc. v. Civil, LLC<br>25-C-127 | Breach of Contract | Fayette County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Conserv v. Civil<br>25-C-276 | Breach of Contract | Raleigh County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Conserv v. Civil``<br>25-C-30 | Breach of Contract | Summers County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Danny Clay v. Civil<br>Filed 7/8/2025<br>25-C-71 | Breach of Contract | Mingo County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Conserv v. Civil<br>Filed 7/8/2025<br>25-C-245 | Breach of Contract | Raleigh County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Conserv v. Civil<br>filed 7/8/2025<br>22-C-72 | Breach of Contract | Mingo County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Conserv v. Civil<br>filed 7/8/2025<br>25-C-45 | Breach of Contract | McDowell County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Conserv v. Civil<br>filed 7/8/2025<br>25-C-119 | Breach of Contract | Fayette County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Kevin Poff v. Civil<br>filed 4/7/2025<br>25-C-62 | Employement | Fayette County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Marcum & Associates    v. Civil, LLC<br>filed 2/20/2025<br>25-C-17 | Contract | Logan County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Rena Thacker v. Eric Pennington<br>(default entered against Civil LLC)<br>filed 1/2/2025<br>25-C-2 | Auto Accident | Mingo County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   CIVIL, LLC                                                  Case number *(if known)*  25-20179

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. West Virginia Spring and Radiator Company v. Civil LLC<br>filed 11/11/2024<br>24-C-1253 | Breach of Contract | Kanawha County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. Arc Resource Management v. Civil, LLC<br>filed 2/28/2020<br>Civil is represented by Bolling & Tacket/ Wyatt, Tarrant & Combs LLP<br>7:20-cv-00-27 (EDKY) | Breach of Contract | Eastern District of Kentucky | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. Donahue Brothers, Inc. v. Civil, LLC<br>filed 8/5/2024<br>Default entered 10/8/2024 ($20,745.45)<br>24-C-276 | Breach of Contract | Cabell County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. Dixie Fuel Company, LLC v. Civil, LLC<br>filed 12/31/2023<br>oDismissed without prejudice<br>23-C-151 | Breach of Contract | Fayette County Circuit Court | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.19. Doss-Fuelco v. Civil, LLC<br>filed 6/22/2022<br>oPotentially defaulted, unclear from docket<br>22-C-72 | Breach of Contract | Fayette County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. John Kincaid v. Civil, LLC<br>filed 10/3/2023<br>oSettled<br>23-C-114 | Injury to real property | Fayette County Circuit Court | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.21. Rogers Petroleum Services, Inc. v. Civil, LLC<br>filed 5/20/2022<br>oWrit of execution only<br>22-C-72 | Breach of Contract | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.22. Dixie Fuel Company, LLC v. Civil LLC<br>24-CI-00348 | | Harlan KY Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(if known)* | 25-20179 |
|---|---|---|---|

---

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Steptoe & Johnson PLLC | | 8/19/2025 - $150,0008/20/2025 - $50,000 | $200,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(if known)* 25-20179 |
| --- | --- | --- |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
| --- | --- | --- | --- | --- |
| 13.1. | Coal-Mac Met LLC - Transferee | 2009 Freightliner FL70 1FVACWDT7ADAS24362022 Kenworth T2702NKHHM6X9NM4933372014 Kenworth T8001NKDX4EX0FJ431465 Mack GU7131M1AJ01Y67N0012192013 FORD F7503FRWF7FC4DV0285331995 FORD F8001FDWF80C4SVA123162002 FORD F7503FDXX75R42MA185102005 MACK 1M2AG11C45M0239711995 Mack RD690S1M2P264C2SM017423 | | Unknown |
| | **Relationship to debtor** | | | |
| 13.2. | Coal-Mac Met LLC - Transferee | Finn/Volvo HT330OS-0068Atlas Copco DM45E8851 (Cummins) QSKHitachi EX1900-6HCM18K00V00001152Caterpillar 12H4XM01951*2024 Chevy 2500 2GC4YME76R11604422024 Chevy 2500 1GC3YLEY7RF3753352024 Chevy 2500 1GC3YNE77RF443880Western Star 4800TS | | Unknown |
| | **Relationship to debtor** | | | |
| 13.3. | Mining Machinery, Inc.<br>1512 NORTH BIG RUN ROAD<br>ASHLAND, KY, 41102 | STERLING WATER TRUCKWater TruckF59103 | | Unknown |
| | **Relationship to debtor** | | | |
| 13.4. | Karen Greenwell | Settlement | | $850,000.00 |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | CIVIL, LLC | Case number *(if known)* | 25-20179 |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Community Bank & Trust | **XXXX**-9153 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed within one year of filing date- denied access - nominal balance | Unknown |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Vecellio & Grogan, Inc. | Leases warehouse/shop in Beckley - leases half space for parts | | ☐ No<br>☒ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(if known)* 25-20179 |
|---|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Hartridge Mine - Mill Creek, Wv | MSHA VIOLATIONS | 4 violations - $573 | |
| CV30 Mine - Kincaid, WV | MSHA VIOLATIONS | $294 - 2 violations | |
| CV#37 Mine -Kincaid, WV | MSHA VIOLATIONS | $516 - 4 violations | |
| S-8 Jones Fork - Jewell Ridge, VA | MSHA VIOLATIONS | 9 violations - $1,331 | |
| S-5 Ailly Branch - Jewell Valley, VA | MSHA VIOLATIONS | 15 violations - $2,080 | |
| CV#3 Mine - Hurley, VA | MSHA VIOLATIONS | 10 violations - $1,426 | |
| CV#4 Mine - Van, WV | MSHA VIOLATIONS | 18 violations - $3,171 | |
| SHM-45 Mine - Kincaid, WV | MSHA VIOLATIONS | 5 violations - $1,084 | |
| CV#2 Surface Mine - Kincaid, WV | MSHA VIOLATIONS | 91 violations - $29,046 | |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **12**

Debtor    CIVIL, LLC                                                                     Case number (if known)   25-20179

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Eagle Energy Mine #1 - Kimberly, Wv | MSHA VIOLATIONS | 25 violations - $4,636 | |
| Unknown | OMHST Violation | Permit # C00009402 - 396-0267-2024   $204 | |
| CV #2 Surface Mine | OMHST Violations | Permit #S301601A-A - 446-0032-2023; 396-0241-2024; 396-0265-2024; 334-0551-2025   $52,731.00 | |
| CV #4 Surface Mine | OMHST Violations | Permit #S400500A-A - 454-0007-2023; 446-0076-2025 $-$3,064.00 | |
| Scarlet Refuse | OMHST Violations | Permit #S0500823-A - 901-1285-2024   $60 | |
| Pound Mill Branch | OMHST Violations | Permit #S501110A-C - 461-0029-2024;447-0040-2025   $408.00 | |
| Eagle Energy Mine #1 | OMHST Violations | Permit # U00301210 - 202-0559-2024; 446-0062-2024; 901-1254-2024; 202-0566-2025; 392-0137-2025; 301-0339-2025   $10,196.00 | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                   page **13**

Debtor   CIVIL, LLC _____   Case number *(if known)* 25-20179 _____

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Mike Strickland CPA<br>Strickland & Henderson LLC CPAs<br>804 Washington St., NW<br>Gainesvilleille, GA 30501 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Quintrell | | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. John Quintrell | 1,140,549.09 | | Total Owner Draws |
| **Relationship to debtor**<br>Sole Member | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | CIVIL, LLC | Case number *(if known)* | 25-20179 |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Brooke Quintrell | $26,000 | | Annual Salary |
| | **Relationship to debtor**<br>Family Member | | | |
| 30.3. | Chloe Quintrell | $125,000 | | Annual Salary |
| | **Relationship to debtor**<br>Family Member | | | |
| 30.4. | Jason Spangler | $200,000 | | Annual Salary |
| | **Relationship to debtor**<br>Family Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      September 19, 2025

Signature of individual signing on behalf of the debtor

Barry W. Tackett
Printed name

Position or relationship to debtor      Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   CIVIL, LLC                                                                          Case No.   25-20179
                                                    Debtor(s)                              Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................... $         200,000.00

    Prior to the filing of this statement I have received ....................................... $         200,000.00

    Balance Due ...................................................................................... $                0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 19, 2025                                      /s/ J. Zachary Balasko
*Date*                                                 J. Zachary Balasko
                                                       *Signature of Attorney*
                                                       Steptoe and Johnson PLLC
                                                       Edwin Miller Blvd., Suite 300
                                                       Martinsburg, WV 25404
                                                       (304) 262-3519   Fax:
                                                       zak.balasko@steptoe-johnson.com
                                                       *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of West Virginia

In re    CIVIL, LLC                                         Case No.    25-20179
                                           Debtor(s)                Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 19, 2025

                            Barry W. Tackett/Chief Restructuring Officer
                            Signer/Title

AAA Septic Tank Service, Inc.
PO BOX 975
Princeton, WV 24740


AEP
P.O. Box 24401
Canton OH  44701


AEP
P.O. Box 771670
Saint Louis, MO  63177


AFG Investments 1A, LLC
520 Nicollet Mall
Suite 700
Minneapolis, MN 55402


AFG Investments 1B, LLC
520 Nicollet Mall
Suite 700
Minneapolis, MN 55402


Alligence Capital, LLC
2935 Country Drive
Suite 102
Saint Paul, MN 55117


AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington TX  76096

Attached Sched D List of Creditors
List of Creditors


Baird & Baird, PSC
P O Box 351
Pikeville, KY 41502


Bears Septic System & Service LLC
1434 R.A. West Highway
Delbarton, WV 25670


Beckley Crane & Construction, Inc.
151 Stanaford Mine Rd
Beckley, WV 25801-3100


Centralized Insolvency Operation
Internal Revenue Service
P O. Box 21126
Philadelphia, PA 19114


Charles J. Baird
P O Box 351
Pikeville, KY 41502


Collis Leasing

Collis Leasing LLC
1310 S. Lakeshore Dr.
Olathe, KS 66062

Combs Equipment Company
14 Swasson Rd.
Middlesboro, KY  40965

Conjun Labs, Inc.
P O Box 187
Isom, KY 41824

Conserv Equipment Leasing LLC
5202 Centennial  Blvd
Suite 11
Nashville, TN 37209

Conserv Lending LLC and
Conserv Equipment Leasing, LLC
c/o Jackson Kelly PLLC P O Box 553
Charleston, WV 25322

Continental Global Material Handling
438 Industrial Drive
Winfield, AL 35594

Corky Wells Electric/CW Services
P O Box 203
Rush, KY 41168

De Lage Landen Financial Services, Inc.
Eagle School Rd.
Wayne, PA 19087

De Lage LandenFinancial Services, Inc.
1111 Eagle School Road
Wayne, PA 19087

Doss Fuelco, Inc.
50 Ross Dr.
Baxter, KY 40806

Energy Insurance Agency
3008 Atkinson Ave. #3
Lexington, KY 40509

Enviornmental Monitoring, Inc.
5730 Industrial Park Rd.
Norton, VA 24273

Environmental Design Consultants, Inc.
43 Village St.
Pikeville, KY 41501

Fayette County Sheriff's Office
Tax Office
P O Box 509
Fayetteville, WV 25840

FCCI Insurance Company
1020 Highland Colony Parkway
Suite 800
Ridgeland, MS 39157


First Surety Corporation
179 Summers St.
Suite 307
Charleston, WV 25301


Forge Equipment Leasing, LLC
7347 Charlotte Pike
Nashville, TN 37209


Gary C. Johnson
P O Box 231
Pikeville, KY 41502


Harlan County Property Value Administra
Harlan County PVA
P O Box 209
Harlan, KY 40831


Harold E. Akers, Sr.
P O Box 392
Pikeville, KY  41502


Highwall Mining Australia Asset Pty LTD
12-14 Martin Dr.
Tomago, NSW 2322


Industrial Bolting Technologies, Inc.
PO BOX 10068
Charleston, WV 25357


James River Insurance Company
AMWIMS 6641 West Broad St.
Suite 300
Richmond, VA 23230


Jean Coal Company, LLC
227 Village Center
Harlan, KY 40831


Jenkins PSD
P O Box 689
Jenkins, KY 41537


Jennmar
559 Wardell Industrial Park Rd.
Pounding Mill, VA 24637


John Deere Construction & Forestry Co
6400 NW 86th St.
Johnston, IA 50131

John Quintrell


John Quintrell


Jones Petroleum
PO BOX 4276
Pikeville, KY 41502


JRL Factoring LLC
755 Mid  Broadwell Rd.
Alpharetta, GA 30004


Kanawha Scales & Systems, LLC
P O Box 569
Poca, WV 25159


KEMI
250 West Main St.
Suite 900
LexingtonLexington, KY 40507


Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort, KY 40602


Kentucky Utilities
P O box 771670
Saint Louis, MO 63177


Knott County Property Value Administrato
Knott County PVA Tax Office
P O Box 1021
Hindman, KY 41822


Knott County Water and Sewer District
7777 Big Branch Rd.
Vicco, KY 41773


Komatsu Financial Limited Partnership
1701 W. Golf Rd.
Suite 1-300
Rolling Meadows, IL 60008


Kratos Resources LLC


Kratos Resources LLC


Leslie Equipment Co.
136 Clifftop Dr.
Beaver, WV 25813

Leslie Equipment Co.
135 Cliftop Dr.
Beaver, WV 25813


Liberty Mutual Insurance Company
P O Box 704000
Salt Lake City, UT 84170


Logan County Sheriff's Office
Tax Office
300 Stratton St.  Room 209
Logan, WV 25601


Lusk Disposal Service, Inc.
P O Box 100
Bluefield, WV 24701


Marmic Fire & Safety
P O Box 1086
Joplin, MO 64802


Mingo County Sheriff's Office
Tax Office 75 E. Second Ave.
Room 113
Williamson, WV 25661


Mining Machinery Truck


Modern Construction, Inc.
P O Box 187
Stanville, KY 41659

Mountain Construction Concrete
P O Box 269
Grays Knob, KY  40829

Mountaineer Investigation &. Security
P O box 891
Athens, WV 24712


Pocahontas Holdings LLC
800 Princeton Ave
Bluefield, WV 24701


Pocahontas Land Company
800 Princeton Ave
Bluefield, WV 24701


Pocahontas Sales and Logistics LLC
800 Princeton Ave
Bluefield, WV 24701


Pocahontas Surface Interests LLC
800 Princeton Ave
Bluefield, WV 24701

Powell Construction WV, LLC
125 Dye Drive
Beckley, WV 25801


Refab Company Inc.
400 Hinchman St.
Logan, WV 25601


Resilient Mining LLC


Resilient Mining LLC


Ridgeline Industries
P O Box 411
Terra Alta, WV 26764


Rogers Petroleum Services Inc.
Combs & Combs PSC
PO Drawer 31  Pikeville, KY 41502


RT Rogers Oil Co., Inc.
P O Box 160
Hinton, WV 25951


Rudd Equipment Co.
4344 Poplar Level Rd.
Louisville, KY 40213


Rumpke Waste
P O Box 307
Cincinnati, OH 45201


SMA II LP I, LLC
520 Nicollet Mall
Suite 7y00
Minneapolis, MN 55402


Smith Adjusting
2931 Hultz Rd.
Catlettsburg, KY 41129


Starllink
1 Rocket Road
Hawthorne, CA  90250


Target Drilling
1112 Glacier Dr.
Smithton, PA 15479


Tennesee State Government
505 Deaderick St.,
Nashville, TN 37243

Thacker-Grigsby Telephone Company Inc.
60 Communication Lane
Hindman, KY 41822


Trion Equipment Sales, LLC
105 S. Keyser Ave
Old Forge, PA 18518


United States Attorney's Office
Southern District of West Virginia
300 Virginia St., E. #4000
Charleston, WV 25301


United States Trustee's Office
Robert C. Byrd U.S. Courthouse
300 Virginia St., E. #2025
Charleston, WV 25301


Universal Environmental Solutions LLC
411 Dividend Drive
Peachtree City, GA 30269


US Small Business Administration
2 North 20th St.
Suite 320
Birmingham, AL 35203


Utica Leaseco, LLC
905 South Blvd.. E.
Harlan, KY 40831


Vala Flag Car SVC LLC
PO BOX 1127
Rocky Mount, VA 24151

Vecellio & Grogan US
P O Box 2438
Beckley, WV 25802

VFS US LLC
P O Box 26131
Greensboro, NC 27402

Virginia Department of Energy
1100 Bank St.
Richmond, VA 23219

Virginia Department of Energy


Virginia Drilling Company, LLC
P O Box 1198
Vansant, VA 24656


West Virginia State Tax Division
Bankruptcy Unit
P O Box 766
Charleston, WV 25323

Whayne Supply Company
Boyd Company
P O Box 35900
Louisville, KY 40232


Whayne Supply Company
P O Box 35900
Louisville, KY 40232


WV Dept. of Environmental Protection
601 57th St., SE
Charleston, WV 25304


Wyatt, Tarrant Combs
250 West Main St.
Suite 1600
Lexington, KY 40507