**Exhibit B**

**Asset List**

[*To Be Filed*]