

David L. Bissett
United States Bankruptcy Judge
**Dated: March 5th, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No. 25-20179-DLB |
| | (*Jointly Administered*) |
| Debtors.[1] | |

**ORDER SCHEDULING EXPEDITED HEARING TO CONSIDER ENTRY OF AUCTION PROCEDURES ORDER IN CONNECTION WITH TRUSTEE'S EXPEDITED MOTION TO CONSIDER ENTRY OF ORDERS (A) APPROVING AUCTION PROCEDURES FOR SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' EQUIPMENT; (B) AUTHORIZING THE TRUSTEE TO DESIGNATE STALKING HORSE BIDDERS AND APPROVING PROPOSED STALKING HORSE BID PROTECTIONS; (C) SCHEDULING HEARING TO APPROVE THE SALE OF THE DEBTORS' EQUIPMENT; (D) SCHEDULING AUCTION; (E) APPROVING FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; <u>AND (F) GRANTING RELATED RELIEF</u>**

This matter having come before the Court on the *Motion to Schedule Expedited Hearing* (the "<u>Motion to Expedite</u>") on the Trustee's *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Bid Protections; (C) Scheduling Hearing to Approve the Sale of the Debtors' Assets; (D) Scheduling Auction; (E) Approving Form and Manner of Notice of Sale Hearing and Auction; and (F)*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

*Granting Related Relief* [Doc. No. 690] (the "Sale Motion"),[2] filed by Robert L, Johns, Chapter 7

Trustee (the "Trustee") for the Bankruptcy Estates of Civil, LLC, and other related bankruptcy

entities (collectively, the "Debtors"), and upon the Court's review of the Motion to Expedite, the

Sale Motion, and the proposed Auction Procedures Order, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.      The Motion to Expedite is GRANTED as set forth herein.

2.      An expedited hearing to consider approval and entry of the Auction Procedures

Order is hereby scheduled for the 16th day of March, 2026, at 1:30 p.m. by telephone. To

participate in the hearing, parties are instructed to dial (646) 828 – 7666 and entering Meeting ID

# 161 666 5385 when prompted.

3.      Objections to the entry of the proposed Auction Procedures Order shall be due on

or before **March 12, 2026, by 4:00 PM** (prevailing Eastern time).

4.      The Court retains exclusive jurisdiction over the interpretation, implementation,

and enforcement of this Order and any other orders entered in connection with the Sale Motion.

---

[2] Capitalized terms not otherwise set forth herein shall have the meanings ascribed to them in the Sale Motion.