

David L. Bissett
United States Bankruptcy Judge
**Dated: March 10th, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No. 25-20179-DLB |
| | (*Jointly Administered*) |
| Debtors.[1] | |

## ORDER CONTINUING HEARING TO CONSIDER ENTRY OF AUCTION
## PROCEDURES ORDER AND EXTENDING RESPONSE DEADLINE

This matter having come before the Court on the *Motion to Continue Hearing to Consider Entry of Auction Procedures Order and Extend Response Deadline* (the "Motion to Continue") in connection with the *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Bid Protections; (C) Scheduling Hearing to Approve the Sale of the Debtors' Assets; (D) Scheduling Auction; (E) Approving Form and Manner of Notice of Sale Hearing and Auction; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion"),[2] filed by Robert L, Johns, Chapter 7 Trustee (the "Trustee") for the

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise set forth herein shall have the meanings ascribed to them in the Sale Motion.

Bankruptcy Estates of Civil, LLC, and other related bankruptcy entities (collectively, the "Debtors"), and upon the Court's review of the Motion to Continue, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion to Continue is GRANTED as set forth herein.

2. The hearing consider approval and entry of the Auction Procedures Order is hereby continued to the 23rd day of March, 2026, at 1:30 p.m. by telephone. To participate in the hearing, parties are instructed to dial (646) 828 – 7666 and enter Meeting ID # 161 666 5385 when prompted.

3. Objections to the entry of the proposed Auction Procedures Order shall be due on or before **March 19, 2026, by 4:00 PM** (prevailing Eastern time).

4. In light continuance granted in Paragraph 2 of this Order, the Hearing previously set for March 16, 2026, at 1:30 PM (EST) is hereby CANCELLED.

5. The Court retains exclusive jurisdiction over the interpretation, implementation, and enforcement of this Order and any other orders entered in connection with the Sale Motion.