**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No.: 25-20179-DLB |
| Debtors.[1] | (*Jointly Administered*) |

## NOTICE OF FILING OF EXHIBIT B TO TRUSTEE'S SALE MOTION

**PLEASE TAKE NOTICE THAT** on March 4, 2026, Robert L, Johns, Chapter 7 Trustee (the "Trustee") for the above-captioned Debtors and their Bankruptcy Estates, filed the Trustee's *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction;(E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion seeks the authority to sell all Assets held in the name of the individual Debtors and consisting of all coal mining equipment, trailers, motor vehicles, and related coal mining inventory held by the Debtors and located at: (i) 200 Open Fork Rd, Kingston, WV 25917 ("Deepwater"); and (ii) 870 Gateway Industrial Park Drive, Jenkins, KY 41537 ("Jenkins" and with Deepwater, collectively, the "Auctioned Asset Sites").

**PLEASE TAKE FURTHER NOTICE** that Exhibit B, as defined and further referenced in the Sale Motion (the "Asset List") is attached to this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Trustee reserves all rights with respect to the amendment, modification, and/or supplement to the Asset List in advance of or at the Sale Hearing to consider granting the relief requested in the Sale Motion.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313) (collectively, the "Debtors"). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the Sale Motion.

Dated: March 15, 2026

Respectfully submitted:

**ROBERT L. JOHNS,
CHAPTER 7 TRUSTEE
By Counsel:**

_____/s/ Robert L. Johns_____
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720 – 2300
(304) 720 – 2311 *fax*

-AND-

**RAINES FELDMAN LITTRELL, LLP**

By: */s/ Daniel R. Schimizzi*_____
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
dschimizzi@raineslaw.com
swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*

### Certificate of Service

I certify that a true and correct copy of the foregoing *Notice of Filing of Exhibit B to Trustee's Sale Motion* was served on the following parties by CM/ECF Notification on March 15, 2026:

Christopher R. Arthur on behalf of Interested Party United States Department of Labor
chris.arthur@usdoj.gov, usawvs.ecfbankruptcy@usdoj.gov;caseview.ecf@usdoj.gov

John Zachary Balasko on behalf of Attorney Steptoe & Johnson
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Big Mule Air L.L.C.
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Civil, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Don Holdings, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Falcon Reclamation Limited Liability Company
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Kratos Resources LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor North Springs Holding LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Pocahontas Processing LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Eagle LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Mining, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Smoky Quartz LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Yellow Garage, LLC
zak.balasko@steptoe-johnson.com

Angel L. Beblo on behalf of Creditor Conserv Equipment Leasing LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Angel L. Beblo on behalf of Creditor Conserv Lending LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Brian Richard Blickenstaff on behalf of Trustee Robert L. Johns
bblickenstaff@johnswvlaw.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1A, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1B, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor McGinty Road Partners
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor SMA II LP I, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Thomas L. Canary, Jr. on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Ford Motor Credit Company LLC
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
bankruptcy@weinerlaw.com

Shari Collias on behalf of U.S. Trustee United States Trustee
Shari.Collias@usdoj.gov

Sarah Ellis on behalf of Debtor Big Mule Air L.L.C.
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Civil, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Don Holdings, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Falcon Reclamation Limited Liability Company
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Kratos Resources LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-

5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor North Springs Holding LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Pocahontas Processing LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Eagle LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Mining, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Smoky Quartz LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Yellow Garage, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Max Gottlieb on behalf of Interested Party Chad D. Cole
mgottlieb@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Elizabeth Cole
mgottlieb@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Holly Cole
mgottlieb@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Ricky Dale Cole
mgottlieb@hfdrlaw.com

Aaron Leonard Graves on behalf of Creditor Kentucky River Properties LLC
agraves@flahertylegal.com

Clayton Thomas Harkins on behalf of Creditor Kentucky River Properties LLC
clayton.harkins@dinsmore.com,
valerie.lucas@dinsmore.com;kim.morris@dinsmore.com;kelly.schoolcraft@dinsmore.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1A, LLC

5

jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburge
ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1B, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburge
ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor McGinty Road Partners
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburge
ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor SMA II LP I, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburge
ss@babstcalland.com

Janet Smith Holbrook on behalf of Creditor Community Trust Bank, Inc.
janet.holbrook@dinsmore.com, jamie.bishop@dinsmore.com

Bruce M. Jacobs on behalf of Creditor AFCO Credit Corporation
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Creditor Vecellio & Grogan, Inc.
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Coal-Mac LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Manchester Realty, LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Joseph T Johns on behalf of Creditor Conserv Equipment Leasing LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Joseph T Johns on behalf of Creditor Conserv Lending LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Robert L. Johns
rjohns@turnerjohns.com,
bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trusteso
lutions.net

6

Robert L. Johns on behalf of Trustee Robert L. Johns
rjohns@turnerjohns.com,
bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trusteso
lutions.net

Ellen Arvin Kennedy on behalf of Creditor Kentucky River Properties LLC
ellen.kennedy@dinsmore.com, DSBankruptcy@dinslaw.com

Gary O. Kinder on behalf of U.S. Trustee United States Trustee
gary.o.kinder@usdoj.gov

James W. Lane, Jr. on behalf of Creditor Kentucky River Properties LLC
jlane@flahertylegal.com, rkoon@flahertylegal.com

Beverly Weiss Manne on behalf of Creditor KIA II LLC
bmanne@tuckerlaw.com

Lauren Hutchins McCartney on behalf of Creditor KIA II LLC
lmccartney@tuckerlaw.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Holdings LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Land LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Sales & Logistics LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Surface Interests LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor WPP LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Western Pocahontas Properties Limited
Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Michael R. Proctor on behalf of Creditor Pocahontas Holdings LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Land LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Sales & Logistics LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Surface Interests LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor WPP LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Western Pocahontas Properties Limited Partnership
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Ancil G. Ramey on behalf of Plaintiff Civil, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Pocahontas Processing LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Eagle LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Mining, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Peter J Raupp on behalf of Debtor Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Mining, LLC

peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
KMcCauley@wtplaw.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor WPP LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Western Pocahontas Properties Limited
Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Debtor Pocahontas Processing LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Western Pocahontas Properties Limited
Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC

dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Trustee Robert L. Johns
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Carl W Shaffer on behalf of Interested Party Chad D. Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Elizabeth Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Holly Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Ricky Dale Cole
cshaffer@hfdrlaw.com

James R. Sheatsley on behalf of Creditor Albatross Air, Inc.
jsheatsley@gormansheatsley.org, gormansheatsley@suddenlinkmail.com

Billy R Shelton on behalf of Creditor Trion equipment sales, llc
bshelton@sheltonlaw.net

Michael A Shiner on behalf of Creditor KIA II LLC
mshiner@tuckerlaw.com, npetroy@tuckerlaw.com

Greg K Smith on behalf of Creditor James Endicott
gks0405@frontier.com

W. Bradley Sorrells on behalf of Creditor Kentucky Power Company d/b/a American Electric
Power
wbs@ramlaw.com

Devon J. Stewart on behalf of Plaintiff Civil, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Pocahontas Processing LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Eagle LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Mining, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Stephen L. Thompson on behalf of Creditor Committee Official Committee of Unsecured

Creditors of Civil, LLC
sthompson@barth-thompson.com, chris@barth-thompson.com

Jared M. Tully on behalf of Interested Party Utica Leaseco, LLC
jtully@fbtlaw.com, asmith@fbtlaw.com

United States Trustee
ustpregion04.ct.ecf@usdoj.gov

Sarah Elizabeth Wenrich on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
swenrich@raineslaw.com

Sarah Elizabeth Wenrich on behalf of Trustee Robert L. Johns
swenrich@raineslaw.com

Eric M. Wilson on behalf of Creditor West Virginia State Tax Department
eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov;christine.e.evans@wv.gov

**Exhibit B**

**Asset List**

| Asset Id | Description | Serial # |
|---|---|---|
| 5460092 | 2000 Ford f750 Service Truck | 3FDXF75H8YMA26399 |
| 5460103 | 2002 Cat D10R Crawler Dozer | 3KR1793 |
| 5460114 | 2012 Cat 933K Wheel Loader | CAT0993KPZ9K00519 |
| 5460119 | 1996 Cat 992G Wheel Loader | 7HR00233 |
| 5460121 | 1994 Cat 990G Wheel Loader | 7HK00095 |
| 5460123 | 1993 Cat 990G Wheel Loader | 7HK00056 |
| 5460125 | 2001 Cat 988G Wheel Loader | 2TW00463 |
| 5460131 | 1996 Cat 988F Wheel Loader | 2ZR00158 |
| 5460134 | 2016 Cat 986H Wheel Loader | CAT0986HTL8S00350 |
| 5460136 | 2017 Cat 980M Wheel Loader | KRS02854 |
| 5460145 | 2016 Komatsu WA600-8 Wheel Loader | KMTWA132EFD080016 |
| 5460147 | 2011 Cat 785D Haul Truck | CAT0785DAMSY00254 |
| 5460150 | 2004 Cat 785C Haul Truck | CAT0785CCAPX00478 |
| 5460152 | 2002 Cat 785C Haul Truck | CAT0785CVAPX00322 |
| 5460154 | 1997 Cat 758B Haul Truck | 6HK00719 |
| 5460158 | 1994 Cat 758B Haul Truck | 6HK00306 |
| 5460163 | 2012 Cat 777F Haul Truck | CAT0777FCJRP03208 |
| 5460167 | 2009 Cat 777F Haul Truck | CAT0777FJJRP01778 |
| 5460169 | 2008 Cat 777F Haul Truck | CAT0777FCJRP01306 |
| 5460176 | 2002 Cat 777D Haul Truck | AGC00871 |
| 5460178 | 1999 Cat 777D Haul Truck | 3PR01066 |
| 5460181 | 1999 Cat 777D Haul Truck | 3PR00995 |
| 5460183 | 1993 Cat 773B Water Truck | 63W04009 |
| 5460185 | 2014 Cat 336EL Tracked Excavator | FJH01810 |
| 5460187 | 2014 336EL Tracked Excavator | FJH01422 |
| 5460189 | 2018 336E  Tracked Excavator | CAT00336EDKS00429 |
| 5460192 | 2015 329FL Tracked Excavator | CAT0329FEERL00600 |
| 5460198 | 2005 Tracked Excavator | H0M18E00L00002112 |
| 5460199 | 2010 Hitachi ZX850LC-3 Tracked Excavator | FF01JDQ020863 |
| 5460201 | 2006 Hitachi ZX240LC-3 Tracked Excavator | FF01V1Q020124 |
| 5460207 | 1998 Allas Copco DM45E Crawler Mounted Blasthole Drill Blasthole Drill | 7638 |
| 5460224 | 2003 Cat D10R Crawler Dozer | AKT00359 |
| 5460226 | 2003 Cat D10R Crawler Dozer | AKT00293 |
| 5460228 | 2002 Cat D10R Crawler Dozer | 3KR01818 |
| 5460230 | 2001 Cat D10R Crawler Dozer | 3KR01635 |
| 5460234 | 2000 Cat D10R Crawler Dozer | 3KR01504 |
| 5460237 | 2001 Cat D9R Crawler Dozer | ABK00463 |
| 5460241 | D9R Crawler Dozer | ACL75001 CRB |
| 5460243 | 2020 Cat D6H LGP Crawler Dozer | HR900376 |
| 5460247 | 2018 Cat D6T Crawler Dozer | JNM00531 |
| 5460248 | 2004 Cat 992G Wheel Loader | CAT0992GPADZ00572 |
| 5460249 | 2018 Cat 982M Wheel Loader | CAT0982MAK1Y01809 |
| 5460250 | 2004 Cat 785C Haul Truck | CAT0785CEAPX00472 |
| 5460251 | 2005 Cat 777D Haul Truck | CAT0777DAAGC01637 |
| 5460252 | 2004 Cat 777D Haul Truck | CAT0777DKAGC01583 |
| 5460253 | 2004 Cat 777D Haul Truck | AGC01485 |
| 5460254 | 1995 Cat 777C Haul Truck | 4XJ00641 |
| 5460255 | 1994 Cat 777C Haul Truck | 4XJ00552 |
| 5460256 | 1996 Cat 773D Haul Truck | 7ER00275 |
| 5460257 | 1996 773D Haul Truck | 7ER00225 |
| 5460259 | 1996 773D Haul Truck | 7ER00224 |
| 5460260 | 1999 773D Haul Truck | 7CS00111 |
| 5460263 | 2011 Cat 349 EL Tracked Excavator | CAT0349EPTFG00291 |
| 5460266 | 2010 ATLAS COPCO DM45E Blasthole Drill | 8394 |
| 5460267 | 1998 ATLAS COPCO DM50E Blasthole Drill | 7684 |
| 5460268 | 1998 ATLAS COPCO DML LP XL1200 Blasthole Drill | 7679 |
| 5460274 | Cat 993K Wheel Loader | TZ9K00356 |
| 5460275 | International S1700 Cab and Chassis | 1HTLCHYN5FHA31358 |
| 5460277 | 2012 International 4300SBA Flatbed Truck | 1HTMMAAN8DH458658 |
| 5460278 | 2001 International 4300 Bus | 1HVBRAAP42A920639 |

| | | |
|---|---|---|
| 5460280 | 1992 Kenworth C500 Fuel and Lube Truck | 2NKCLROX8PM929717 |
| 5460283 | Mack RD888SX Fuel and Lube Truck | TR454670 |
| 5460286 | Mack RD688S Fuel and Lube Truck | 1M2P267C7RM021344 |
| 5460287 | Mack RD866SX Fuel and Lube Truck | 1M2P156COFA001045 |
| 5460288 | Mack DM686S Fuel and Lube Truck | 1M2B126C9FA010849 |
| 5460292 | Peterbilt 387 T/A Cabover Day Cab | 1XP7L2TX6BP145787 |
| 5460296 | Caterpillar 980G Wheel Loader | AXG00662 |
| 5460327 | 2108 John Deere 300G Tracked Excavator | 1FF300GXKJF730874 |
| 5460329 | John Deere 850D LC Wheel Excavator | FF850DX973021 |
| 5460365 | Caterpillar 769D Haul Truck | 5SS00097 |
| 5460413 | 2019 Western Star 4900EX T/A Day Cab Truck Tractor | 5KJJABFG4KPKK8002 |
| 5460415 | 2019 Western Star 4900EX T/A Day Cab Truck Tractor | 5KJJABFG6KPKK8003 |
| 5460453 | 2018 Kenworth T880 T/A Day Cab Truck Tractor | 1XKDP4TX7JR199918 |
| 5460454 | 2019 Western Star 4900EX Quad/A Day Cab Truck Tractor | 5KJNABFG2KPKF8239 |
| 5460455 | 2023 Kenworth W900L Quad/A Day Cab Truck Tractor | 1XKWP40X5PR256302 |
| 5460457 | 1990 Mack TK Haul Truck | 2M2P282C4LC001174 |
| 5460462 | Volvo 150G Wheel Loader | 150GC00022145 |
| 5460469 | 777C Haul Truck | 4XJ00800 |
| 5460475 | 335F EX Wheel Excavator | 335FEKNE10189 |
| 5460489 | 2013 Cat MD5050T Directional Drill | MD505HDR91177 |
| 5460503 | Other Lowboy Trailer | 4U3J05639HL016511 |
| 5460504 | Mack RD888SX T/A Dump Truck | 1M2P282CXRM001771 |
| 5460505 | Mack 600 T/A Dump Truck | 1M2P225C9VM001098 |
| 5460506 | Sterling Tire Truck Boom Truck | L2FZHA7DFX7AY47037 |
| 5460507 | Mack 600 T/A Dump Truck | 2M2P20202C8LC001208 |
| 5460508 | Mack DM886S T/A Dump Truck | 1M2B2565FA003222 |
| 5460509 | Mack RD888SX T/A Dump Truck | 1M2P282C9SM1900 |
| 5460510 | Mack T/A Dump Truck | 1M2P282C6PM001635 |
| 5460511 | Mack RD899SX T/A Dump Truck | 1M2P278C8VM002042 |
| 5460512 | 1995 Ford Service Truck | 1FDLF47G5SEA28299 |
| 5460513 | 1985 Rogers CT3WH75-100DDS26-257-20-DRR4 Equipment Trailer | 1RBH56402FAR20338 |
| 5460514 | 2004 Transcraft DTL-2100 W2 Equipment Trailer | ITTE4820451076428 |
| 5460515 | 2019 Ford Shelby GT350R Automobile | 1FA6P8JZ9K5552271 |
| 5460516 | 2019 Chevrolet Camero ZL1 Automobile | 1G1FJ1R62K0147551 |
| 5460517 | Fishing Boat Fishing Boat Bass Boat | STE82720E222 |
| 5460519 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1A773GRF10549 |
| 5460520 | Caterpillar 982M Straight Lip Bucket | X1E12578 |
| 5460524 | 2008 Utility Tool Semi Trailer Utility Trailer | 1UYVS25369G743122VS2 |
| 5460525 | 2023 Chevrolet 2500 HD Pickup | 2GC4YME76R1138991 |
| 5460527 | 2023 Fanrique Par Utility Tractor | 5JW1C1623P2397450 |
| 5460528 | 2019 Toyota TACOMA Pickup | 3TMC25AN4KM280502 |
| 5460530 | Kenworth T300 Service Truck | M652033 |
| 5460531 | GMC Topkick Service Truck | 1GDM7H1J8PJ502158 |
| 5460532 | Caterpillar 777D Haul Truck | AGC00104 |
| 5460535 | Caterpillar 988B Wheel Loader | 50W09856 |
| 5460538 | 2019 Ram Pickup | 3C6UR5CL7KG545841 |
| 5460539 | 2018 Mac Trailer Flatbed Trailer | 5MAPA4822KA049165 |
| 5460543 | Cat 785C Haul Truck | 1HW00121 |
| 5460544 | Cat 785C Haul Truck | 1HW00120 |
| 5460546 | Cat Motor Grader | 93U75591 |
| 5460550 | Caterpillar D10T Crawler Dozer | RJG004744 |
| 5460552 | Caterpillar 773B Haul Truck | 63W04578 |
| 5460553 | Cat 773B Off-Highway Rigid Water Truck | 63W01658 |
| 5460558 | Cat 16g Motor Grader | 93U02727 |
| 5460559 | Caterpillar 785C Haul Truck | APX00191 |
| 5460560 | Caterpillar 785C Haul Truck | APX00216 |
| 5460561 | International 4400 DT466 Service Truck | 1BITMKAANX2H52150 |
| 5460562 | Salem MCK Mul-T | 38 |
| 5460563 | Caterpillar 993K Wheel Loader | Z9K00362 |
| 5460565 | 2002 International Bus | 4DRBRABNX3B954191 |
| 5460569 | Ford Fuel and Lube Truck | 1FDXR82A9NVAD6362 |

| | | |
|---|---|---|
| 5460570 | 1996 International 3800 Bus | 1HVBBABP8TH369403 |
| 5460572 | Mack DM686S Fuel and Lube Truck | 1M2B128C5EA010116 |
| 5460573 | International 4700 Water Truck | 1HTSCABM3TH252646 |
| 5460574 | Mack Fuel Truck | 1M2AX07CX9M004526 |
| 5460575 | 2014 Freightliner Van Truck | 1FVACWDU6FHGK5662 |
| 5460576 | Caterpillar 777F Dump Bed | FHA00956 |
| 5460579 | 2004 Caterpillar 777D | AJA01947 |
| 5460581 | 2004 Caterpillar 777D Bed Truck | AJA02006 |
| 5460583 | 2001 Caterpillar 785C Haul Truck Dump Bed | AJC00540 |
| 5469118 | 2004 Transcraft DTL-2100 W2 Equipment Trailer | 1TTE4820971082518 |
| 5469434 | S Scoop Underground Loader | 488-9024 |
| 5469476 | Cat 236 Skid Steer Loader | 4YZ01264 |
| 5469499 | Heli TY30G-B9 Forklift | 390353X3550 |
| 5469843 | 1962 Birmingham OFL-13 Flatbed Trailer | T50191B8RMINGHAM |
| 5470042 | Trail King TK150HDG-563 Lowboy Trailer | 1TKJ0563098660 |
| 5470129 | 2017 Trail King TK110SA Tilt Deck Trailer | 1TKA05332JM075034 |
| 5470252 | 2015 East Semi Trailer Flatbed Trailer | 1E1HSY286GR055454 |
| 5470596 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1A773GRF1054943 |
| 5472942 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1054942 |
| 5478225 | 2006 Liddell Equipment Trailer | 1L9SJ282371236499 |
| 5478226 | 2016 Specialized Equipment Trailer | 4U3S01414HL016512 |
| 5478227 | 2016 Specialized XL 80 JPS Equipment Trailer | 4U3S02626HL016510 |
| 5478255 | 2008 Trail King TKHB3-192 Equipment Trailer | 1TKS019260B128661 |
| 5482980 | Caterpillar 16H Motor Grader | CAT0016HKATS00783 |
| 5488214 | John Deere 824L Wheel Loader | 1DW824LXCML711122 |
| 5491398 | 1994 Ford L8000 Boom Truck | 1FDZU82E3RVA48705 |
| 5491424 | 2006 Ford F-750 Service Truck | 3FRWF75T26V368025 |
| 5491433 | Ford F550XL SUPER DUTY Utility Vehicle | CNV |
| 5491519 | 2019 Caterpillar D10T Crawler Dozer | RJG04745 |
| 5491563 | Grove RT700E Rough Terrain Crane | 223451 |
| 5491606 | 2001 Cat 777D Haul Truck | CAT0777DKAGC00790 |
| 5491630 | Hitachi ZX250LC-5 Tracked Excavator | 1FFDCB70CEE430317 |
| 5491663 | 2009 Cat 785B Haul Truck | 6HK75009 |
| 5491675 | 2001 Cat 777D Haul Truck | CAT0777DVAGC0860 |
| 5491689 | 2019 Chevrolet C2500 Pickup | 2GC2KREG7K1178167 |
| 5491696 | 2000 Ford F-350 Flatbed Truck with Crane | 1FDWX36S0YEE08329 |
| 5493263 | Caterpillar 336FL Tracked Excavator | CAT0336FVTZA00172 |
| 5493328 | Caterpillar 777C Hail Truck Haul Truck | 4XJ00653 |
| 5493343 | Caterpillar 992G Wheel Loader | CAT0992GJAZX00474 |
| 5493431 | Caterpillar 769D Off-Highway Rigid Water Truck | 5TR00541 |
| 5494908 | Hitachi ZX870LC-5B Tracked Excavator | HCMJBC70T00030106 |
| 5494909 | Caterpillar D8T Crawler Dozer | ENG03472 |
| 5506046 | Caterpillar 289D3 Compact Track Loader | CAT0289DAGX905464 |
| 5267129 | 2024 Alfab End Dump Trailer (EDA) | 1A9DA3534RS199305 |
| 5267132 | 2024 Alfab End Dump Trailer (EDA) | 1A9DA3536RS199306 |
| 5262765 | 2023 Alfab End Dump Trailer (EDA) | 1A9DA2823PS199251 |
| 5262767 | 2023 Alfab End Dump Trailer (EDA) | 1A9DA2821PS199250 |
| 5266551 | 2022 Alfab 28-60-62 End Dump Trailer (EDA) | 1A9DA3526NS199226 |
| 5267183 | 2024 Fontaine Magnitude 80 MDSR Lowboy Trailer (TEE) | 57JE60304R35A3751 |
| 5267213 | 2024 Fontaine Jeep 452 Heavy-Haul Jeep (JEA) | 57JM05105R35A3755 |
| 5267196 | 2024 Fontaine Lowboy Trailer (TEE) | 57JM05103R35A3754 |
| 5267221 | 2024 Fontaine Jeep 482 Lowboy Trailer (TEE) | 57JL29202R354A3756 |
| 5267223 | 2024 Fontaine Jeep Lowboy Trailer (TEE) | 57JM05109R35A3757 |
| 5267189 | 2024 Fontaine EQ3 Lowboy Trailer (TEE) | 57JM16108R35A3753 |
| 5262796 | 2024 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40X2RJ340825 |
| 5262797 | 2024 Kenworth W990 T/A Sleeper Truck Tractor (STA) | 1XK1D40X4RJ340826 |
| 5262800 | 2024 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40XXRJ340829 |
| 5262799 | 2024 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40X8RJ340828 |
| 5267296 | 2023 Kenworth W900L T/A Day Cab Truck Tractor (TCD) | 1XKWD40X4PR256011 |
| 5267293 | 2023 Kenworth W900L T/A Day Cab Truck Tractor (TCD) | 1XKWD40XXPR256014 |
| 5267229 | 2023 Kenworth W900 T/A Sleeper Truck Tractor (STA) | 1XKWD40XXPR256336 |

| 5262818 | 2023 Kenworth T880 Service Truck (STI) | 1NKZHK7X6PJ256516 |
| 5267116 | 2024 Mac End Dump Trailer (EDA) | SMADS3536RC074303 |
| 5267109 | 2024 Mac End Dump Trailer (EDA) | SMADS3532RC074301 |
| 5262801 | 2024 Mac Trailer End Dump Trailer (EDA) | 5MADS3534RC074302 |
| 5266554 | 2024 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X5RD605160 |
| 5267081 | 2024 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X7RD605161 |
| 5262791 | 2024 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X9RD605159 |
| 5510463 | 2018 Cat D7E Crawler Dozer (CDA) | CAT00D7EKSSH00457 |
| 5510465 | 1984 Cat 773B Haul Truck (HTI) | FJX01422 |
| 5510657 | 2018 Cat D8T Crawler Dozer (CDA) | CAT00D8TRFMC01535 |
| 5510659 | 2018 Cat D8T Crawler Dozer (CDA) | FMC01559 |
| 5510655 | 2018 Cat D8T Crawler Dozer (CDA) | FMC01601 |
| 5510684 | 2006 Cat D11R Crawler Dozer (CDA) | 7PZ01402 |
| 5510668 | 2013 Cat D10T Crawler Dozer (CDA) | RJG04744 |
| 5510670 | 2013 Cat D10T Crawler Dozer (CDA) | CAT0D10TRJG04745 |
| 5510540 | 2012 Cat 993K Wheel Loader (WLB) | CAT0993KTZ9K00504 |
| 5510533 | 2012 Cat 993K Wheel Loader (WLB) | Z9K00519 |
| 5510672 | 2019 Cat 982 M Wheel Loader (WLB) | CAT0982MCMK620137 |
| 5510535 | 2011 Cat 785D Haul Truck (HTI) | MSY00254 |
| 5510529 | 2008 Cat 777F Haul Truck (HTI) | CAT0777FAJRP01316 |
| 5510537 | 1996 Cat 777D Haul Truck (HTI) | 3PR00312 |
| 5510665 | 1985 Cat 773B Off-Highway Rigid Water Truck (RWT) | 63W01480 |
| 5510663 | 2016 Cat 349F Tracked Excavator (EXC) | CAT0349FPBZ200606 |
| 5510666 | 2017 Cat 140M3 Motor Grader (MGC) | CAT0140MKN9D00764 |
| 5510553 | 2024 Fontaine Lowboy Trailer (TEE) | P2918 |
| 5510557 | 2024 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40X6RJ340827 |
| 5510676 | 2023 Kenworth T880 T/A Sleeper Truck Tractor (STA) | 3WKZD40XXRF267745 |
| 5510544 | Welment :Misc. Mining Equipment (MUM) | C125 |
| 5510542 | :Misc. Mining Equipment (MUM) | SHM-25V/800PTM-1 |
| 5292654 | 2011 Cat 772 Haul Truck (HTI) | RLB00711 |
| 5281097 | 2011 Cat 773E Haul Truck Haul Truck (HTI) | RLB00706 |
| 5262511 | 2004 Cat 16H Motor Grader (MGC) | ATS00327 |
| 5262590 | 2008 Cat 777F Haul Truck (HTI) | JRP01174 |
| 5262596 | 2009 Cat 777F Haul Truck (HTI) | JRP02148 |
| 5262599 | 2012 Cat 777F Haul Truck (HTI) | JRP03210 |
| 5262598 | 2012 Cat 777F Haul Truck (HTI) | JRP03208 |
| 5262612 | 2004 Cat 785C Haul Truck (HTI) | APX00478 |
| 5262610 | 2004 Cat 785C Haul Truck (HTI) | APX00472 |
| 5262608 | 2002 Cat 785C Haul Truck (HTI) | APX00322 |
| 5262850 | 2005 Cat D11R Crawler Dozer (CDA) | 7PZ00932 |
| 5262618 | 2018 Cat D6T Crawler Dozer (CDA) | JNM00533 |
| 5262628 | 1997 Cat D9R Crawler Dozer (CDA) | 7TL00838 |
| 5262806 | 2023 Alfab End Dump Trailer (EDA) | 1A9DA2825PS199249 |
| 5262764 | 2022 Alfab End Dump Trailer (EDA) | 1A9DA2829NS199260 |
| 5262760 | 2022 Alfab 28-54-62 End Dump Trailer (EDA) | 1A9DA2827NS199242 |
| 5267544 | 2024 Peterbilt 389 T/A Day Cab Truck Tractor (TCD) | 1NPXD40X2RD605164 |
| 5267533 | 2023 Peterbilt 389 Tri/A Sleeper Truck Tractor (SDL) | 1XPXP4TX8PD799134 |
| 5262812 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXP4TX6PD799133 |
| 5267550 | 2024 Western Star 49X T/A Day Cab Truck Tractor (TCD) | 5KJJBWFG7RLVB8901 |
| 5262734 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD49X6PD892282 |
| 5262737 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD49X9PD892289 |
| 5262736 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD49X3PD892286 |
| 5262733 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD49X2PD892280 |
| 5262735 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD49X2PD868559 |
| 5262744 | 2022 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X7ND802017 |
| 5262726 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X2PD819665 |
| 5262732 | 2023 Peterbilt 389 T/A Day Cab Truck Tractor (TCD) | 1NPXD49X3PD868581 |
| 5262702 | 2023 Peterbilt 389 T/A Sleeper Truck Tractor (STA) | 1XPXD40X8PD891583 |
| 5262713 | 2023 Peterbilt 389 T/A Day Cab Truck Tractor (TCD) | 1XPXD40X7PD892921 |
| 5267434 | 2019 Trail King TKFA1 Lowboy Trailer (TEE) | 1TKR00513KM029618 |
| 5267459 | 2020 Trail King Lowboy Trailer (TEE) | 1TKR00512LM064751 |

| | | |
|---|---|---|
| 5262752 | 2023 Mac End Dump Trailer (EDA) | 5MADS3536PC069115 |
| 5262747 | 2023 Mac End Dump Trailer (EDA) | 5MADS3533PC069119 |
| 5262787 | 2023 Mac End Dump Trailer (EDA) | 5MADS3531PC069121 |
| 5262746 | 2023 Mac End Dump Trailer (EDA) | 5MADS3534PC069114 |
| 5262757 | 2023 Mac End Dump Trailer (EDA) | 5MADS3236PC067188 |
| 5262745 | 2023 Mac End Dump Trailer (EDA) | 5MADS3531PC069118 |
| 5262761 | 2023 Mac End Dump Trailer (EDA) | 5MADS3538PC067186 |
| 5262749 | 2023 Mac End Dump Trailer (EDA) | 5MADS353XPC069120 |
| 5262727 | 2023 International HX 520 T/A Day Cab Truck Tractor (TCD) | 3HSPAAPT5PN016009 |
| 5262729 | 2023 International HX 520 T/A Day Cab Truck Tractor (TCD) | 3HSPAAPR4PN016555 |
| 5267452 | 2020 Trail King 110HDG Lowboy Trailer (TEE) | 1TKJ05339LY123527 |
| 5267431 | 2019 Trail King TK130HDG Lowboy Trailer (TEE) | 1TKH01538KM029617 |
| 5262816 | 2022 Dodge 5500 Service Truck (STI) | 3C7WRNFL2NG186693 |
| 5262815 | 2022 Kenworth T270 Service Truck (STI) | 2NKHHM6X2NM493339 |
| 5267515 | 2024 Kenworth T880 T/A Day Cab Truck Tractor (TCD) | 3WKZD40XXRF267453 |
| 5262731 | 2023 Kenworth T880 T/A Day Cab Truck Tractor (TCD) | 3WKZD40X5PF267454 |
| 5262605 | 1995 Cat 785B Haul Truck (HTI) | 6HK00414 |
| 5262833 | 2009 Cat 777F Haul Truck (HTI) | JRP01778 |
| 5262592 | 2008 Cat 777F Haul Truck (HTI) | JRP01306 |
| 5262817 | 2023 Kenworth T880 Service Truck (STI) | 1NKZHK7X4PJ256515 |
| 5262738 | 2023 Kenworth 900 T/A Sleeper Truck Tractor (STA) | 1XKWD40X8PR256335 |
| 5262741 | 2023 Kenworth W900L T/A Day Cab Truck Tractor (TCD) | 1XKWD40X8PR256013 |
| 5262730 | 2023 Kenworth W900B T/A Day Cab Truck Tractor (TCD) | 1XKWD40X9PR256196 |
| 5262739 | 2023 Kenworth 900 T/A Day Cab Truck Tractor (TCD) | 1XKWD40X2PR256010 |
| 5262707 | 2023 Kenworth W900 T/A Day Cab Truck Tractor (TCD) | 1XKWD40X6PR256012 |
| 5262795 | 2024 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40X0RJ340824 |
| 5262704 | 2023 Kenworth 990 T/A Day Cab Truck Tractor (TCD) | 1XK1D40X6PJ260215 |
| 5262709 | 2023 Kenworth W990 T/A Day Cab Truck Tractor (TCD) | 1XK1D49X8PJ260445 |
| 5262758 | 2023 Mac End Dump Trailer (EDA) | 5MADS3538PC069116 |
| 5262748 | 2023 Mac End Dump Trailer (EDA) | 5MADS353XPC069117 |
| 5510613 | 2018 Etnvre RTN55TD3-PS Lowboy Trailer (TEE) | 1E9324709JE111140 |
| 5510595 | 2022 Kenworth T270 Service Truck (STI) | 2NKHHM6X9NM493337 |
| 5510605 | 2022 Palfinger EP2025 Winch (ADW) | 2202038 |