## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No. 25-20179-DLB |
| Debtors.[1] | (*Jointly Administered*) |

## CONSENT ORDER EXTENDING RESPONSE DEADLINE FOR PROSPECTIVE CONSULTATION PARTIES REGARDING HEARING TO CONSIDER ENTRY OF AUCTION PROCEDURES ORDER

Upon the agreement by and among: (i) Robert L, Johns, Chapter 7 Trustee (the "Trustee") for the Bankruptcy Estates of Civil, LLC, and other related bankruptcy entities (collectively, the "Debtors"); (ii) Pocahontas Holdings, LLC; Pocahontas Land LLC; and Pocahontas Surface Interests, LLC (collectively, "Pocahontas Land"); (iii) KIA II LLC ("KIA"); (iv) Kentucky River Properties, LLC ("KRP"); and (iv) Allegiance Capital, LLC ("Allegiance"); SMA II LP I, LLC ("SMA"); AFG Investments 1A, LLC ("AFGA"); and AFG Investments 1B, LLC ("AFGB" and with Allegiance, SMA, and AFGA, the "McGinty Group") (together, Pocahontas Land, KIA, KRP, and the McGinty Group, the "Prospective Consultation Parties," and with the Trustee, individually,

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

a "Party" and collectively, the "Parties") to extend the deadline for the Prospective Consultation Parties to file objection(s) and/or response(s) to the Trustee's request for entry of the Auction Procedures Order (as defined in the *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction;(E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion") to afford the Parties additional time to attempt to agree upon a revised form of Auction Procedures Order and related Auction Procedures, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The deadline for the Prospective Consultation Parties to object or otherwise respond to the Trustee's request for entry of the Auction Procedures Order is hereby **EXTENDED** to Friday, March 20, 2026, at 12:00 PM (prevailing Eastern time).

2.      This Order shall be effective and enforceable immediately upon entry.

3.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and any other orders entered in connection with the Sale Motion.

Prepared by: */s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Special Counsel to the Chapter 7 Trustee