**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No.: 25-20179-DLB |
| | (*Jointly Administered*) |
| Debtors.[1] | |

**NOTICE OF FILING OF REVISED FORM OF AUCTION PROCEDURES ORDER
AND RELATED AUCTION PROCEDURES**

**PLEASE TAKE NOTICE THAT** on March 4, 2026, Robert L, Johns, Chapter 7 Trustee (the "Trustee") for the above-captioned Debtors and their Bankruptcy Estates, filed the Trustee's *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction;(E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion seeks the authority to sell all Assets held in the name of the individual Debtors and consisting of all coal mining equipment, trailers, motor vehicles, and related coal mining inventory held by the Debtors and located at: (i) 200 Open Fork Rd, Kingston, WV 25917 ("Deepwater"); and (ii) 870 Gateway Industrial Park Drive, Jenkins, KY 41537 ("Jenkins" and with Deepwater, collectively, the "Auctioned Asset Sites").

**PLEASE TAKE FURTHER NOTICE** that a revised form of Auction Procedures Order, together with a revised form of Auction Procedures, is attached hereto as **Exhibit A**. A redline against the original form of Auction Procedures Order and Auction Procedures filed with the Sale Motion is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313) (collectively, the "Debtors"). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the Sale Motion.

Dated: March 23, 2026

Respectfully submitted:

**ROBERT L. JOHNS,
CHAPTER 7 TRUSTEE
By Counsel:**

     /s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720 – 2300
(304) 720 – 2311 *fax*

-AND-

**RAINES FELDMAN LITTRELL, LLP**

By: */s/ Daniel R. Schimizzi*
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
dschimizzi@raineslaw.com
swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*