**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **In Re:** | **Case No.: 25-20179-DLB** |
| **CIVIL, LLC, *et al.,*** [1] | **Chapter 7** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTORS'
MACHINERY, EQUIPMENT, AND RELATED MINING ASSETS, AUCTION
PROCEDURES, SALE HEARING, AND AUCTION**

**PLEASE TAKE NOTICE** that the Trustee sought approval from the United States Bankruptcy Court for the Southern District of West Virginia (the "Court") to effectuate the sale of all or substantially all of the Debtors' machinery, equipment, and mining related assets (the "Assets") in the *Expedited Motion to Consider Entry of Orders (A)Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment, and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction;(E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2026, the Court entered the *Order (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment, and Assets (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections, (C) Scheduling Hearing to Approve the Sale of the Debtors' Assets, (D) Scheduling Auction; (E) Approving Form and Manner of Notice Auction and Sale Hearing, and (F)Granting Related Relief* [Doc. No. 796] (the "Auction Procedures Order").[2] The Auction Procedures Order approved the Auction Procedures (the "Auction Procedures") attached as **Exhibit 1** to the Auction Procedures Order. The Auction Procedures set the key dates and times related to the sale of the Assets.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures Order, all related exhibits, including the Auction Procedures, and any other filings related to the foregoing are available on the Court's electronic docket or by request to the Trustee or Trustee's counsel.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313) (collectively, the "Debtors"). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion or Auction Procedures Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the Trustee seeks to sell all or substantially all of the Debtors' machinery, equipment, and related mining assets (the "Assets") to any Potential Bidders (which the Trustee may, but is not required to, designate as one or more Stalking Horse Bidders in accordance with the Auction Procedures Order) free and clear of all liens, claims, encumbrances, and other interests to the fullest extent permitted under 11 U.S.C. § 363(f) and other applicable law.

**PLEASE TAKE FURTHER NOTICE** that the deadline by which all Bids for consideration to serve a Stalking Horse Bidder must be actually received by the parties specified in the Auction Procedures is **April 10, 2026, at 5:00 PM (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to by which all potential Credit Bids must actually be received by the Trustee is **April 10, 2026, at 5:00 PM (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to approve the sale of the Assets (the "Sale Hearing") will be held at the U.S. Bankruptcy Courtroom, Frederick P. Stamp, Jr. Federal Building and United States Courthouse 1125 Chapline Street, Wheeling, WV, 26003, on **May 7, 2026, at 10:00 AM (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest by filing a notice on the Court's docket for these Chapter 7 Cases or the making of an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale(s), if any, including: objections to the Motion, the sale of the Assets of the Debtors, the designation of a bid as a Stalking Horse Bid, must be (i) in writing, (ii) conform to the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and the Auction Procedures Order (iii) state with particularity the legal and factual basis for the objection, and (iv) be filed with the Court no later than **May 1, 2026, at 4:00 PM (prevailing Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that any party requesting the allowance of a potential Credit Bid that the Trustee did not approve must be (i) in writing, (ii) conform to the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and the Auction Procedures Order (iii) state with particularity the legal and factual basis for the request, and (iv) be filed with the Court no later than **May 1, 2026, at 4:00 PM (prevailing Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that any party intending to submit an overbid against a Stalking Horse Bid if designated by the Trustee must advise the Trustee of such intent on or before **May 1, 2026, at 4:00 PM (prevailing Eastern time)** and appear at the Sale Hearing to submit such overbid.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Auction Procedures Order and upon entry of the Sale Order authorizing the sale of the Assets free and clear of all liens, claims, interests, and encumbrances, an auction (the "Auction") to sell the Assets shall commence on May 27, 2026, subject to the rights of the Trustee, upon consultation with the

Auctioneer and Consultation Parties, to adjourn the auction prior to its commencement.[3] The Auction shall be conducted for the Assets located at the following locations: (a) 200 Open Fork Rd, Kingston, WV 25917 ("Deepwater"); (b) 870 Gateway Industrial Park Drive, Jenkins, KY 41537 ("Jenkins" and with Deepwater, collectively, the "Auctioned Asset Sites"); or (c) such other location, in each case as the Trustee designates (or at any other time and location as the Trustee and Auctioneer may hereafter designate on proper notice). The Auction will be conducted openly, with potential purchasers being able to bid for some or all of the Assets virtually through the Auctioneer's online platform. To access the Auction virtually, each bidder will be provided and must execute and return an appropriate form confirming its compliance with the Auction Procedures, including complying with any of the Auctioneer's procedures for registering for the Auction. The Trustee may cancel or reschedule the Auction pursuant to the Auction Procedures upon consultation with the Auctioneer.

**PLEASE TAKE FURTHER NOTICE THAT FAILURE TO ABIDE BY THE AUCTION PROCEDURES, THE AUCTION PROCEDURES ORDER, OR ANY OTHER ORDER OF THE COURT IN THESE CHAPTER 7 CASES MAY RESULT IN THE REJECTION OF YOUR BID FOR THE ASSETS.**

**PLEASE TAKE FURTHER NOTICE THAT, TO THE EXTENT ANY PARTY IN INTEREST HAS OR MAINTAINS POSSESSION AND/OR CONTROL OVER ANY ASSETS OWNED BY THE DEBTORS, SUCH PARTY IS DIRECTED TO IMMEDIATELY TURNOVER SUCH ASSETS TO THE TRUSTEE, THE AUCTIONEER, OR OTHER REPRESENTATIVES OF THE TRUSTEE. ANY PARTY THAT FAILS TO TURNOVER ASSETS TO THE TRUSTEE, OR INTERFERES, DIRECTLY OR INDIRECTLY, WITH THE CONDUCT OF THE AUCTION, THE AUCTIONED ASSET LOCATIONS, AND/OR THE TRUSTEE'S EFFORTS TO LIQUIDATE THE ASSETS SHALL BE SUBJECT TO SANCTIONS AFTER NOTICE AND HEARING UPON APPROPRIATE MOTION.**

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE(S) BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE AUCTION PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED TO THE SALE(S) AND FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE(S), INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS TO THE SUCCESSFUL BIDDER(S) FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS THAT SUCH PARTY OR ENTITY MAY HAVE AGAINST THE DEBTORS OR THE ASSETS.**

---

[3] To the extent any Assets remain unsold, the Trustee, in his sound business judgment, may attempt to sell the unsold Assets either at a subsequent Auction consistent with the terms and conditions of this Auction Procedures Order and the Auction Procedures or by separate motion, after notice and hearing.

Dated: March 27, 2026

Respectfully submitted:

**ROBERT L. JOHNS,**
**CHAPTER 7 TRUSTEE**
**By Counsel:**

_____/s/ Robert L. Johns_____
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720 – 2300
(304) 720 – 2311 *fax*

-AND-

**RAINES FELDMAN LITTRELL, LLP**

By: */s/ Daniel R. Schimizzi*
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
dschimizzi@raineslaw.com
swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*