**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | Case No.: 25-20179-DLB |
| Civil, LLC, *et al.*, | Chapter 7 |
| Debtors.[1] | (*Jointly Administered*) |

**NOTICE OF FILING OF AMENDED EXHIBIT B TO TRUSTEE'S SALE MOTION**

**PLEASE TAKE NOTICE THAT** on March 4, 2026, Robert L, Johns, Chapter 7 Trustee (the "Trustee") for the above-captioned Debtors and their Bankruptcy Estates, filed the Trustee's *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction;(E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion seeks the authority to sell all Assets held in the name of the individual Debtors and consisting of all coal mining equipment, trailers, motor vehicles, and related coal mining inventory held by the Debtors and located at: (i) 200 Open Fork Rd, Kingston, WV 25917 ("Deepwater"); and (ii) 870 Gateway Industrial Park Drive, Jenkins, KY 41537 ("Jenkins" and with Deepwater, collectively, the "Auctioned Asset Sites").

**PLEASE TAKE FURTHER NOTICE** that, on March 15, 2026, the Trustee filed the *Notice of Filing of Exhibit B to Trustee's Sale Motion* [Doc. No. 736], which identified a list of the Debtors' coal mining equipment, trailers, motor vehicles, and related coal mining inventory (the "Initial Asset List").

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2026, the Court entered the *Order (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment, and Assets (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections, (C) Scheduling Hearing to*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313) (collectively, the "Debtors"). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the Sale Motion.

*Approve the Sale of the Debtors' Assets, (D) Scheduling Auction; (E) Approving Form and Manner of Notice Auction and Sale Hearing, and (F)Granting Related Relief* [Doc. No. 796] (the "Auction Procedures Order").[3] The Auction Procedures Order approved the Auction Procedures (the "Auction Procedures") attached as **Exhibit 1** to the Auction Procedures Order. The Auction Procedures set the key dates and times related to the sale of the Assets identified on the Initial Asset List.

PLEASE TAKE FURTHER NOTICE that, on March 27, 2026, the Trustee filed the *Notice of Proposed Sale of Substantially All of the Debtors' Machinery, Equipment, and Related Mining Assets, Auction Procedures, Sale Hearing, and Auction* [Doc. No. 798], which identifies critical deadlines in connection with the Sale Motion, as approved by the Auction Procedures Order.

PLEASE TAKE FURTHER NOTICE that, upon further review of the list of the Initial Asset List, and upon consultation with the Auctioneer (as defined in the Sale Motion) and the Trustee's professionals, the Trustee hereby files the following amended asset list (the "Amended Asset List"),  which amends the Initial Asset List filed on March 15, 2026, and is attached hereto as **Amended Exhibit B** (as defined and further referenced in the Sale Motion).

PLEASE TAKE FURTHER NOTICE that the Trustee reserves all rights to further amend, modify, and/or supplement the Amended Asset List in advance of or at the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Auction Procedures Order, the Sale Motion, and all related exhibits, including the Auction Procedures, and any other filings related to the foregoing, are available on the Court's electronic docket or by request to the Trustee or Trustee's counsel.

*[The remainder of this page is left intentionally blank.]*

---

[3] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion or Auction Procedures Order, as applicable.

2

Dated: March 27, 2026

Respectfully submitted:

**ROBERT L. JOHNS,
CHAPTER 7 TRUSTEE
By Counsel:**

_____/s/ Robert L. Johns_____
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720 – 2300
(304) 720 – 2311 *fax*

-AND-

**RAINES FELDMAN LITTRELL, LLP**

By: */s/ Daniel R. Schimizzi_____*
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
dschimizzi@raineslaw.com
swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*

**Amended Exhibit B**

**Amended Asset List**

| | A | B | C |
|---|---|---|---|
| 1 | Asset Id | Description | Serial # |
| 2 | 5460092 | 2000 Ford f750 Service Truck | 3FDXF75H8YMA26399 |
| 3 | 5460103 | 2002 Cat D10R Crawler Dozer | 3KR1793 |
| 4 | 5460114 | 2012 Cat 933K Wheel Loader | CAT0993KPZ9K00519 |
| 5 | 5460119 | 1996 Cat 992G Wheel Loader | 7HR00233 |
| 6 | 5460121 | 1994 Cat 990G Wheel Loader | 7HK00095 |
| 7 | 5460123 | 1993 Cat 990G Wheel Loader | 7HK00056 |
| 8 | 5460125 | 2001 Cat 988G Wheel Loader | 2TW00463 |
| 9 | 5460131 | 1996 Cat 988F Wheel Loader | 2ZR00158 |
| 10 | 5460134 | 2016 Cat 986H Wheel Loader | CAT0986HTL8S00350 |
| 11 | 5460136 | 2017 Cat 980M Wheel Loader | KRS02854 |
| 12 | 5460145 | 2016 Komatsu WA600-8 Wheel Loader | KMTWA132EFD080016 |
| 13 | 5460147 | 2011 Cat 785D Haul Truck | CAT0785DAMSY00254 |
| 14 | 5460150 | 2004 Cat 785C Haul Truck | CAT0785CCAPX00478 |
| 15 | 5460152 | 2002 Cat 785C Haul Truck | CAT0785CVAPX00322 |
| 16 | 5460154 | 1997 Cat 758B Haul Truck | 6HK00719 |
| 17 | 5460158 | 1994 Cat 758B Haul Truck | 6HK00306 |
| 18 | 5460163 | 2012 Cat 777F Haul Truck | CAT0777FCJRP03208 |
| 19 | 5460167 | 2009 Cat 777F Haul Truck | CAT0777FJJRP01778 |
| 20 | 5460169 | 2008 Cat 777F Haul Truck | CAT0777FCJRP01306 |
| 21 | 5460176 | 2002 Cat 777D Haul Truck | AGC00871 |
| 22 | 5460178 | 1999 Cat 777D Haul Truck | 3PR01066 |
| 23 | 5460181 | 1999 Cat 777D Haul Truck | 3PR00995 |
| 24 | 5460183 | 1993 Cat 773B Water Truck | 63W04009 |
| 25 | 5460185 | 2014 Cat 336EL Tracked Excavator | FJH01810 |
| 26 | 5460187 | 2014 336EL Tracked Excavator | FJH01422 |
| 27 | 5460189 | 2018 336E  Tracked Excavator | CAT00336EDKS00429 |
| 28 | 5460192 | 2015 329FL Tracked Excavator | CAT0329FEERL00600 |
| 29 | 5460198 | 2005 Tracked Excavator | H0M18E00L00002112 |
| 30 | 5460199 | 2010 Hitachi ZX850LC-3 Tracked Excavator | FF01JDQ020863 |
| 31 | 5460201 | 2006 Hitachi ZX240LC-3 Tracked Excavator | FF01V1Q020124 |
| 32 | 5460207 | 1998 Allas Copco DM45E Crawler Mounted Blasthole Drill Blasthole Drill | 7638 |
| 33 | 5460234 | 2000 Cat D10R Crawler Dozer | 3KR01504 |
| 34 | 5460241 | D9R Crawler Dozer | ACL75001 CRB |
| 35 | 5460243 | 2020 Cat D6H LGP Crawler Dozer | HR900376 |
| 36 | 5460250 | 2004 Cat 785C Haul Truck | CAT0785CEAPX00472 |
| 37 | 5460251 | 2005 Cat 777D Haul Truck | CAT0777DAAGC01637 |
| 38 | 5460252 | 2004 Cat 777D Haul Truck | CAT0777DKAGC01583 |
| 39 | 5460253 | 2004 Cat 777D Haul Truck | AGC01485 |
| 40 | 5460275 | International S1700 Cab and Chassis | 1HTLCHYN5FHA31358 |
| 41 | 5460277 | 2012 International 4300SBA Flatbed Truck | 1HTMMAAN8DH458658 |
| 42 | 5460278 | 2001 International 4300 Bus | 1HVBRAAP42A920639 |
| 43 | 5460280 | 1992 Kenworth C500 Fuel and Lube Truck | 2NKCLROX8PM929717 |
| 44 | 5460283 | Mack RD888SX Fuel and Lube Truck | TR454670 |
| 45 | 5460286 | Mack RD688S Fuel and Lube Truck | 1M2P267C7RM021344 |
| 46 | 5460287 | Mack RD866SX Fuel and Lube Truck | 1M2P156COFA001045 |
| 47 | 5460288 | Mack DM686S Fuel and Lube Truck | 1M2B126C9FA010849 |
| 48 | 5460292 | Peterbilt 387 T/A Cabover Day Cab | 1XP7L2TX6BP145787 |
| 49 | 5460296 | Caterpillar 980G Wheel Loader | AXG00662 |
| 50 | 5460327 | 2108 John Deere 300G Tracked Excavator | 1FF300GXKJF730874 |
| 51 | 5460329 | John Deere 850D LC Wheel Excavator | FF850DX973021 |
| 52 | 5460413 | 2019 Western Star 4900EX T/A Day Cab Truck Tractor | 5KJJABFG4KPKK8002 |
| 53 | 5460415 | 2019 Western Star 4900EX T/A Day Cab Truck Tractor | 5KJJABFG6KPKK8003 |
| 54 | 5460453 | 2018 Kenworth T880 T/A Day Cab Truck Tractor | 1XKDP4TX7JR199918 |
| 55 | 5460454 | 2019 Western Star 4900EX Quad/A Day Cab Truck Tractor | 5KJNABFG2KPKF8239 |
| 56 | 5460455 | 2023 Kenworth W900L Quad/A Day Cab Truck Tractor | 1XKWP40X5PR256302 |
| 57 | 5460457 | 1990 Mack TK Haul Truck | 2M2P282C4LC001174 |
| 58 | 5460462 | Volvo 150G Wheel Loader | 150GC00022145 |
| 59 | 5460469 | 777C Haul Truck | 4XJ00800 |
| 60 | 5460475 | 335F EX Wheel Excavator | 335FEKNE10189 |
| 61 | 5460489 | 2013 Cat MD5050T Directional Drill | MD505HDR91177 |
| 62 | 5460503 | Other Lowboy Trailer | 4U3J05639HL016511 |
| 63 | 5460504 | Mack RD888SX T/A Dump Truck | 1M2P282CXRM001771 |
| 64 | 5460505 | Mack 600 T/A Dump Truck | 1M2P225C9VM001098 |
| 65 | 5460506 | Sterling Tire Truck Boom Truck | L2FZHA7DFX7AY47037 |
| 66 | 5460507 | Mack 600 T/A Dump Truck | 2M2P20202C8LC001208 |

| | A | B | C |
|---|---|---|---|
| 67 | 5460508 | Mack DM886S T/A Dump Truck | 1M2B2565FA003222 |
| 68 | 5460509 | Mack RD888SX T/A Dump Truck | 1M2P282C9SM1900 |
| 69 | 5460510 | Mack T/A Dump Truck | 1M2P282C6PM001635 |
| 70 | 5460511 | Mack RD899SX T/A Dump Truck | 1M2P278C8VM002042 |
| 71 | 5460512 | 1995 Ford Service Truck | 1FDLF47G5SEA28299 |
| 72 | 5460513 | 1985 Rogers CT3WH75-100DDS26-257-20-DRR4 Equipment Trailer | 1RBH56402FAR20338 |
| 73 | 5460514 | 2004 Transcraft DTL-2100 W2 Equipment Trailer | ITTE4820451076428 |
| 74 | 5460515 | 2019 Ford Shelby GT350R Automobile | 1FA6P8JZ9K5552271 |
| 75 | 5460516 | 2019 Chevrolet Camero ZL1 Automobile | 1G1FJ1R62K0147551 |
| 76 | 5460517 | Fishing Boat Fishing Boat Bass Boat | STE82720E222 |
| 77 | 5460519 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1A773GRF10549 |
| 78 | 5460520 | Caterpillar 982M Straight Lip Bucket | X1E12578 |
| 79 | 5460524 | 2008 Utility Tool Semi Trailer Utility Trailer | 1UYVS25369G743122VS2 |
| 80 | 5460525 | 2023 Chevrolet 2500 HD Pickup | 2GC4YME76R1138991 |
| 81 | 5460527 | 2023 Fanrique Par Utility Tractor | 5JW1C1623P2397450 |
| 82 | 5460528 | 2019 Toyota TACOMA Pickup | 3TMC25AN4KM280502 |
| 83 | 5460530 | Kenworth T300 Service Truck | M652033 |
| 84 | 5460531 | GMC Topkick Service Truck | 1GDM7H1J8PJ502158 |
| 85 | 5460532 | Caterpillar 777D Haul Truck | AGC00104 |
| 86 | 5460535 | Caterpillar 988B Wheel Loader | 50W09856 |
| 87 | 5460538 | 2019 Ram Pickup | 3C6UR5CL7KG545841 |
| 88 | 5460539 | 2018 Mac Trailer Flatbed Trailer | 5MAPA4822KA049165 |
| 89 | 5460543 | Cat 785C Haul Truck | 1HW00121 |
| 90 | 5460544 | Cat 785C Haul Truck | 1HW00120 |
| 91 | 5460546 | Cat Motor Grader | 93U75591 |
| 92 | 5460550 | Caterpillar D10T Crawler Dozer | RJG004744 |
| 93 | 5460552 | Caterpillar 773B Haul Truck | 63W04578 |
| 94 | 5460553 | Cat 773B Off-Highway Rigid Water Truck | 63W01658 |
| 95 | 5460558 | Cat 16g Motor Grader | 93U02727 |
| 96 | 5460559 | Caterpillar 785C Haul Truck | APX00191 |
| 97 | 5460560 | Caterpillar 785C Haul Truck | APX00216 |
| 98 | 5460561 | International 4400 DT466 Service Truck | 1BITMKAANX2H52150 |
| 99 | 5460562 | Salem MCK Mul-T | 38 |
| 100 | 5460563 | Caterpillar 993K Wheel Loader | Z9K00362 |
| 101 | 5460565 | 2002 International Bus | 4DRBRABNX3B954191 |
| 102 | 5460569 | Ford Fuel and Lube Truck | 1FDXR82A9NVAD6362 |
| 103 | 5460570 | 1996 International 3800 Bus | 1HVBBABP8TH369403 |
| 104 | 5460572 | Mack DM686S Fuel and Lube Truck | 1M2B128C5EA010116 |
| 105 | 5460573 | International 4700 Water Truck | 1HTSCABM3TH252646 |
| 106 | 5460574 | Mack Fuel Truck | 1M2AX07CX9M004526 |
| 107 | 5460575 | 2014 Freightliner Van Truck | 1FVACWDU6FHGK5662 |
| 108 | 5460576 | Caterpillar 777F Dump Bed | FHA00956 |
| 109 | 5460579 | 2004 Caterpillar 777D | AJA01947 |
| 110 | 5460581 | 2004 Caterpillar 777D Bed Truck | AJA02006 |
| 111 | 5460583 | 2001 Caterpillar 785C Haul Truck Dump Bed | AJC00540 |
| 112 | 5469118 | 2004 Transcraft DTL-2100 W2 Equipment Trailer | 1TTE4820971082518 |
| 113 | 5469434 | S Scoop Underground Loader | 488-9024 |
| 114 | 5469476 | Cat 236 Skid Steer Loader | 4YZ01264 |
| 115 | 5469499 | Heli TY30G-B9 Forklift | 390353X3550 |
| 116 | 5469843 | 1962 Birmingham OFL-13 Flatbed Trailer | T50191B8RMINGHAM |
| 117 | 5470042 | Trail King TK150HDG-563 Lowboy Trailer | 1TKJ0563098660 |
| 118 | 5470129 | 2017 Trail King TK110SA Tilt Deck Trailer | 1TKA05332JM075034 |
| 119 | 5470252 | 2015 East Semi Trailer Flatbed Trailer | 1E1HSY286GR055454 |
| 120 | 5470596 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1A773GRF1054943 |
| 121 | 5472942 | 773G Dump Body Philippi-Hagenbuch Truck Body | 1054942 |
| 122 | 5478225 | 2006 Liddell Equipment Trailer | 1L9SJ282371236499 |
| 123 | 5478226 | 2016 Specialized Equipment Trailer | 4U3S01414HL016512 |
| 124 | 5478227 | 2016 Specialized XL 80 JPS Equipment Trailer | 4U3S02626HL016510 |
| 125 | 5478255 | 2008 Trail King TKHB3-192 Equipment Trailer | 1TKS019260B128661 |
| 126 | 5482980 | Caterpillar 16H Motor Grader | CAT0016HKATS00783 |
| 127 | 5488214 | John Deere 824L Wheel Loader | 1DW824LXCML711122 |
| 128 | 5491398 | 1994 Ford L8000 Boom Truck | 1FDZU82E3RVA48705 |
| 129 | 5491424 | 2006 Ford F-750 Service Truck | 3FRWF75T26V368025 |
| 130 | 5491433 | Ford F550XL SUPER DUTY Utility Vehicle | CNV |
| 131 | 5491519 | 2019 Caterpillar D10T Crawler Dozer | RJG04745 |
| 132 | 5491563 | Grove RT700E Rough Terrain Crane | 223451 |

| | A | B | C |
|---|---|---|---|
| | 5491606 | 2001 Cat 777D Haul Truck | CAT0777DKAGC00790 |
| | 5491630 | Hitachi ZX250LC-5 Tracked Excavator | 1FFDCB70CEE430317 |
| | 5491663 | 2009 Cat 785B Haul Truck | 6HK75009 |
| | 5491675 | 2001 Cat 777D Haul Truck | CAT0777DVAGC0860 |
| | 5491689 | 2019 Chevrolet C2500 Pickup | 2GC2KREG7K1178167 |
| | 5491696 | 2000 Ford F-350 Flatbed Truck with Crane | 1FDWX36S0YEE08329 |
| | 5493263 | Caterpillar 336FL Tracked Excavator | CAT0336FVTZA00172 |
| | 5493328 | Caterpillar 777C Hail Truck Haul Truck | 4XJ00653 |
| | 5493343 | Caterpillar 992G Wheel Loader | CAT0992GJAZX00474 |
| | 5493431 | Caterpillar 769D Off-Highway Rigid Water Truck | 5TR00541 |
| | 5494908 | Hitachi ZX870LC-5B Tracked Excavator | HCMJBC70T00030106 |
| | 5494909 | Caterpillar D8T Crawler Dozer | ENG03472 |
| | 5506046 | Caterpillar 289D3 Compact Track Loader | CAT0289DAGX905464 |
| | 5510463 | 2018 Cat D7E Crawler Dozer (CDA) | CAT00D7EKSSH00457 |
| | 5510465 | 1984 Cat 773B Haul Truck (HTI) | FJX01422 |
| | 5510657 | 2018 Cat D8T Crawler Dozer (CDA) | CAT00D8TRFMC01535 |
| | 5510659 | 2018 Cat D8T Crawler Dozer (CDA) | FMC01559 |
| | 5510655 | 2018 Cat D8T Crawler Dozer (CDA) | FMC01601 |
| | 5510668 | 2013 Cat D10T Crawler Dozer (CDA) | RJG04744 |
| | 5510670 | 2013 Cat D10T Crawler Dozer (CDA) | CAT0D10TRJG04745 |
| | 5510540 | 2012 Cat 993K Wheel Loader (WLB) | CAT0993KTZ9K00504 |
| | 5510533 | 2012 Cat 993K Wheel Loader (WLB) | Z9K00519 |
| | 5510672 | 2019 Cat 982 M Wheel Loader (WLB) | CAT0982MCMK620137 |
| | 5510535 | 2011 Cat 785D Haul Truck (HTI) | MSY00254 |
| | 5510529 | 2008 Cat 777F Haul Truck (HTI) | CAT0777FAJRP01316 |
| | 5510537 | 1996 Cat 777D Haul Truck (HTI) | 3PR00312 |
| | 5510665 | 1985 Cat 773B Off-Highway Rigid Water Truck (RWT) | 63W01480 |
| | 5510663 | 2016 Cat 349F Tracked Excavator (EXC) | CAT0349FPBZ200606 |
| | 5510666 | 2017 Cat 140M3 Motor Grader (MGC) | CAT0140MKN9D00764 |
| | 5510553 | 2024 Fontaine Lowboy Trailer (TEE) | P2918 |
| | 5510676 | 2023 Kenworth T880 T/A Sleeper Truck Tractor (STA) | 3WKZD40XXRF267745 |
| | 5510544 | Welment :Misc. Mining Equipment (MUM) | C125 |
| | 5510542 | :Misc. Mining Equipment (MUM) | SHM-25V/800PTM-1 |
| | 5292654 | 2011 Cat 772 Haul Truck (HTI) | RLB00711 |
| | 5281097 | 2011 Cat 773E Haul Truck Haul Truck (HTI) | RLB00706 |
| | 5262590 | 2008 Cat 777F Haul Truck (HTI) | JRP01174 |
| | 5262596 | 2009 Cat 777F Haul Truck (HTI) | JRP02148 |
| | 5262599 | 2012 Cat 777F Haul Truck (HTI) | JRP03210 |
| | 5262598 | 2012 Cat 777F Haul Truck (HTI) | JRP03208 |
| | 5262612 | 2004 Cat 785C Haul Truck (HTI) | APX00478 |
| | 5262608 | 2002 Cat 785C Haul Truck (HTI) | APX00322 |
| | 5262850 | 2005 Cat D11R Crawler Dozer (CDA) | 7PZ00932 |
| | 5262816 | 2022 Dodge 5500 Service Truck (STI) | 3C7WRNFL2NG186693 |
| | 5262605 | 1995 Cat 785B Haul Truck (HTI) | 6HK00414 |
| | 5262833 | 2009 Cat 777F Haul Truck (HTI) | JRP01778 |
| | 5262592 | 2008 Cat 777F Haul Truck (HTI) | JRP01306 |
| | 5510613 | 2018 Etnvre RTN55TD3-PS Lowboy Trailer (TEE) | 1E9324709JE111140 |
| | 5510605 | 2022 Palfinger EP2025 Winch (ADW) | 2202038 |