## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No. 25-20179-DLB |
| Debtors.[1] | (*Jointly Administered*) |

## ORDER OF COURT

Upon consideration of the *Motion for Entry of an Order Authorizing the Trustee to Assume Executory Contracts and Unexpired Leases and Further Extending Deadlines Relating to Assumption or Rejection of Executory Contracts and Unexpired Leases* (the "Motion")[2] filed by Robert L. Johns, Chapter 7 Trustee (the "Trustee") for the Bankruptcy Estates of Civil, LLC, and its affiliated debtors (collectively, the "Debtors"), and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and this Court having found that venue of this proceeding and the Motion in this District is properly before this Court pursuant to 28 U.S.C. §§

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the Motion.

1

1408 and 1409; and after notice and opportunity to be heard, and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, the Trustee is hereby AUTHORIZED to assume the Assumed Contracts and Leases.

3.      The deadline for the Trustee to assume or reject the Potential Contracts and Leases is hereby EXTENDED for ninety (90) days.  Counterparties to the Potential Contracts and Leases shall provide the Trustee and his counsel with true and correct copies of the Potential Contracts and Leases, together with all documents and agreements arising from or relating to the same.

4.      This Order is without prejudice to the Trustee's rights to seek additional relief from this Court if and to the extent it is determined that, other than those executory contracts and unexpired leases identified in the Debtors' Schedules, any additional executory contracts and/or unexpired leases involving the Debtors existed as of the Petition Date.

5.      This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

Prepared by: /s/ *Daniel R. Schimizzi*
Daniel R. Schimizzi, Special Counsel to
Robert L. Johns, Chapter 7 Trustee

2