Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

| In Re:<br>Civil, LLC, et al.<br>Debtor(s) | Case No. 2:25–bk–20179<br>Chapter: 7<br>Judge: David L. Bissett |
|---|---|

PLEASE TAKE NOTICE that a hearing will be held at

Dial: 646–828–7666, Access Code: 1616665385, Telephone Conference
on 4/16/26 at 11:00 AM

to consider and act upon the following:

[803] Motion by Trustee Robert L. Johns to Assume Certain Executory Contracts and Unexpired Leases and to Extend Deadline for the Assumption or Rejection of Additional Executory Contracts and Unexpired Leases Extend until June 28, 2026.

Hearing participants must use the following call information, which is provided at no cost: (a) dial 1–646–828–7666; and, (b) when prompted, enter access code 1616665385.

Dated: 3/31/26

Lesley Hoops
Clerk, U.S. Bankruptcy Court

BY: Delea Thomas
Deputy Clerk