## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

**CIVIL, LLC,** *et al.*

**Debtors.**

**Case No. 25-20179**
**Chapter 7**

---

### LESLIE EQUIPMENT COMPANY'S MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AND FOR RELATED RELIEF

---

Comes Leslie Equipment Company ("LEC"), a secured creditor herein, by and through counsel, and hereby moves the Court for an order, pursuant to Sections 105 and 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure, granting LEC relief from the automatic stay afforded to Civil, LLC, as Debtor (the "Debtor"), with regards to the Collateral (defined below),[1] all as more fully set forth herein. In support of this Motion, LEC respectfully states as follows:

### BACKGROUND

1.      On August 20, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relied under Chapter 11 of the Bankruptcy Code.

2.      Since the Petition Date, the Debtor has continued in possession of its property as a debtor-in-possession pursuant to Sections 1184, 1107 and/or 1108 of the Bankruptcy Code.

3.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334(b). Venue is proper in this District under 28 U.S.C. § 1408. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

4.      This matter has converted to a Chapter 7 action on October 29, 2025.

---

1 LEC hereby reserves any and all rights with regarding to all the Collateral (defined below) beyond the Collateral.

1

**THE LOAN**

5.    On or about January 29, 2025, Debtor Civil, LLC, purchased a John Deere 904P Wheel Loader and Tag 10.8 CU YD Bucket from LEC in the original amount of $671,000.00. Debtor Civil, LLC, provided a deposit in the amount of $67,000.00.

6.    The purchase has and is secured by Commercial Installment Contract and Security Agreement from the Debtor, Civil, LLC, wherein Civil, LLC, also executed UCC Financing statements granting LEC liens upon:

(i)    2024 John Deere Wheel Loader SN 10W904PACRLX08963; and

(ii)    Tag 10.8 CU YD Bucket SN 427786-1

7.    Debtor, Civil, LLC, despite purchasing this equipment, never picked the equipment up from LEC or arranged to take possession of the equipment. Consequently, the equipment remains at LEC's lot.

8.    Following execution of the Installment Contract and the purchase documents, the Debtor, Civil, LLC, failed to make any payments on the equipment.

9.    As of the Petition Date, Civil, LLC, was indebted to LEC on the Note in the principal amount of $604,900.00, interest in the amount of $35,238.00, late charges in the amount of $175,000.00, and collections costs and expenses, including attorneys' fees.

**BASIS FOR RELIEF**

10.    LEC hereby seeks relief from the automatic stay with regards to the Collateral pursuant to Section 362(d) of the Bankruptcy Code.

11.    LEC has the burden of proving lack of equity in the Collateral. 11 U.S.C. § 362(g)(2). The Debtor has the burden of proving that LEC's interests in the Collateral are adequately protected. 11 U.S.C. § 362(g)(2).

2

12.     Pursuant to Section 362(d)(1) of the Bankruptcy Code, LEC is entitled relief from the automatic stay for "cause," on the grounds that LEC's interest in the Collateral is not adequately protected. LEC is further entitled to relief from the automatic stay pursuant to Section 362(d)(2) of the Bankruptcy Code because the Debtor does not have any equity in the Collateral and the Collateral is not necessary for Civil, LLC, as it never acquired possession of the equipment.

13.     Upon information and belief, LEC believes the fair market value of the Collateral to be less than the amounts owed by Civil, LLC, and there is no equity in the equipment.

WHEREFORE, for all of the foregoing reasons, LEC respectfully prays that the Court enter an order (i) granting it relief from the automatic stay afforded the Debtor pursuant to Sections 362(d)(1) and/or (2) of the Bankruptcy Code with regards to the Collateral; (ii) allowing LEC to seek any and all remedies available to it under state or federal law with respect to the Collateral; and (iv) granting LEC such other and further relief as may be appropriate under the circumstances.

Dated: April ___, 2026

**Respectfully submitted,**

**/s/ Jason S. Hammond**
Jason S. Hammond, Esq. (WV Bar #8042)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222
(304) 343-3133 (fax)
jhammond@baileywyant.com

3

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

**Case No. 25-20179**

**CIVIL, LLC,** *et al.*
**Chapter 7**

**Debtors.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing "**LESLIE EQUIPMENT COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED RELIEF**" was electronically filed with the Clerk of the Court using the Court's Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following on this day, April 7, 2026:

John Zachary Balasko, Esq.
Steptoe & Johnson, PLLC
Edwin Miller Professional Building
1250 Edwin Miller Blvd., Suite 300
Martinsburg, West Virginia 25404
(304) 433-1354
zak.balasko@steptoe-johnson.com
*Counsel for Debtor*

Brian Richard Blickenstaff, Esq.
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720-2300
(304) 720-2311 (fax)
bblickenstaff@johnswvlaw.com
*Counsel for Trustee*

Robert L. Johns, Esq.
Turner & Johns, PLLC
808 Greenbrier Street
Charleston, West Virginia 25311
(304) 720-2300
(304) 720-2311 (fax)
rjohns@turnerjohns.com
*Counsel for Trustee*

Shari Collias, Esq.
Gary O. Kinder, Esq.
United States Trustees Office
300 Virginia Street, East
Room 2025
Charleston, West Virginia 25301
Shari.Collias@usdoj.gov
gary.o.kinder@usdoj.gov
*Counsel for United States Trustee*

**/s/ Jason S. Hammond**
Jason S. Hammond, Esq. (WV Bar #8042)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222
(304) 343-3133 (fax)
jhammond@baileywyant.com