**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

| | |
|---|---|
| **CIVIL, LLC,** | **Bankruptcy Case No. 25-20179 (DLB)** |
| **Debtor.** | **Chapter 7** |
| | **(Jointly Administered)** |

## NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on the 7th day of April, 2026, a *Motion to Sell Personal Property Free and Clear of all Liens and Encumbrances Pursuant 11 U.S.C. § 363(f); to Allow 11 U.S.C. 506( c) Expenses* (the "Motion") was filed by Robert L. Johns, Chapter 7 Trustee for the Bankruptcy Estate of Civil, LLC (the "Trustee") to sell personal property owned by the Debtor, by public auction on an "as is" basis, free and clear of all liens and encumbrances. The personal property to be sold is held by the Trustee and titled in name of the debtor, Civil, LLC (the "Debtor"), and consists of: (i) 2006 Ford F750 CB (VIN *8025); (ii) 1994 Ford LT8000 PK (VIN *8705);(iii) 2019 Land 455B SE (VIN *7007); (iv) 2019 Land 440B SE (VIN *7011); (v) 2019 TSTA DT SE Trailer (VIN *0331); and (vi) 2019 MAC DUMP Trailer (VIN *9666); (the "Personal Property").

The auction will be conducted Midwest Auctioneers & Realty ("Midwest") utilizing their online auction site with the opportunity of prospective purchasers to inspect the Personal Property prior to auction, and after entry of an Order granting the Motion. The Trustee further seeks authority to disburse the proceeds of the sale as follows: first, to pay any reasonable and necessary expenses pursuant to the provisions of 11 U.S.C. § 506(c) including, but not limited to; the Auctioneer's commission and expenses incurred to consummate the sale of the Personal Property; second, to the Trustee to hold, until further order of this Court, an amount equal to his statutory trustee fees and expenses including, but not limited to, his attorneys' fees, pursuant to 11 U.S.C. §326; and third, to pay the liens held by Community Trust Bank, Inc., and fourth, to hold the remaining funds until further order of this Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is immediately available through PACER on the Court's website or from counsel for the Trustee, using the contact information provided below.

You are **FURTHER NOTIFIED** that the Trustee has requested a shortened notice period of fourteen (14) days, and that if you object to the Motion, you must file your written objection before fourteen (14) days from the date of this Notice stating the nature of the objection with specificity; any proper objection will be set for hearing upon further notice to the interested parties. Objections shall be filed with the Office of the Bankruptcy Court for the Southern District of West Virginia, 300 Virginia Street, East, Room 3200, Charleston. West Virginia 25301.

For further information you may contact the Trustee, Robert L. Johns, 101 Brook Hill Drive, Charleston, WV 25311, (304) 720-3000.

| | |
|---|---|
| _____/s/ Robert L. Johns_____ | |
| ROBERT L. JOHNS [WV S.B. # 5161] | Date of Issuance:  April 7th,  2026. |
| Johns & Associates, PLLC | |
| 101 Brook Hill Drive | |
| Charleston, West Virginia 25311 | |
| (304)720-2300, (304)720-2311 *fax* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

**CIVIL, LLC,**                                     **Bankruptcy Case No. 25-20179 (DLB)**
              **Debtor.**                            **Chapter 7**
                                                     **(Jointly Administered)**

---

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF
ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C.§363(f); AND TO
ALLOW 11 U.S.C.§506(c) EXPENSES**

TO THE HONORABLE DAVID L. BISSETT, UNITED STATES BANKRUPTCY JUDGE:

Robert L. Johns, Chapter 7 Trustee of the bankruptcy estate of Civil, LLC (the "Trustee"),
by undersigned counsel; moves the Court to enter an Order: (a) allowing the Trustee to sell
personal property of the above captioned estate free and clear of liens pursuant to the provisions
of 11 U.S.C. §363(f); (b) allowing expenses of the sale pursuant to the provisions of 11 U.S.C.
§506(c), including, but not limited to, commission and expenses to be paid to the auctioneer, Joe
R. Pyle Auctions (the "Auctioneer"), (c) to the Trustee to hold, until further order of this Court, an
amount equal to his statutory trustee fees and expenses including, but not limited to, his attorneys'
fees, pursuant to 11 U.S.C. §326; (d) to pay the liens held by Community Trust Bank, Inc.;  and
(e ) to hold the remaining funds until further order of this Court.

PROPERTY TO BE SOLD

The personal property to be sold is held by the Trustee and titled in name of the debtor,
Civil, LLC (the "Debtor"), and consists of: (i) 2006 Ford F750 CB (VIN *8025); (ii) 1994 Ford
LT8000 PK (VIN *8705);(iii) 2019 Land 455B SE (VIN *7007); (iv) 2019 Land 440B SE (VIN
*7011); (v) 2019 TSTA DT SE Trailer (VIN *0331); and (vi) 2019 MAC DUMP Trailer (VIN

*9666); (the "Personal Property"). The Personal Property will be sold by Midwest Auctioneers & Realty ("Midwest") utilizing their online auction site with the opportunity of prospective purchasers to inspect the Personal Property prior to auction.

TERMS OF SALE

The Personal Property is proposed to be sold by the Auctioneer.  The *Application for Order Authorizing Trustee to Retain and Employ Auctioneer* (the "Application") was filed by the Trustee on March 16th, 2026. [Docket No. 739]. The Auctioneer's commission and buyer's premium shall be in an amount not to exceed Fifteen percent (15%) of the sales price of the Personal Property, plus any online fees and costs of moving the Personal Property.  The auction date is to be determined by the Trustee and Auctioneer. The auction shall be an auction to the highest bidder, with the Trustee reserving the right to refuse any-and-all offers. The sale shall be "as-is" and without any warranty as to the condition, or suitability of the Personal Property, however; the sale will be free and clear of all liens, encumbrances and interests pursuant to the provisions of 11 U.S.C. §363(f), with all valid liens, encumbrances and interests to attach to the proceeds of the sale. Payment shall be received by the Trustee on the date of the auction.

AUCTION PROCEDURES

Prior to the time set for the auction, all prospective bidders shall register their names, addresses and contact phone numbers with the Auctioneer.  The Auctioneer shall list the description of the property to be sold, the auction procedures to be used, and the terms of sale, and shall then open the auction by requesting an opening bid. Upon receiving an opening bid, the Auctioneer will then request successive higher bids until no additional higher bids are offered. The Auctioneer will then list the highest bid amount and upon the expiration  of the time listed to accept

bids no further bids will be accepted. Should the highest bidder fail timely to close the sale, the

Auctioneer may then offer Personal Property to the next highest bidder.

In support of his motion, the Trustee states as follows:

1.  On August 20, 2025, (the "Debtors"), filed a voluntary petition for relief under

Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 701, et seq., in the United States Bankruptcy

Court for the Southern District of West Virginia.

2.     On August 22, 2025, the Court entered an Order Directing Joint

Administration of Related Chapter 11 Cases resulting in the procedure consolidation and joint

administration of the following bankruptcy cases with Civil, LLC:  Big Mule Air, LLC, BK No.

25-20186; Pocahontas Processing, LLC, BK No. 25-20187; Resilient Mining, LLC, BK No. 25-

20181; Kratos Resources, LLC, BK No. 25-20180; Don Holdings, LLC, BK No. 25-20178;

Yellow Garage, LLC, BK No. 25-20188; Resilient Eagle, LLC, BK No. 20182; Falcon

Reclamation Limited Liability Company, BK No. 25-20183; North Springs Holdings LLC, BK

No. 25-20184; and Smoky Quartz, LLC, BK No. 25-20185 (collectively, "the Debtors").

3.     On October 29, 2025, the cases were converted to Chapter 7 cases, and

Robert L. Johns was appointed as Trustee in the Chapter 7 cases.

4.     The estate is the rightful successor to the Debtor's interest in the Personal

Property pursuant to the provisions of 11 U .S.C. § 541.

5.     According to available records, the Personal Property is subject to the

following lien(s):

Creditor:            Community Trust Bank, Inc.
Amount:              $191,864.17 (estimated)
Nature of Claim:     Purchase Money Security Interest

6.      The Trustee is of the opinion that the offers received by prospective purchasers at a public auction is in all respects fair and reasonable, based upon the condition of the Personal Property; and that the proposed sale, in accordance with the terms and conditions set forth in this motion, should be accepted.

7.      The interest of the estate and the creditors of the estate are best served by selling the Personal Property for fair consideration by public auction in order to liquidate the assets of the Debtor's estate in a timely fashion and to insure that the creditors receive funds to which they are properly entitled.

8.      The Trustee seeks authority to sell the Personal Property free and clear of all liens, encumbrances and interests to attach to the proceeds of the sale pursuant to the provisions of 11 U.S.C. § 363.

9.      The Trustee requests that he be authorized to execute any-and-all documents which he deems reasonable and necessary to consummate the sale of the Personal Property.

10.     The Proceeds of the sale shall be disbursed as follows:

first, to pay any reasonable and necessary expenses pursuant to the provisions of 11 U.S.C. § 506(c) including, but not limited to; auctioneer commission and expenses, as well as other miscellaneous expenses incurred to consummate the sale of the Personal Property;

second, to the Trustee to hold, until further order of this Court, an amount equal to his statutory trustee fees and expenses including, but not limited to, his attorneys' fees, pursuant to 11 U.S.C. §326;

third, to pay the liens held by Community Trust Bank, Inc., and

fourth, to hold the remaining funds until further order of this Court.

11.     The Trustee shall further request a shorten notice period by separate motion.

**WHEREFORE**, the Trustee requests that this Court enter an Order:

a)     granting the Trustee the authority to sell the Personal Property by auction, free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interest to attach to the proceeds of the sale pursuant to the provisions of 1 1 U.S.C. §363;

authorizing Trustee to pay all reasonable and necessary costs and expenses, including, but not limited but not limited to: auctioneer commission and expenses, as well as other miscellaneous expenses incurred to consummate the sale of the Personal Property;

b)     authorizing Trustee to hold the Trustee's statutory commission, attorney fees and other expenses, on deposit until further order of this Court, pursuant to the provisions of 11 U.S.C. §506 (c);

c)     authorizing Trustee to pay liens held by Community Trust Bank, Inc.;

d)     authorizing Trustee to hold the remaining proceeds of the sale until further order of this Court; and

e)     granting the Trustee such other and further relief as the Court deems appropriate.

**ROBERT L. JOHNS,**
**CHAPTER 7 TRUSTEE**
**by Counsel:**

_____/s/ Robert L. Johns_____
ROBERT L. JOHNS [WV S.B. # 5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304)720-2300
(304)720-2311 *fax*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re:

CIVIL, LLC,                                     **Bankruptcy Case No. 25-20179 (DLB)**
                    **Debtor.**                 **Chapter 7**
                                                **(Jointly Administered)**

---

## CERTIFICATE OF SERVICE

I, Robert L. Johns, do hereby certify that service of the foregoing "***NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST***," "***TRUSTEE'S MOTION TO SELL PERSONAL PROERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f), AND TO ALLOW 11 U.S.C.§506(c) EXPENSES,*** a proposed ***"ORDER GRANTING TRUSTEE'S MOTION TO SELL, AND AFFIRMING THE SALE OF PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f)"*** and Certificate of Service was served upon the following by utilizing the Court's CM/ECF Pacer system on this 7th day of April, 2026:

Christopher R. Arthur on behalf of Interested Party United States Department of Labor
chris.arthur@usdoj.gov, usawvs.ecfbankruptcy@usdoj.gov;caseview.ecf@usdoj.gov

John Zachary Balasko on behalf of Attorney Steptoe & Johnson
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Big Mule Air L.L.C.
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Civil, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Don Holdings, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Falcon Reclamation Limited Liability Company
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Kratos Resources LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor North Springs Holding LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Pocahontas Processing LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Eagle LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Mining, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Smoky Quartz LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Yellow Garage, LLC
zak.balasko@steptoe-johnson.com

Angel L. Beblo on behalf of Creditor Conserv Equipment Leasing LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Angel L. Beblo on behalf of Creditor Conserv Lending LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1A, LLC jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1B, LLC j
bunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor McGinty Road Partners j
bunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor SMA II LP I, LLC j
bunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Thomas L. Canary, Jr. on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Ford Motor Credit Company LLC
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
bankruptcy@weinerlaw.com

Shari Collias on behalf of U.S. Trustee United States Trustee
Shari.Collias@usdoj.gov

Sarah Ellis on behalf of Debtor Big Mule Air L.L.C.
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba- 5
306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Civil, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba- 5
306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Don Holdings, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Falcon Reclamation Limited Liability Company
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Kratos Resources LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor North Springs Holding LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Pocahontas Processing LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Eagle LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Mining, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Smoky Quartz LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Yellow Garage, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-306@ecf.pacerpro.com

Aaron Leonard Graves on behalf of Creditor Kentucky River Properties LLC
agraves@flahertylegal.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1A, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1B, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor McGinty Road Partners
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor SMA II LP I, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburge ss@babstcalland.com

Janet Smith Holbrook on behalf of Creditor Community Trust Bank, Inc.
janet.holbrook@dinsmore.com, jamie.bishop@dinsmore.com

Bruce M. Jacobs on behalf of Creditor AFCO Credit Corporation
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Creditor Vecellio & Grogan, Inc.
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Coal-Mac LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Manchester Realty, LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Joseph T Johns on behalf of Creditor Conserv Equipment Leasing LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Joseph T Johns on behalf of Creditor Conserv Lending LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Ellen Arvin Kennedy on behalf of Creditor Kentucky River Properties LLC
ellen.kennedy@dinsmore.com, DSBankruptcy@dinslaw.com

Gary O. Kinder on behalf of U.S. Trustee United States Trustee
gary.o.kinder@usdoj.gov

James W. Lane, Jr. on behalf of Creditor Kentucky River Properties LLC
jlane@flahertylegal.com, rkoon@flahertylegal.com

Beverly Weiss Manne on behalf of Creditor KIA II LLC
bmanne@tuckerlaw.com

Lauren Hutchins McCartney on behalf of Creditor KIA II LLC
lmccartney@tuckerlaw.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Holdings LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Land LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Sales & Logistics LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Surface Interests LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor WPP LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Western Pocahontas Properties Limited Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Michael R. Proctor on behalf of Creditor Pocahontas Holdings LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Land LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Sales & Logistics LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Surface Interests LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor WPP LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Western Pocahontas Properties Limited Partnership
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Ancil G. Ramey on behalf of Plaintiff Civil, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Pocahontas Processing LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Eagle LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Mining, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Peter J Raupp on behalf of Debtor Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Civil, LLC
KMcCauley@wtplaw.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor WPP LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Western Pocahontas Properties Limited Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Debtor Pocahontas Processing LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Western Pocahontas Properties Limited Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Civil, LLC
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Trustee Robert L. Johns
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

James R. Sheatsley on behalf of Creditor Albatross Air, Inc.
jsheatsley@gormansheatsley.org, gormansheatsley@suddenlinkmail.com

Billy R Shelton on behalf of Creditor Trion equipment sales, llc
bshelton@sheltonlaw.net

Michael A Shiner on behalf of Creditor KIA II LLC
mshiner@tuckerlaw.com, npetroy@tuckerlaw.com

Greg K Smith on behalf of Creditor James Endicott
gks0405@frontier.com

W. Bradley Sorrells on behalf of Creditor Kentucky Power Company d/b/a American Electric Power
wbs@ramlaw.com

Devon J. Stewart on behalf of Plaintiff Civil, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Pocahontas Processing LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Eagle LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Mining, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Stephen L. Thompson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
sthompson@barth-thompson.com, chris@barth-thompson.com

Jared M. Tully on behalf of Interested Party Utica Leaseco, LLC
jtully@fbtlaw.com, asmith@fbtlaw.com

United States Trustee
ustpregion04.ct.ecf@usdoj.gov

Sarah Elizabeth Wenrich on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
swenrich@raineslaw.com

Sarah Elizabeth Wenrich on behalf of Trustee Robert L. Johns
swenrich@raineslaw.com

Eric M. Wilson on behalf of Creditor West Virginia State Tax Department
eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov;christine.e.evans@wv.gov

In addition, a copy of the **NOTICE** has been served on all parties on the attached mailing matrix by depositing a true copy thereof in the United States mail, postage prepaid.

*First Class Mail:*

| Alejandro A. Herrera | Andrew J. Glasnovich | Epperly  Re: Solutions |
|---|---|---|
| 1835 Market Street | Stinson, LLP | 122 Capitol Street |
| MailStop SOL/22 | 50 South Sixth Street | Suite 201 |
| Philadelphia, PA  19103-2968 | Suite 2600 | Charleston, WV  25301-2630 |
| | Minneapolis, MN  55402-2241 | |

Joel L. Perrell
Womble Bond Dickinson, LLP
100 Light Street
26th Floor
Baltimore, MD 21202-1153

Michael David Mueller
Williams Mullen
Williams Mullen Center
200 South 10th Street, Suite 1600
PO Box 1320
Richmond, VA  23218-1320

Stanton L. Cave
Stan Cave Law Office, PLLC
PO Box 910457
Lexington, KY  40591-0457

Brian D. Bailey
The Bailey Law Group
426 S. Fourth Street
PO Box 1899
Danville, KY  40422-2007

Lena K. Nash
Energy and Environmental Cabinet
Office of Legal Services
300 Sower Blvd.
3rd Floor
Frankfort, KY 40601-6571

Maribeth Thomas
Tucker Arensberg, P.C.
One PPG Place
Suite 1500
Pittsburgh, PA  15222-5413

Russell R. Johnson, III
Law Firm of Russell R. Johnson, III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA  23103-2168

Shelby Lamar Mills
Energy & Environmental Cabinet
Office of Legal Services
300 Sower Blvd., 3rd Floor
Frankfort, KY  40601-6571

April Richardson
1008 Edgewood Drive
Charleston, WV  25302-3006

                                    /s/ Robert L. Johns
                                    ROBERT L. JOHNS [WV S.B. # 5161]