**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

| | | |
|---|---|---|
| **CIVIL, LLC,** | | **Bankruptcy Case No. 25-20179 (DLB)** |
| | **Debtor.** | **Chapter 7** |
| | | **(Jointly Administered)** |

---

**ORDER GRANTING TRUSTEE'S MOTION TO SELL
PERSONAL PROPERTY OF THE ESTATE BY AUCTION FREE AND CLEAR
OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f) AND
TO ALL 11 U.S.C. §506(c) EXPENSES**

1.      In accordance with the Rule 6004 of the Federal Rules of Bankruptcy Procedure, a notice of the Trustee's Motion to Sell Personal Property By Auction Free and Clear of All Liens and Encumbrances.  Pursuant to 11 U.S.C. §363(f), (the "Motion") was provided to creditors and interested parties regarding the Trustee's proposed sale of personal property of the bankruptcy estate.

2.      No written or oral objections were made to the sale of the Debtor's interest in the estate property in the manner and on the terms and conditions proposed by the Trustee.

3.      No objections were made to the sale of estate property by auction in the manner and on the terms and conditions proposed by the Trustee.

4.      No objections have been made to the sale of the estate  property on the grounds of fraud, collusion or insufficient value.

5.     The Trustee's sale of estate property by auction, is an exercise of sound business judgment; and the sale of the estate property is in furtherance of the orderly and expeditious administration of the Debtor's bankruptcy estate.

**NOW, THEREFORE,** based upon the foregoing findings and based upon good cause which has otherwise been shown, it is hereby

**ORDERED** that pursuant to the provisions of 11 U.S.C. §363(b), the Trustee shall be, and is, authorized to sell the personal property held by the Trustee and titled in name of the debtor, Civil, LLC (the "Debtor"), and consists of: (i) 2006 Ford F750 CB (VIN *8025); (ii) 1994 Ford LT8000 PK (VIN *8705);(iii) 2019 Land 455B SE (VIN *7007); (iv) 2019 Land 440B SE (VIN *7011); (v) 2019 TSTA DT SE Trailer (VIN *0331); and (vi) 2019 MAC DUMP Trailer (VIN *9666); (the "Personal Property")., by public auction conducted by Midwest Auctioneers & Realty (the "Auctioneer"), and it is hereby further

**ORDERED** that pursuant to the provisions of 11 U.S.C. §363, the sale of the Personal Property by Trustee's auction, shall be, and is approved on the terms and conditions set forth in the Trustee's Motion to Sell; and it is hereby further

**ORDERED** that the Trustee shall be, and is, authorized to perform his obligations as seller and is further authorized pursuant to the provisions of Rule 6004(f)(2) of the Federal Rules of Bankruptcy Procedure to execute or have his agent, execute and deliver all documents necessary for the conveyance of the title to purchasers at the auction; and it is hereby further

**ORDERED** that pursuant to the provisions of 11 U.S.C §363(f), the Trustee shall be authorized to sell, and shall sell, the Debtor's interest in the Personal Property free and clear of all liens, claims, encumbrances, pledges, security interests, and charges of whatever type of description; and it is hereby further,

**ORDERED** that the Trustee shall be and is, authorized to distribute the proceeds of the sale of the Personal Property as follows:

first, to pay any reasonable and necessary expenses pursuant to the provisions of 11 U.S.C. § 506(c) including, but not limited to; auctioneer commission and expenses, as well as other miscellaneous expenses incurred to consummate the sale of the Personal Property;

second, to the Trustee to hold, until further order of this Court, an amount equal to his statutory trustee fees and expenses including, but not limited to, his attorneys' fees, pursuant to 11 U.S.C. §326;

third, to pay the liens held by Community Trust Bank, Inc., and

fourth, to hold the remaining funds until further order of this Court.

**IT IS HEREBY FURTHER ORDERED** that the Court shall , and does, retain jurisdiction over the Personal Property for the purposes of enforcing the provisions of this Order.

**Prepared by:**

_____/s/ Robert L. Johns_____
ROBERT L. JOHNS [WV S.B. # 5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304)720-2300
(304)720-2311 *fax*