## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

| | |
|---|---|
| **CIVIL, LLC,** | **Bankruptcy Case No. 25-20179 (DLB)** |
|         **Debtor.** | **Chapter 7** |
| | **(Jointly Administered)** |

---

## TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD FROM <u>TWENTY-ONE DAYS TO FOURTEEN DAYS</u>

Robert L. Johns, Chapter 7 Trustee for the Bankruptcy Estate of Civil, LLC (the "Trustee"), moves the Court to enter an Order allowing the Debtor to shorten the notice period for the *TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C.§363(f); AND TO ALLOW 11 U.S.C.§506(c) EXPENSES* (the "Motion"). Pursuant to Bankruptcy Rule 2002(a)(2) the Trustee requests a shortening of the notice period from twenty-one (21) days to fourteen (14) days, to dispose of certain personal property consistent with prior agreements with the lien holder that holds an interest in that personal property.

**WHEREFORE**, the Debtor requests this Court to grant the Debtor's request to shorten the Notice period required by Bankruptcy Rule 2002 from twenty-one (21) days to fourteen (14) days.

                                                  **ROBERT L. JOHNS,**
                                                  **CHAPTER 7 TRUSTEE**
                                                  **by Counsel:**

        /s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. # 5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304)720-2300 / (304)720-2311 *fax*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

CIVIL, LLC,                              **Bankruptcy Case No. 25-20179 (DLB)**
                    **Debtor.**          **Chapter 7**
                                         **(Jointly Administered)**

---

## CERTIFICATE OF SERVICE

I, Robert L. Johns, do hereby certify that service of the foregoing ***"TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD FROM TWENTY-ONE DAYS TO FOURTEEN DAYS,"*** a proposed ***"ORDER GRANTING TRUSTEE'S REQUEST TO SHORTEN NOTICE PERIOD TO FOURTEEN DAYS"*** and certificate of service were served by First Class mail as indicated or by utilizing the Court's ECF/CM Pacer System, on this 7th day of April, 2026, to the following:

Christopher R. Arthur on behalf of Interested Party United States Department of Labor
chris.arthur@usdoj.gov, u
sawvs.ecfbankruptcy@usdoj.gov;caseview.ecf@usdoj.gov

John Zachary Balasko on behalf of Attorney Steptoe & Johnson
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Big Mule Air L.L.C.
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Civil, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Don Holdings, LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Falcon Reclamation Limited Liability Company
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Kratos Resources LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor North Springs Holding LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Pocahontas Processing
LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Eagle
LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Resilient Mining,
LLC
 zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Smoky Quartz
LLC
zak.balasko@steptoe-johnson.com

John Zachary Balasko on behalf of Debtor Yellow Garage,
LLC
zak.balasko@steptoe-johnson.com

Angel L. Beblo on behalf of Creditor Conserv Equipment Leasing LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Angel L. Beblo on behalf of Creditor Conserv Lending LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1A, LLC jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1B,
LLC jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor McGinty Road
Partners jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor SMA II LP I,
LLC jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeado
ws@babstcalland.com;sburgess@babstcalland.com

Thomas L. Canary, Jr. on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM
Financial
bankruptcy@weinerlaw.com
Thomas L. Canary, Jr. on behalf of Creditor Ford Motor Credit Company
LLC
 bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Santander Consumer USA Inc. dba Chrysler
Capital
bankruptcy@weinerlaw.com

Shari Collias on behalf of U.S. Trustee United States
Trustee
Shari.Collias@usdoj.gov

Sarah Ellis on behalf of Debtor Big Mule Air L.L.C.
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Civil, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Don Holdings, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com
Sarah Ellis on behalf of Debtor Falcon Reclamation Limited Liability Company
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Kratos Resources LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor North Springs Holding LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Pocahontas Processing LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Eagle LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Mining, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Smoky Quartz LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Yellow Garage, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-
laraba- 5306@ecf.pacerpro.com

Aaron Leonard Graves on behalf of Creditor Kentucky River Properties
LLC agraves@flahertylegal.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1A,
LLC jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;
sburge ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1B,
LLC jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;
sburge ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor McGinty Road
Partners
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;
sburge ss@babstcalland.com

Jennifer J. Hicks on behalf of Creditor SMA II LP I,
LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;
sburge ss@babstcalland.com

Janet Smith Holbrook on behalf of Creditor Community Trust Bank,
Inc.
janet.holbrook@dinsmore.com, jamie.bishop@dinsmore.com

Bruce M. Jacobs on behalf of Creditor AFCO Credit
Corporation
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Creditor Vecellio & Grogan,
Inc.
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Coal-Mac
LLC
 bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Manchester Realty,
LLC
  bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Joseph T Johns on behalf of Creditor Conserv Equipment Leasing
LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com
Joseph T Johns on behalf of Creditor Conserv Lending
LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Ellen Arvin Kennedy on behalf of Creditor Kentucky River Properties LLC
ellen.kennedy@dinsmore.com, DSBankruptcy@dinslaw.com

Gary O. Kinder on behalf of U.S. Trustee United States
Trustee
gary.o.kinder@usdoj.gov

James W. Lane, Jr. on behalf of Creditor Kentucky River Properties
LLC
jlane@flahertylegal.com, rkoon@flahertylegal.com

Beverly Weiss Manne on behalf of Creditor KIA II
LLC
bmanne@tuckerlaw.com

Lauren Hutchins McCartney on behalf of Creditor KIA II
LLC
lmccartney@tuckerlaw.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Holdings
LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Land
LLC
 jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Sales & Logistics
LLC  jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Surface Interests
LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor WPP LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Western Pocahontas Properties Limited
Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Michael R. Proctor on behalf of Creditor Pocahontas Holdings LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Land LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Sales & Logistics LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Surface Interests LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor WPP LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor Western Pocahontas Properties Limited Partnership
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Ancil G. Ramey on behalf of Plaintiff Civil, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Pocahontas Processing LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Eagle LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Mining, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Peter J Raupp on behalf of Debtor Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
KMcCauley@wtplaw.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor WPP LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Western Pocahontas Properties Limited
Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Debtor Pocahontas Processing LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Land LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Western Pocahontas Properties Limited
Partnership
zrosencrance@bowlesrice.com, ajones@bowlesrice.com;Michelle.Livingstone@bowlesrice.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Trustee Robert L.
Johns
dschimizzi@raineslaw.com, L
lescallette@raineslaw.com

James R. Sheatsley on behalf of Creditor Albatross Air, Inc.
jsheatsley@gormansheatsley.org, gormansheatsley@suddenlinkmail.com

Billy R Shelton on behalf of Creditor Trion equipment
sales, llc
bshelton@sheltonlaw.net

Michael A Shiner on behalf of Creditor KIA II LLC
mshiner@tuckerlaw.com, npetroy@tuckerlaw.com

Greg K Smith on behalf of Creditor James
Endicott
gks0405@frontier.com

W. Bradley Sorrells on behalf of Creditor Kentucky Power Company d/b/a American Electric
Power
wbs@ramlaw.com

Devon J. Stewart on behalf of Plaintiff Civil, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Pocahontas Processing LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Eagle LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Mining, LLC
devon.stewart@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Stephen L. Thompson on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
sthompson@barth-thompson.com, chris@barth-thompson.com

Jared M. Tully on behalf of Interested Party Utica Leaseco,
LLC
jtully@fbtlaw.com, asmith@fbtlaw.com

United States Trustee
ustpregion04.ct.ecf@usdoj.gov

Sarah Elizabeth Wenrich on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Civil, LLC
swenrich@raineslaw.com

Sarah Elizabeth Wenrich on behalf of Trustee Robert L.
Johns
swenrich@raineslaw.com

Eric M. Wilson on behalf of Creditor West Virginia State Tax Department
eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov;christine.e.evans@wv.gov

*First Class Mail:*

Alejandro A. Herrera
1835 Market Street
MailStop SOL/22
Philadelphia, PA  19103-2968

Andrew J. Glasnovich
Stinson, LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN  55402-2241

Epperly  Re: Solutions
122 Capitol Street
Suite 201
Charleston, WV   25301-2630

Joel L. Perrell
Womble Bond Dickinson, LLP
100 Light Street
26th Floor
Baltimore, MD 21202-1153

Michael David Mueller
Williams Mullen
Williams Mullen Center
200 South 10th Street, Suite 1600
PO Box 1320
Richmond, VA  23218-1320

Stanton L. Cave
Stan Cave Law Office, PLLC
PO Box 910457
Lexington, KY  40591-0457

Brian D. Bailey
The Bailey Law Group
426 S. Fourth Street
PO Box 1899
Danville, KY  40422-2007

Lena K. Nash
Energy and Environmental Cabinet
Office of Legal Services
300 Sower Blvd.
3rd Floor
Frankfort, KY 40601-6571

Maribeth Thomas
Tucker Arensberg, P.C.
One PPG Place
Suite 1500
Pittsburgh, PA  15222-5413

| | | |
|---|---|---|
| Russell R. Johnson, III | Shelby Lamar Mills | April Richardson |
| Law Firm of Russell R. Johnson, III, PLC | Energy & Environmental Cabinet | 1008 Edgewood Drive |
| | Office of Legal Services | Charleston, WV  25302-3006 |
| 2258 Wheatlands Drive | 300 Sower Blvd., 3rd Floor | |
| Manakin-Sabot, VA  23103-2168 | Frankfort, KY  40601-6571 | |

　　　　　　　　　　　　　　/s/ Robert L Johns　　　　　　

　　　　　　　　　　　　　　**ROBERT L. JOHNS**