## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In Re:**

**CIVIL, LLC,**                              **Bankruptcy Case No. 25-20179 (DLB)**
         **Debtor.**                **Chapter 7**
                                 **(Jointly Administered)**

### ORDER GRANTING TRUSTEE'S REQUEST TO SHORTEN
### NOTICE PERIOD TO FOURTEEN DAYS

This day the Court considered Robert L. Johns, Chapter 7 Trustee for the Bankruptcy Estate of Civil, LLC (the "Trustee") *"MOTION TO SHORTEN NOTICE PERIOD FROM TWENTY-ONE DAYS TO FOURTEEN DAYS*" (the "Motion") for *TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C.§363(f) AND TO ALLOW 11 U.S.C.§506(c) EXPENSES*.

After considering the Motion, the Court finds that good cause exists for granting the Trustee's request to shorten the Notice period required by Bankruptcy Rule 2002 from twenty-one (21) days to fourteen (14) days; it is accordingly

**ORDERED** that the notice period required by Bankruptcy Rule 2002 shall be shortened to a period of fourteen (14) days.

**Prepared by:**

     /s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. # 5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304)720-2300 / (304)720-2311 *fax*