

David L. Bissett
United States Bankruptcy Judge
**Dated: April 8th, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

**CIVIL, LLC,**
    **Debtor.**

**Bankruptcy Case No. 25-20179 (DLB)**
**Chapter 7**
**(Jointly Administered)**

---

### ORDER GRANTING TRUSTEE'S REQUEST TO SHORTEN
### NOTICE PERIOD TO FOURTEEN DAYS

  This day the Court considered Robert L. Johns, Chapter 7 Trustee for the Bankruptcy Estate of Civil, LLC (the "Trustee") *"MOTION TO SHORTEN NOTICE PERIOD FROM TWENTY-ONE DAYS TO FOURTEEN DAYS"* (the "Motion") for *TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C.§363(f) AND TO ALLOW 11 U.S.C.§506(c) EXPENSES.*

  After considering the Motion, the Court finds that good cause exists for granting the Trustee's request to shorten the Notice period required by Bankruptcy Rule 2002 from twenty-one (21) days to fourteen (14) days; it is accordingly

  **ORDERED** that the notice period required by Bankruptcy Rule 2002 shall be shortened to a period of fourteen (14) days.

**Prepared by:**

   /s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. # 5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304)720-2300 / (304)720-2311 *fax*