

David L. Bissett
United States Bankruptcy Judge
**Dated: April 16th, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

*In re*:

CIVIL, LLC, *et al.*,                                                     Case No. 25-bk-20179

         Debtors.[1]                                               Chapter 7

### O R D E R

On April 16, 2026, a hearing was held in the above-styled case to consider the *Motion by Trustee Robert L. Johns to Assume Certain Executory Contracts and Unexpired Leases with Certificate of Service., Motion by Trustee Robert L. Johns to Extend Deadline for the Assumption or Rejection of Additional Executory Contracts and Unexpired Leases Extend until June 28, 2026* (Doc 803). Upon consideration of the request of counsel to continue the hearing to allow additional time to attempt to resolve the Motion, the court finds good cause exists to grant the continuance. Accordingly, it is hereby

**ORDERED** that the hearing is continued and rescheduled for a telephonic conference on June 4, 2026, at 11:00 a.m. To participate in the hearing, parties are instructed to dial (646)828-7666 and provide Meeting ID# 161 666 5385 when prompted to do so. It is further

**ORDERED** that any objection to the Motion should be filed with the Court, on or before May 29, 2026. If no written objections are filed, the Court may grant the relief requested and cancel the hearing.

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.