**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

| | |
|---|---|
| **CIVIL, LLC,** | **Bankruptcy Case No. 25-20179 (DLB)** |
| | **Chapter 7** |
| | **(Jointly Administered)** |
| **Debtor.** | |

**MOTION TO CONTINUE HEARING ON VECELLIO & GROGAN, INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE
TRUSTEE'S TRUSTEE' S RESPONSE AND PROTECTIVE OBJECTION TO
VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE
<u>AUTOMATIC STAY</u>**

Robert L. Johns, Chapter 7 Trustee of the bankruptcy estates of Civil, LLC, and its affiliated debtors (the "Trustee"), by and through undersigned counsel; hereby respectfully requests that the hearing scheduled for April 23rd , 2026, at 11:00 am, regarding Vecellio & Grogan, Inc.'s ("VGI")  *Motion for Relief from the Automatic Stay* (the "Motion"), and the *Trustee's Response and Protective Objection to Vecellio & Grogan, Inc's Motion for Relief from the Automatic Stay* be continued for an additional fourteen (14) days.  VGI is in agreement as to the requested continuance.  The Trustee states the following:

1.      The subject of the Motion is land and three (3) buildings situate at 2251 Robert C. Byrd Drive, Beckley, West Virginia, located in Raleigh County, West Virginia, including: the Main Shop, Engine Shop, Welding Shop, Truck Shop, Parts Room, Training Room, Paint Shop, Hanger and Paved/Limestone Equipment Yard, and parking (the "Premises").

2.      Located on the Premises are a variety of estate assets, including: equipment, vehicles, parts, and other items that are of value to the bankruptcy estate.

3.      The Trustee and VGI are attempting to workout a resolution of both the Motion and the Trustee's Objection.

4.      An additional fourteen (14) days, will allow the parties to continue negotiations and hopefully reach an agreed upon resolution.

5.      VGI is an agreement as to the continuance.

**WHEREFORE**, the Trustee respectfully request that this Court (1) continue the hearing on the Motion and Objection for an additional fourteen (14) days, and (2) grant whatever additional relief this Court would deem appropriate.

ROBERT L. JOHNS, Chapter 7 Trustee
By Counsel,


    /s/ Brian R. Blickenstaff
ROBERT L. JOHNS [WVSB No. 5161]
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
**JOHNS & ASSOCIATES, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
Phone No:  (304) 720-2300
Fax No:    (304) 720-2311
E-mail:    bblickenstaff@johnswvlaw.com
*Counsel for the Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re:

CIVIL, LLC,                                    **Bankruptcy Case No. 25-20179 (DLB)**
                                               **Chapter 7**
                                               **(Jointly Administered)**

                        Debtor.

**<u>CERTIFICATE OF SERVICE</u>**

I, Brian R. Blickenstaff, do hereby certify that service of the foregoing ***"MOTION TO CONTINUE HEARING ON VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE TRUSTEE'S TRUSTEE' S RESPONSE AND PROTECTIVE OBJECTION TO  VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY,"*** proposed ***"AGREED ORDER GRANTING MOTION TO CONTINUE HEARING ON VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE TRUSTEE'S TRUSTEE' S RESPONSE AND PROTECTIVE OBJECTION TO  VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY"*** and Certificate of Service were served upon the following electronic filing or by mailing a true and exact copy thereof to each of them in properly stamped and addressed envelopes deposited in the United States mail, postage prepaid on this 22nd day of April,  2026:

**Gary O. Kinder, Esquire**
Office of the U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV  25301
*(Via Electronic Filing)*

**Sarah Ellis, Esquire**
Steptoe & Johnson, PLLC
707 Virginia St. E., Suite 800
Charleston, WV  25301
*(Via Electronic Filing)*

**Bruce M. Jacobs, Esquire**
Spilman Thomas & Battle, PLLC
Post Office Box 273
Charleston, WV 25321-0273
*(Via Electronic Filing)*

In addition, the copy of  ***"TRUSTEE' S RESPONSE AND PROTECTIVE OBJECTION TO  VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY"*** has been served on all parties participating in the Court's CM/ECF Pacer System.

                        _____/s/ Brian R. Blickenstaff_____
                        **BRIAN R. BLICKENSTAFF**