**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**
**CIVIL, LLC,**                                                  **Bankruptcy Case No. 25-20179 (DLB)**
                                                                **Chapter 7**
                                                                **(Jointly Administered)**
                         **Debtor.**

**AGREED ORDER GRANTING MOTION TO CONTINUE HEARING ON
VECELLIO & GROGAN, INC.'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND THE TRUSTEE'S TRUSTEE' S RESPONSE AND
PROTECTIVE OBJECTION TO  VECELLIO & GROGAN, INC.'S MOTION
<u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

Robert L. Johns, Chapter 7 Trustee of the bankruptcy estates of Civil, LLC, and its affiliated debtors (the "Trustee"), by and through undersigned counsel; and  Vecellio & Grogan, Inc., by undersigned counsel, requested that the hearing scheduled for April 23rd , 2026, at 11:00 am, regarding Vecellio & Grogan, Inc.'s ("VGI")  *Motion for Relief from the Automatic Stay* (the "Motion"), and the *Trustee's Response and Protective Objection to Vecellio & Grogan, Inc's Motion for Relief from the Automatic Stay* be continued for an additional fourteen (14) days to allow the parties to continue negotiations and hopefully reach an agreed upon resolution.

The Court, having reviewed the request for relief, upon consideration of the representations by the parties, and good cause having been shown for the continuance, it is hereby

**ORDERED** that the Motion is hereby granted and approved; and it is further,

**ORDERED** that the hearing is continued to _____, 2026, at _____ _____.

**Prepared and Agreed to by:**

\_\_/s/ Brian R. Blickenstaff_____
ROBERT L. JOHNS [WVSB No. 5161]
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
JOHNS & ASSOCIATES, PLLC
101 Brook Hill Drive
Charleston, WV 25311
Phone No:  (304) 720-2300
Fax No:     (304) 720-2311
E-mail:     bblickenstaff@johnswvlaw.com
*Counsel for the Trustee*

**Reviewed and Agreed to by:**

\_\_/s/ Bruce M. Jacobs (*with Permission*)_____
BRUCE M. JACOBS [WVSB No. 6333]
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd., East
Charleston, WV 25301
Phone No.  (304) 340-3863
Email: bjacobs@spilmanlaw.com
*Counsel for Vecellio & Grogan, Inc.*