**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Civil, LLC, *et al*., | ) | Case No. 25-20179-DLB |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**AGREED ORDER CONTINUING HEARING ON THE TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE
TO ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND FURTHER EXTENDING DEADLINES RELATING TO ASSUMPTION
OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Robert L. Johns, Chapter 7 Trustee of the bankruptcy estates of Civil, LLC, and its

affiliated debtors (the "Trustee"), by and through undersigned counsel; and Combs Equipment

Group, LLC ("Combs Equipment"), by undersigned counsel, requested that the hearing scheduled

for June 4, 2026, at 11:00 am, regarding the Trustee's *Motion for Entry of an Order Authorizing*

*the Trustee to Assume Executory Contracts and Unexpired Leases and Further Extending*

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

1

25682003.v1

*Deadlines Relating to Assumption or Rejection of Executory Contracts and Unexpired Leases*
[Dkt. No. 803] (the "Motion") be continued for an additional 30 days with respect to the relief
sought under the Motion as relates to Combs Equipment in order to permit the parties to continue
negotiations and reach an agreed upon resolution.

The Court, having reviewed the request for relief, upon consideration of the representations
by the parties, and good cause having been shown for the continuance, it is hereby:

**ORDERED** that the Motion is hereby granted and approved; and it is further,

**ORDERED** that the hearing is continued to _____, 2026, at _____ _____.

Prepared by: /s/ *Daniel R. Schimizzi*
Daniel R. Schimizzi, Special Counsel to the Chapter 7 Trustee

**Seen and agreed to by:**

/s/ *James R. Irving*
James R. Irving (*pro hac vice* forthcoming)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
E-mail:  james.irving@dentons.com

-and-

Kyle D. Smith (*pro hac vice* forthcoming)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
Phone: (207) 553-8368
Email: kyle.d.smith@dentons.com

*Counsel to Combs Equipment Group, LLC*

2

25682003.v1