# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 7 |
| Civil, LLC, *et al.*, | Case No. 25-20179-DLB |
| Debtors.[1] | (*Jointly Administered*) |

## TRUSTEE'S CONSENT MOTION TO ALLOW
## DEVIN NORRIS TO APPEAR VIRTUALLY

Robert L. Johns, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Civil, LLC, and its affiliated debtors (collectively, the "Debtors"), by and through his undersigned special counsel, and pursuant to *Local Rule 9074-01 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of West Virginia*, respectfully files this consent motion (the "Motion") to allow Devin Norris to appear virtually at the hearing scheduled in the above captioned case on June 12, 2026 at 11:00 A.M., and in support thereof, states as follows:

1.     A hearing has been set for June 12, 2026 at 11:00 AM (the "Hearing") for this Court to consider the *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bid Protections; (C) Scheduling Hearing to Approve the Sale of the Debtors' Assets; (D) Scheduling Auction; (E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion")[2].

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

2.  In support of the Sale Motion, the Trustee has filed the *Declaration of Devin Norris* [Doc. No. 957] (the "Declaration") in support of the Sale Motion.

3.  Devin Norris ("Mr. Norris")[3] is unavailable to attend the Hearing in person but will be available to attend by video.

4.  All parties who filed objections to the Sale Motion have consented to Mr. Norris' appearance via video and have confirmed that they do not intend to cross-examine Mr. Norris in relation to his Declaration.

5.  Local Rule 9074-01 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of West Virginia permits the Court to conduct hearings and bankruptcy proceedings using video telecommunications.

6.  If video conferencing were to fail for any reason, the Trustee respectfully requests that Mr. Norris be permitted to testify telephonically.

7.  The Trustee will provide telephone numbers or other means by which Mr. Norris can obtain virtual access to the Hearing.

WHEREFORE, the Trustee respectfully requests that this Court grant the Trustee's Motion to allow Mr. Norris to appear virtually and, to the extent necessary, testify at the Hearing on the Sale Motion scheduled for June 12, 2026 at 11:00 A.M., and further grant any additional relief this Court would deem appropriate.

[*Remainder of Page Intentionally Blank*]

---

[3] Though no objecting party has indicated an intent to cross-examine Mr. Norris on the Declaration, Mr. Norris, as a representative of RB Group, may have RB Group's outside counsel present if and to the extent cross-examination is or becomes necessary.

Dated: June 11, 2026

Respectfully submitted:

**ROBERT L. JOHNS,
CHAPTER 7 TRUSTEE**

/s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720-2300
(304) 720-2311 fax

-AND-

**RAINES FELDMAN LITTRELL, LLP**

By: /s/ Daniel R. Schimizzi
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
        dschimizzi@raineslaw.com
        swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*