**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Civil, LLC, *et al*., | ) | Case No. 25-20179-DLB |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**TRUSTEE'S REPORT OF SALE REGARDING DEEPWATER AND JENKINS SALES**

Robert L. Johns, chapter 7 trustee (the "Trustee") for the bankruptcy estates of Civil, LLC, *et al.* (collectively, the "Debtors"), by undersigned special counsel, hereby files this Report of Sale (the "Report of Sale") regarding the sales of the Debtors' mining assets located at the Deepwater (200 Open Fork Rd, Kingston, WV) and Jenkins (870 Gateway Industrial Park Drive, Jenkins, KY) locations, which occurred in accordance with the *Order (A) Approving Auction Procedures for Sale of All or Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets and (F) Granting Related Relief* [Doc. No. 796] (the "Auction Procedures Order"), and as authorized by this Court's sale orders entered on June 12, 2026 [Doc. No. 971] (the "Actioned Assets Order") and June 25, 2026 [Doc. No. 988] (the "Stalking Horse Order" and together with the Auctioned Assets Order, the "Prior Sale Orders").[2]

**BACKGROUND AND PROCEDURAL HISTORY**

1. On August 20, 2025 (the "Petition Date"), the Debtors commenced these Chapter 11 Cases by each filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Civil, LLC (5464); Kratos Resources LLC (1003); Resilient Mining LLC (9306); Resilient Eagle, LLC (3535); Don Holdings, LLC (0259), Falcon Reclamation Limited Liability Company (1375), North Springs Holding LLC, Smoky Quartz LLC (2303), Big Mule Air L.L.C. (6964), Pocahontas Processing LLC (7297), and Yellow Garage, LLC (1313). The headquarters for each of the Debtors is located at 799 Highway 3459, Harlan, Kentucky 40831.

[2] Capitalized terms not otherwise defined herein shall have the same definitions as ascribed in the Prior Sale Orders.

2. The Chapter 11 Cases were converted to chapter 7 cases (the "Chapter 7 Cases") on October 29, 2025 (the "Conversion Date"). On October 31, 2025, the Trustee was appointed to administer the assets of the estates.

3. On March 4, 2026, the Trustee filed the *Expedited Motion to Consider Entry of Orders (A) Approving Auction Procedures for Sale of All of Substantially All of the Debtors' Machinery, Equipment and Related Mining Assets; (B) Authorizing the Trustee to Designate Stalking Horse Bidders and Approving Proposed Stalking Horse Bi Protections; (C) Scheduling Hearing to Approve Sale of the Debtors' Assets; (D) Scheduling Auction; (E) Approving Form and Manner of Notice of Auction and Sale Hearing; and (F) Granting Related Relief* [Doc. No. 690] (the "Sale Motion").

4. On March 26, 2026, the Court entered the Auction Procedures Order.

5. On June 12, 2026, this Court held a hearing on the Sale Motion, during which the Trustee announced the agreed-upon resolutions to any objections, formal or informal, to the Sale Motion and, following the presentation of evidence in support of the Sale Motion, obtained approval of the relief requested in the Sale Motion, subject to the submission of modified orders consistent with the discussions on the record at the hearing.

6. On June 12, 2026, this Court entered the Auctioned Assets Order, and then on June 25, 2026, the Stalking Horse Order.

## REPORT OF SALE

### *A. The Stalking Horse Order Sale*

7. The Closing on the sale authorized by the Stalking Horse Order occurred on June 29, 2026 (the "Stalking Horse Closing Date"), which resulted in the Stalking Horse Bidder wiring the Purchase Price of $3,510,000.00 to the Trustee and RB Group, as follows:

a. $3,366,600.00 was wired to, and received by, the Trustee; and

b. $143,400.00 was wired to, and received by, the RB Group for their commission, pursuant to the terms of the RB Group Retention Order.

8. Following to the Closing, the Trustee, Stalking Horse Bidder, and the RB Group identified certain of the Stalking Horse Assets which could not be transferred to the Stalking Horse Bidder totaling $208,000, of which $133,000 was paid in cash and $75,000 was paid by way of credit bid. In accordance with the Asset Purchase Agreement authorized and approved through the Stalking Horse Order, such assets were designated as "Removed Assets," resulting in a refund due and owing to the Stalking Horse Bidder of $141,320.00. Accordingly, the Trustee refunded $133,000.00 of the $3,366,600.00 to the Stalking Horse Bidder, and RB Group has refunded, or is in the process of refunding, $8,320.00 of the $143,400 to the Stalking Horse Bidder.

9. From the sales authorized under the Stalking Horse Order, after accounting for the refunds described herein pursuant to the Asset Purchase Agreement, the Trustee has received and is holding $3,233,600.00,[3] which will remain held by the Trustee in accordance with the Stalking Horse Order and pending further order of court.

***B. The Auctioned Assets Order Sales***

10. In accordance with the Auctioned Assets Order, on or about July 14, 2026, the RB Group conducted the Auction for the Auctioned Assets at the Deepwater and Jenkins Locations.

11. The Auction took place over two (2) days and resulted in the sale of approximately 52 assets for a gross sales price of $1,415,445.00. 9 assets remain unsold as of the filing of this Report of Sale.

---

[3] The Stalking Horse Bidder has identified certain assets that it intends to reject in accordance with the Asset Purchase Agreement. The Trustee is in negotiations with the Stalking Horse Bidder regarding this intention and, depending on the resolution of the same, will amend this Report of Sale based on the outcome of those negotiations.

12. As of the filing of this Report of Sale, the RB Group: (i) has collected gross sales proceeds totaling approximately $1,415,445.00; (ii) has held back $176,236.25 in commissions, fees, and costs authorized pursuant to the order authorizing the RB Group's retention; and (iii) has remitted net proceeds to the Trustee totaling $1,239,118.75,[4] which the Trustee is holding in escrow pending further order of this Court. A true and correct copy of the Auctioned Asset Report provided by the RB Group is attached hereto, made part hereof, and marked **Exhibit A**.

13. The Trustee reserves all rights with respect to amending, modifying, and/or supplementing this Report of Sale.

Dated: September 15, 2026

Respectfully submitted:

**ROBERT L. JOHNS,**
**CHAPTER 7 TRUSTEE**

/s/ Robert L. Johns
ROBERT L. JOHNS [WV S.B. #5161]
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, West Virginia 25311
(304) 720-2300
(304) 720-2311 fax

-AND-

**RAINES FELDMAN LITTRELL, LLP**
By: /s/ Daniel R. Schimizzi
Michael J. Roeschenthaler (PA ID No. 87647)
Daniel R. Schimizzi (PA ID No. 311869)
Sarah E. Wenrich (PA ID No. 325834)
*Admitted Pro Hac Vice*
11 Stanwix Street, Suite 1500
Pittsburgh, PA 15222
Telephone: 412-899-6472
Email: mroeschenthaler@raineslaw.com
dschimizzi@raineslaw.com
swenrich@raineslaw.com

*Special Counsel to the Chapter 7 Trustee*

[4] A payment in the amount of $37,108.75 to the Trustee by the RB Group remains pending.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Trustee's Report of Sale Regarding Deepwater and Jenkins Sales* was served on the parties identified below by CM/ECF Notification on September 15, 2026.

Christopher R. Arthur on behalf of Interested Party United States Department of Labor
carthur@spilmanlaw.com, usawvs.ecfbankruptcy@usdoj.gov;caseview.ecf@usdoj.gov

John Zachary Balasko on behalf of Attorney Steptoe & Johnson
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Big Mule Air L.L.C.
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Civil, LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Don Holdings, LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Falcon Reclamation Limited Liability Company
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Kratos Resources LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor North Springs Holding LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Pocahontas Processing LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Resilient Eagle LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Resilient Mining, LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Smoky Quartz LLC
zbalasko@rc.com

John Zachary Balasko on behalf of Debtor Yellow Garage, LLC
zbalasko@rc.com

Angela L. Beblo on behalf of Creditor Conserv Equipment Leasing LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Angela L. Beblo on behalf of Creditor Conserv Lending LLC
angela.beblo@jacksonkelly.com, angela.beblo@ecf.courtdrive.com;vmpeery@jacksonkelly.com

Brian Richard Blickenstaff on behalf of Trustee Robert L. Johns
bblickenstaff@johnswvlaw.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1A, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor AFG Investments 1B, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor McGinty Road Partners
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Creditor SMA II LP I, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Defendant AFG Investments 1A, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Defendant AFG Investments 1B, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Defendant ALLEGIANCE CAPITAL LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Defendant SMA II LP I, LLC
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Joseph G. Bunn on behalf of Plaintiff Robert L. Johns
jbunn@babstcalland.com,
kmarkins@babstcalland.com;jpritchard@babstcalland.com;bmccoy@babstcalland.com;smeadows@babstcalland.com;sburgess@babstcalland.com

Thomas L. Canary, Jr. on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Ford Motor Credit Company LLC
bankruptcy@weinerlaw.com

Thomas L. Canary, Jr. on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
bankruptcy@weinerlaw.com

Shari Collias on behalf of U.S. Trustee United States Trustee
Shari.Collias@usdoj.gov

Ryan David Combs on behalf of Creditor Internal Revenue Service
ryan.combs@usdoj.gov

Jeffrey Dye on behalf of Creditor WV Dept. of Environmental Protection
jeffrey.o.dye@wv.gov

Sarah Ellis on behalf of Debtor Big Mule Air L.L.C.
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Civil, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Don Holdings, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Falcon Reclamation Limited Liability Company
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Kratos Resources LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor North Springs Holding LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Pocahontas Processing LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Eagle LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Resilient Mining, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Smoky Quartz LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Debtor Yellow Garage, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Plaintiff Civil, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Plaintiff Pocahontas Processing LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Plaintiff Resilient Eagle LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Sarah Ellis on behalf of Plaintiff Resilient Mining, LLC
sarah.ellis@steptoe-johnson.com, susan-oxley-5561@ecf.pacerpro.com;kellie-laraba-5306@ecf.pacerpro.com

Andrew Glasnovich on behalf of Creditor AFG Investments 1A, LLC
drew.glasnovich@stinson.com

Andrew Glasnovich on behalf of Creditor AFG Investments 1B, LLC
drew.glasnovich@stinson.com

Andrew Glasnovich on behalf of Creditor McGinty Road Partners
drew.glasnovich@stinson.com

Andrew Glasnovich on behalf of Creditor SMA II LP I, LLC
drew.glasnovich@stinson.com

Max Gottlieb on behalf of Interested Party Chad D. Cole
mgottlieb@hfdrlaw.com, ccragg@hfdrlaw.com;kthomas@hfdrlaw.com;mhunt@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Elizabeth Cole
mgottlieb@hfdrlaw.com, ccragg@hfdrlaw.com;kthomas@hfdrlaw.com;mhunt@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Holly Cole
mgottlieb@hfdrlaw.com, ccragg@hfdrlaw.com;kthomas@hfdrlaw.com;mhunt@hfdrlaw.com

Max Gottlieb on behalf of Interested Party Ricky Dale Cole
mgottlieb@hfdrlaw.com, ccragg@hfdrlaw.com;kthomas@hfdrlaw.com;mhunt@hfdrlaw.com

M. David Griffith, Jr on behalf of Creditor April Richardson
dgriffith@tcspllc.com

Jason Scott Hammond on behalf of Creditor Leslie Equipment Company
jhammond@baileywyant.com, aakers@baileywyant.com

Clayton Thomas Harkins on behalf of Creditor Kentucky River Properties LLC
clayton.harkins@dinsmore.com,
valerie.lucas@dinsmore.com;kim.morris@dinsmore.com;kelly.schoolcraft@dinsmore.com

Matthew Pearsall Heiskell on behalf of Creditor Vecellio & Grogan, Inc.
mheiskell@spilmanlaw.com, ageorge@spilmanlaw.com

Matthew Pearsall Heiskell on behalf of Interested Party Manchester Realty, LLC
mheiskell@spilmanlaw.com, ageorge@spilmanlaw.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1A, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor AFG Investments 1B, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor McGinty Road Partners
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Jennifer J. Hicks on behalf of Creditor SMA II LP I, LLC
jhicks@babstcalland.com,
smeadows@babstcalland.com;kmarkins@babstcalland.com;jpritchard@babstcalland.com;sburgess@babstcalland.com

Janet Smith Holbrook on behalf of Creditor Community Trust Bank, Inc.
janet.holbrook@dinsmore.com, jamie.bishop@dinsmore.com

Internal Revenue Service
derrick.thompson@irs.gov

Bruce M. Jacobs on behalf of Creditor AFCO Credit Corporation
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Creditor Vecellio & Grogan, Inc.
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Coal-Mac LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Coalfield Equipment & Parts, LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Bruce M. Jacobs on behalf of Interested Party Manchester Realty, LLC
bjacobs@spilmanlaw.com, rmoss@spilmanlaw.com

Joseph T Johns on behalf of Creditor Conserv Equipment Leasing LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Joseph T Johns on behalf of Creditor Conserv Lending LLC
joseph.johns@jacksonkelly.com,
joseph.johns@ecf.courtdrive.com;nicole.turner@jacksonkelly.com

Robert L. Johns
rjohns@turnerjohns.com,
bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trustesolutions.net

Robert L. Johns on behalf of Trustee Robert L. Johns
rjohns@turnerjohns.com,
bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trusteso
lutions.net

Ellen Arvin Kennedy on behalf of Creditor Kentucky River Properties LLC
ellen.kennedy@dinsmore.com, DSBankruptcy@dinslaw.com

Gary O. Kinder on behalf of U.S. Trustee United States Trustee
gary.o.kinder@usdoj.gov

Michael Leahey on behalf of Creditor KIA II LLC
mleahey@tuckerlaw.com

Chacey R. Malhouitre on behalf of Creditor Conserv Equipment Leasing LLC
chacey.malhouitre@jacksonkelly.com,
mallory.tomlin@jacksonkelly.com,crford@ecf.courtdrive.com

Chacey R. Malhouitre on behalf of Creditor Conserv Lending LLC
chacey.malhouitre@jacksonkelly.com,
mallory.tomlin@jacksonkelly.com,crford@ecf.courtdrive.com

Beverly Weiss Manne on behalf of Creditor KIA II LLC
bmanne@tuckerlaw.com

Lauren Hutchins McCartney on behalf of Creditor KIA II LLC
lmccartney@tuckerlaw.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Holdings LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Land LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Sales & Logistics LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Pocahontas Surface Interests LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor WPP LLC
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Jennifer McLain McLemore on behalf of Creditor Western Pocahontas Properties Limited
Partnership
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Elizabeth H Parrott on behalf of Creditor JPMorgan Chase Bank, N.A.
elizabeth.parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael R. Proctor on behalf of Creditor Pocahontas Holdings LLC
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Land LLC
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Sales & Logistics LLC
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Michael R. Proctor on behalf of Creditor Pocahontas Surface Interests LLC
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Michael R. Proctor on behalf of Creditor WPP LLC
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Michael R. Proctor on behalf of Creditor Western Pocahontas Properties Limited Partnership
mproctor@bowlesrice.com, morgan.goettel@bowlesrice.com

Ancil G. Ramey on behalf of Plaintiff Civil, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Pocahontas Processing LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Eagle LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Ancil G. Ramey on behalf of Plaintiff Resilient Mining, LLC
ancil.ramey@steptoe-johnson.com, ancil@ancil.net,ancil-ramey-5727@ecf.pacerpro.com

Peter J Raupp on behalf of Debtor Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Debtor Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Civil, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Pocahontas Processing LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Eagle LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Peter J Raupp on behalf of Plaintiff Resilient Mining, LLC
peter.raupp@steptoe-johnson.com, steven.ransbottom@steptoe-johnson.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
KMcCauley@wtplaw.com

Michael J. Roeschenthaler on behalf of Trustee Robert L. Johns
mroeschenthaler@raineslaw.com

Zachary J. Rosencrance on behalf of Creditor Natural Resource Partners L.P.
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Land LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor WPP LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Creditor Western Pocahontas Properties Limited Partnership
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Debtor Pocahontas Processing LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Holdings LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Land LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Sales & Logistics LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Pocahontas Surface Interests LLC
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Zachary J. Rosencrance on behalf of Defendant Western Pocahontas Properties Limited Partnership
zrosencrance@bowlesrice.com, Michelle.Livingstone@bowlesrice.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Defendant ALLEGIANCE CAPITAL LLC
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Plaintiff Robert L. Johns
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Spec. Counsel Raines Feldman Littrell LLP
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Daniel R. Schimizzi on behalf of Trustee Robert L. Johns
dschimizzi@raineslaw.com, Llescallette@raineslaw.com

Carl W Shaffer on behalf of Interested Party Chad D. Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Elizabeth Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Holly Cole
cshaffer@hfdrlaw.com

Carl W Shaffer on behalf of Interested Party Ricky Dale Cole
cshaffer@hfdrlaw.com

James R. Sheatsley on behalf of Creditor Albatross Air, Inc.
jsheatsley@gormansheatsley.org, gormansheatsley@suddenlinkmail.com

Billy R Shelton on behalf of Creditor Trion equipment sales, llc
bshelton@sheltonlaw.net

Billy R Shelton on behalf of Interested Party Ameraus Tractor Co., LLC
bshelton@sheltonlaw.net

Michael A Shiner on behalf of Creditor KIA II LLC
mshiner@tuckerlaw.com, npetroy@tuckerlaw.com

Greg K Smith on behalf of Creditor James Endicott
gks0405@frontier.com

W. Bradley Sorrells on behalf of Creditor Kentucky Power Company d/b/a American Electric Power
wbs@ramlaw.com

Devon J. Stewart on behalf of Plaintiff Civil, LLC
dstewart@lewisgianola.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Pocahontas Processing LLC
dstewart@lewisgianola.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Eagle LLC
dstewart@lewisgianola.com, steven.ransbottom@steptoe-johnson.com

Devon J. Stewart on behalf of Plaintiff Resilient Mining, LLC
dstewart@lewisgianola.com, steven.ransbottom@steptoe-johnson.com

Stephen L. Thompson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
sthompson@barth-thompson.com, chris@barth-thompson.com

Jared M. Tully on behalf of Interested Party Utica Leaseco, LLC
jtully@fbtlaw.com, asmith@fbtlaw.com

United States Trustee
ustpregion04.ct.ecf@usdoj.gov

Sarah Elizabeth Wenrich on behalf of Creditor Committee Official Committee of Unsecured Creditors of Civil, LLC
swenrich@raineslaw.com

Sarah Elizabeth Wenrich on behalf of Trustee Robert L. Johns
swenrich@raineslaw.com

Eric M. Wilson on behalf of Creditor West Virginia State Tax Department
eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov;christine.e.evans@wv.gov

**Exhibit A**

**Auctioned Asset Report**

# Ritchie Bros.

## Settlement Report

| Lot # | Description | Serial Number | Seller Reference# | Sold price | Comm. Rate | Comm. Amount | Contract Costs | Title Fee | Replace Documents | Net proceeds | Status | Invoice Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3692 | 1996 International 4700 4x2 Pressure Wa: | 1HTSCABM3TH252646 | | $2,300.00 | 25.00% | $575.00 | $0.00 | $115.00 | $165.00 | $1,445.00 | Paid | RBAUSA2608S0000780 |
| 3674 | 1999 Cat 785C Haul Truck (Inoperable) | 1HW00120 | 0121 | $25,000.00 | 8.50% | $2,125.00 | $0.00 | $0.00 | $0.00 | $22,875.00 | Paid | RBAUSA2608S0000780 |
| 3675 | 1999 Cat 785C Haul Truck (Inoperable) | 1HW00120 | 0120 | $20,500.00 | 8.50% | $1,742.50 | $0.00 | $0.00 | $0.00 | $18,757.50 | Paid | RBAUSA2608S0000780 |
| 3684 | 2015 Freghtliner M2 106 Bus | 1FVACWDU6FHGK5662 | | $950.00 | 25.00% | $237.50 | $0.00 | $115.00 | $165.00 | $432.50 | Paid | RBAUSA2608S0000780 |
| 3666 | 1996 Cat 988F Wheel Loader (Inoperable) | 2ZR00158 | L0158 | $19,500.00 | 8.50% | $1,657.50 | $0.00 | $0.00 | $0.00 | $17,842.50 | Paid | RBAUSA2608S0000988 |
| 3668 | Cat 16G Motor Grader - Certified Rebuild 1 | 93U75591 | | $13,500.00 | 8.50% | $1,147.50 | $0.00 | $0.00 | $0.00 | $12,352.50 | Paid | RBAUSA2608S0000988 |
| 3696 | Ford F-550 XL 4x4 Service Truck | CNV | Jenkins 3 | $9,750.00 | 8.50% | $828.75 | $0.00 | $115.00 | $165.00 | $8,641.25 | Paid | RBAUSA2608S0000041 |
| 3676 | 1996 Cat 773B Haul Truck (Inoperable) | 63W04578 | | $10,000.00 | 8.50% | $850.00 | $0.00 | $0.00 | $0.00 | $9,150.00 | Paid | RBAUSA2608S0000041 |
| 3686 | 1996 International 3800 4x2 22-Seat Scho | 1HVBBABP8TH369403 | | $45.00 | N/A | $195.00 | $0.00 | $115.00 | $165.00 | -$430.00 | Paid | RBAUSA2608S0000041 |
| 3667 | 2006 Cat 16H Motor Grader (Inoperable) | CAT0016HKATS00783 | 23205 | $1,500.00 | 25.00% | $375.00 | $0.00 | $0.00 | $0.00 | $1,125.00 | Paid | RBAUSA2608S0000041 |
| 3660 | 2013 Cat D10T Crawler Dozer (Inoperable | CAT0D10TJRJG04745 | D-2 | $85,000.00 | 8.50% | $7,225.00 | $0.00 | $0.00 | $0.00 | $77,775.00 | Paid | RBAUSA2608S0000041 |
| 3628 | 2004 Cat 785C Haul Truck | CAT0785CEAPX00472 | RT0472 | $21,500.00 | 8.50% | $1,827.50 | $0.00 | $0.00 | $0.00 | $19,672.50 | Paid | RBAUSA2608S0000041 |
| 3654 | Cat 785C Truck Dump Body | AJC00540 | Civil DWater 7 | $4,250.00 | 8.50% | $361.25 | $0.00 | $0.00 | $0.00 | $3,888.75 | Paid | RBAUSA2608S0000041 |
| 3638 | 1998 Cat 769D 8000 gal Off-Highway Rigi | 5TR00541 | | $2,750.00 | 25.00% | $687.50 | $0.00 | $0.00 | $0.00 | $2,062.50 | Paid | RBAUSA2608S0000041 |
| 3632 | 1995 Cat 785B Haul Truck | 6HK00414 | RT0414 | $17,500.00 | 8.50% | $1,487.50 | $0.00 | $0.00 | $0.00 | $16,012.50 | Paid | RBAUSA2608S0000041 |
| 914 | 2019 Chevrolet 2500HD 4x4 Extended Ca | 2GC2KREG7K1178167 | Jenkins 17 | $7,000.00 | 8.50% | $595.00 | $0.00 | $115.00 | $165.00 | $6,125.00 | Paid | RBAUSA2608S0000041 |
| 3697 | 1994 Mack RD688S 6x4 Lube Truck | 1M2P267C7RM021344 | | $9,750.00 | 8.50% | $828.75 | $0.00 | $115.00 | $165.00 | $8,641.25 | Paid | RBAUSA2608S0000041 |
| 3631 | 2001 Cat 785C Haul Truck | CAT0785CVAPX00191 | 522 | $3,750.00 | 8.50% | $318.75 | $0.00 | $0.00 | $0.00 | $3,431.25 | Paid | RBAUSA2608S0000041 |
| 3665 | 2019 Cat 982M Wheel Loader (Inoperable | CAT0982MCMK620137 | LD-1 | $36,000.00 | 8.50% | $3,060.00 | $0.00 | $0.00 | $0.00 | $32,940.00 | Paid | RBAUSA2608S0000041 |
| 3651 | Cat 777F Truck Dump Body | FHA00956 | | $17,500.00 | 8.50% | $1,487.50 | $0.00 | $0.00 | $0.00 | $16,012.50 | Paid | RBAUSA2608S0000041 |
| 3652 | 2004 Cat 777D Truck Dump Body | AJA01947 | 777D # 4 | $4,500.00 | 8.50% | $382.50 | $0.00 | $0.00 | $0.00 | $4,117.50 | Paid | RBAUSA2608S0000041 |
| 3689 | 2011 Peterbilt 387 6x4 Winch Truck | 1XP7L2TX6BP145787 | | $5,250.00 | 8.50% | $446.25 | $0.00 | $115.00 | $165.00 | $4,523.75 | Paid | RBAUSA2608S0000041 |
| 3694 | 1993 Kenworth C500 6x4 Fuel and Lube Tr | 2NKCLROX8PM929717 | | $2,500.00 | 25.00% | $625.00 | $0.00 | $115.00 | $165.00 | $1,595.00 | Paid | RBAUSA2608S0000041 |
| 3636 | 1995 Cat 777C Haul Truck | 4XJ00653 | | $49,000.00 | 8.50% | $4,165.00 | $0.00 | $0.00 | $0.00 | $44,835.00 | Paid | RBAUSA2608S0000041 |
| 3625 | Volvo L150G Wheel Loader | VCEL150GC00022145 | | $28,000.00 | 8.50% | $2,380.00 | $0.00 | $0.00 | $0.00 | $25,620.00 | Paid | RBAUSA2608S0000041 |
| 3635 | 1996 Cat 777D Haul Truck | 3PR00312 | | $52,000.00 | 8.50% | $4,420.00 | $0.00 | $0.00 | $0.00 | $47,580.00 | Paid | RBAUSA2608S0000041 |
| 3678 | 2012 Cat 777F Haul Truck (Inoperable) | CAT0777FCJRP03208 | RT3208 | $167,500.00 | 8.50% | $14,237.50 | $0.00 | $0.00 | $0.00 | $153,262.50 | Paid | RBAUSA2608S0000041 |
| 3681 | 2001 Cat 777D Haul Truck (Inoperable) | CAT0777DVAGC00860 | Jenkins 16 | $27,000.00 | 8.50% | $2,295.00 | $0.00 | $0.00 | $0.00 | $24,705.00 | Paid | RBAUSA2608S0000041 |
| 3682 | 2001 Cat 777D Haul Truck (Inoperable) | CAT0777DKAGC00790 | Jenkins 10 | $12,000.00 | 8.50% | $1,020.00 | $0.00 | $0.00 | $0.00 | $10,980.00 | Paid | RBAUSA2608S0000041 |
| 3623 | 2016 Komatsu WA600-8 Wheel Loader | KMTWA132EFD080016 | L0016 | $12,500.00 | 8.50% | $1,062.50 | $0.00 | $0.00 | $0.00 | $11,437.50 | Paid | RBAUSA2608S0000852 |
| 3622 | 2016 Cat 986H Wheel Loader | CAT0986HTL8S00350 | L00352 | $28,000.00 | 8.50% | $2,380.00 | $0.00 | $0.00 | $0.00 | $25,620.00 | Paid | RBAUSA2608S0000041 |
| 3669 | 1987 Cat 16G Motor Grader (Inoperable) | 93U02727 | | $12,000.00 | 8.50% | $1,020.00 | $0.00 | $0.00 | $0.00 | $10,980.00 | Paid | RBAUSA2608S0000988 |
| 3664 | 2010 Cat 993K Wheel Loader (Inoperable) | CAT0993KJZ9K00362 | | $23,500.00 | 8.50% | $1,997.50 | $0.00 | $0.00 | $0.00 | $21,502.50 | Paid | RBAUSA2608S0000041 |
| 3683 | 1992 Ford LN8000F 4x2 Fuel Truck (Inope | 1FDXR82A9NVA06362 | | $300.00 | N/A | $195.00 | $0.00 | $115.00 | $165.00 | -$175.00 | Paid | RBAUSA2608S0000041 |
| 3645 | 2009 Mack GU713 6x4 Fuel and Lube Truc | 1M2AX07CX9M004526 | | $8,000.00 | 8.50% | $680.00 | $0.00 | $115.00 | $165.00 | $7,040.00 | Paid | RBAUSA2608S0000041 |
| 3653 | Cat 777D Truck Dump Body | AJA02006 | 777d Tk Bed / T | $11,500.00 | 8.50% | $977.50 | $0.00 | $0.00 | $0.00 | $10,522.50 | Paid | RBAUSA2608S0000041 |
| 3677 | 1995 Cat 777C Haul Truck (Inoperable) | 4XJ00800 | | $20,500.00 | 8.50% | $1,742.50 | $0.00 | $0.00 | $0.00 | $18,757.50 | Paid | RBAUSA2608S0000041 |
| 3690 | 2013 International 4300 Dura Star 4x2 Fla | 1HTMMAAN8DH458658 | | $750.00 | N/A | $195.00 | $0.00 | $115.00 | $0.00 | $440.00 | Paid | RBAUSA2608S0000041 |
| 3621 | 2021 Cat 289D3 Two-Speed Compact Tra | CAT0289DAJX905464 | | $28,000.00 | 8.50% | $2,380.00 | $0.00 | $0.00 | $0.00 | $25,620.00 | Paid | RBAUSA2608S0000780 |
| 3695 | 1985 Mack DM686S 6x4 Fuel and Lube Tru | 1M2B126C9FA010849 | | $5,250.00 | 8.50% | $446.25 | $0.00 | $115.00 | $165.00 | $4,523.75 | Paid | RBAUSA2608S0000041 |
| 3634 | 2008 Cat 777F Haul Truck | CATO777FEJRP01174 | RT1174 | $192,500.00 | 8.50% | $16,362.50 | $0.00 | $0.00 | $0.00 | $176,137.50 | Paid | RBAUSA2608S0000041 |
| 3630 | 2002 Cat 785C Haul Truck | CAT0785CVAPX00322 | RT0322 | $21,000.00 | 8.50% | $1,785.00 | $0.00 | $0.00 | $0.00 | $19,215.00 | Paid | RBAUSA2608S0000041 |
| 3629 | 2004 Cat 785C Haul Truck | CAT0785CCAPX00478 | RT0478 | $21,500.00 | 8.50% | $1,827.50 | $0.00 | $0.00 | $0.00 | $19,672.50 | Paid | RBAUSA2608S0000041 |
| 3633 | 2008 Cat 777F Haul Truck | CATO777FCJRP01306 | RT1306 | $175,000.00 | 8.50% | $14,875.00 | $0.00 | $0.00 | $0.00 | $160,125.00 | Paid | RBAUSA2608S0000041 |
| 3624 | 2003 Cat 980G Wheel Loader | CAT0980GJAXG00662 | L662 | $51,000.00 | 8.50% | $4,335.00 | $0.00 | $0.00 | $0.00 | $46,665.00 | Paid | RBAUSA2608S0001465 |
| 3673 | 2001 Cat 785C Haul Truck (Inoperable) | CAT0785CTAPX00216 | | $7,750.00 | 8.50% | $658.75 | $0.00 | $0.00 | $0.00 | $7,091.25 | Paid | RBAUSA2608S0000041 |
| 3671 | 1997 Cat 785B Haul Truck (Inoperable) | 6HK00719 | RT0719 | $2,500.00 | 25.00% | $625.00 | $0.00 | $0.00 | $0.00 | $1,875.00 | Paid | RBAUSA2608S0000041 |
| 3672 | 1994 Cat 785B Haul Truck (Inoperable) | 6HK00306 | RT0306 | $1,600.00 | 25.00% | $400.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | Paid | RBAUSA2608S0000041 |
| 3661 | 2002 Cat D10R Crawler Dozer (Inoperable | 3KR1793 | D1793 | $22,000.00 | 8.50% | $1,870.00 | $0.00 | $0.00 | $0.00 | $20,130.00 | Paid | RBAUSA2608S0001465 |
| 3663 | Cat D9R Crawler Dozer (Inoperable) | ACL75001 CRB | | $62,000.00 | 8.50% | $5,270.00 | $0.00 | $0.00 | $0.00 | $56,730.00 | Paid | RBAUSA2608S0001465 |
| 3641 | 2015 Hitachi ZX870LC-5B Tracked Excava | HCMJBC70T00030106 | | $36,000.00 | 8.50% | $3,060.00 | $0.00 | $0.00 | $0.00 | $32,940.00 | **Holdback - Buyer Funding Is Pending as** | |
| 3640 | 1985 Cat 773B Off-Highway Rigid Water T | 63W01480 | | $16,500.00 | 8.50% | $1,402.50 | $0.00 | $0.00 | $0.00 | $15,097.50 | **Holdback - Buyer Funding Is Pending as** | |
| | Offsite Sale Expense Fee | | | | | | $50,000.00 | | | -$50,000.00 | | |
| | | | | **$1,415,445.00** | **$5.32** | **$123,131.25** | **$50,000.00** | **$1,380.00** | **$1,815.00** | **$1,239,118.75** | | |